UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  16-CR-030 |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| CHARLES HILLIE, | : | 18 U.S.C. § 2251(a) |
| Defendant. | : | (Production of Child Pornography); |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Possession of Child Pornography); |
| | : | 18 U.S.C. § 2251(a) and (e) |
| | : | (Attempt Production of Child |
| | : | Pornography); |
| | : | 22 D.C. Code §§ 3008, 3020(a)(2) and (5) |
| | : | (First Degree Child Sexual Abuse (with |
| | : | Aggravating Circumstances)); |
| | : | 22 D.C. Code §§ 3009, 3020(a)(2) and (5) |
| | : | (Second Degree Child Sexual Abuse (with |
| | : | Aggravating Circumstances)); |
| | : | 22 D.C. Code §§ 3009.02, 3020(a)(2) and |
| | : | (5) |
| | : | (Second Degree Sexual Abuse of a Minor |
| | : | (with Aggravating Circumstances)) |

I N D I C T M E N T

The Grand Jury Charges:

PRODUCTION AND POSSESSION OF CHILD PORNOGRAPHY

COUNT ONE

Between on or about July 1, 2008, and on or about August 30, 2010, in the District of

Columbia, the defendant, CHARLES HILLIE, did knowingly and intentionally employ, use,

persuade, induce, entice, and coerce J.A.A., an eleven-to-thirteen-year-old minor female, to

engage in sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, knowing and having reason to know that such visual depiction would be transported or

transmitted using any means or facility of interstate or foreign commerce or knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce; and which visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; and the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or the visual depiction was transported or transmitted in or affecting interstate or foreign commerce.

(**Production of Child Pornography**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT TWO

Between on or about July 1, 2008, and on or about August 30, 2011, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce J.A.A., an eleven-to-fourteen-year-old minor female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce; and which visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; and the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or the visual depiction was transported or transmitted in or affecting interstate or foreign commerce.

(**Production of Child Pornography**, in violation of Title 18, United States Code,

2

Section 2251(a))

## COUNT THREE

Between on or about July 1, 2008, and on or about August 30, 2011, in the District of Columbia, the defendant, **CHARLES HILLIE,** did knowingly possess at least one matter which contained any visual depiction that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce; and which was produced using materials which had been mailed or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce; and the production of such visual depiction involved the use of an eleven-to-fourteen-year-old minor female engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B))

## COUNT FOUR

Between on or about May 1, 2007, and on or about May 31, 2012, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally attempt to employ, use, persuade, induce, entice, and coerce J.A.A., a ten-to-fifteen-year-old minor female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce; and which visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign

3

commerce by any means, including by computer; and the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or the visual depiction was transported or transmitted in or affecting interstate or foreign commerce.

(**Attempt Production of Child Pornography**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT FIVE

Between on or about July 1, 2008, and on or about August 30, 2011, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally attempt to employ, use, persuade, induce, entice, and coerce J.A.A., an eleven-to-fourteen-year-old minor female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce; and which visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; and the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or the visual depiction was transported or transmitted in or affecting interstate or foreign commerce.

(**Attempt Production of Child Pornography**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

4

## COUNT SIX

On or about October 12, 2011, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally attempt to employ, use, persuade, induce, entice, and coerce J.A.A., a fourteen-year-old minor female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce; and which visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; and the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or the visual depiction was transported or transmitted in or affecting interstate or foreign commerce.

(**Attempt Production of Child Pornography**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT SEVEN

Between on or about July 1, 2011, and on or about May 31, 2012, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally attempt to employ, use, persuade, induce, entice, and coerce J.A.A., a fourteen-to-fifteen-year-old minor female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or knowing and having reason to know that such visual depiction would be transported or

5

transmitted in or affecting interstate or foreign commerce; and which visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; and the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or the visual depiction was transported or transmitted in or affecting interstate or foreign commerce.

(**Attempt Production of Child Pornography**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## SEXUAL ABUSE OF J.A.A.

### COUNT EIGHT

Between on or about July 1, 2007, and on or about August 30, 2010, in the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A.A., a child under sixteen years of age, that is, between ten and thirteen years of age, engaged in a sexual act with that child, that is, penetration of J.A.A.'s vulva by **CHARLES HILLIE's** finger, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed First Degree Child Sexual Abuse as charged in Count Eight of this Indictment, J.A.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A.A., in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A.

6

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**First Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3008, 3020(a)(2) and (5) (2001 ed.))

## COUNT NINE

Between on or about July 1, 2007, and on or about August 30, 2009, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A.A., a child under sixteen years of age, that is, between ten and twelve years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.A.'s buttocks, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Nine of this Indictment, J.A.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A.A., in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

## COUNT TEN

Between on or about July 1, 2007, and on or about May 31, 2012, within the District of

Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A.A., a child under sixteen years of age, that is, between ten and fifteen years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.A.'s breast, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Ten of this Indictment, J.A.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A.A., in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

### COUNT ELEVEN

Between on or about July 1, 2007, and on or about May 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A.A., a child under sixteen years of age, that is, between ten and fifteen years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.A.'s vulva, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second

8

Degree Child Sexual Abuse as charged in Count Eleven of this Indictment, J.A.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A.A., in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

## COUNT TWELVE

Between on or about June 1, 2014, and on or about June 30, 2014, within the District of Columbia, the defendant, **CHARLES HILLIE,** being thirty years old, and being in a significant relationship with J.A.A., a seventeen-year-old minor female, in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A ., engaged in sexual contact with J.A.A., that is, contact between **CHARLES HILLIE's** hand and J.A.A.'s buttocks, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Sexual Abuse of a Minor (with Aggravating Circumstances)**, in violation of 22 District of Columbia Code, Sections 3009.02, 3020(a)(5) (2001 ed.))

9

**SEXUAL ABUSE OF J.A.**

### COUNT THIRTEEN

Between on or about May 5, 2011, and on or about December 31, 2011, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, nine years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s breast, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Thirteen of this Indictment, J.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

### COUNT FOURTEEN

Between on or about May 5, 2011, and on or about December 31, 2011, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, nine years of age, engaged in sexual contact with

10

that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s vulva, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Fourteen of this Indictment, J.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

### COUNT FIFTEEN

Between on or about June 1, 2012, and on or about December 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, ten years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s buttocks, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Fifteen of this Indictment, J.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A., in that

11

**CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

<u>COUNT SIXTEEN</u>

Between on or about June 1, 2012, and on or about December 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, ten years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s breast, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Sixteen of this Indictment, J.A. was under the age of 18 years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

### COUNT SEVENTEEN

Between on or about June 1, 2012, and on or about December 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, ten years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s vulva, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Seventeen of this Indictment, J.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

13

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

A TRUE BILL


FOREPERSON

Channing D. Phillips / Kate

Attorney of the United States
And for the District of Columbia

14