

**FILED**

APR - 5 2018

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 16-CR-0030 (KBJ) |
| ) | |
| CHARLES HILLIE, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

### COUNT ONE

**Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a)**

As to Count One of the Indictment, charging the defendant, Charles Hillie, with Sexual Exploitation of a Minor, between on or about July 1, 2008, and on or about August 30, 2010, the members of the jury do hereby find the defendant:

\_\_\_\_\_NOT GUILTY        **X** GUILTY

### COUNT TWO

**Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a)**

As to Count Two of the Indictment, charging the defendant, Charles Hillie, with Sexual Exploitation of a Minor, between on or about July 1, 2008, and on or about August 30, 2011, the members of the jury do hereby find the defendant:

\_\_\_\_\_NOT GUILTY        **X** GUILTY

## COUNT THREE

**Possession of Images of a Minor Engaging in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(4)(B)**

As to Count Three of the Indictment, charging the defendant, Charles Hillie, with Possession of Images of a Minor Engaging in Sexually Explicit Conduct, between on or about July 1, 2008, and on or about August 30, 2011, the members of the jury do hereby find the defendant:

\_\_\_\_\_ NOT GUILTY        __X__ GUILTY

If you find the defendant GUILTY of Count Three, please answer the following:

(A) Do you find that the defendant possessed Government Exhibit 4, the video file entitled 602521600_987648306.3gp?

__X__ YES        \_\_\_\_\_ NO

(B) Do you find that the defendant possessed Government Exhibit 5, the video file entitled 846651392_1015183410.3gp?

__X__ YES        \_\_\_\_\_ NO

## COUNT FOUR

**Attempted Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a) & (e)**

As to Count Four of the Indictment, charging the defendant, Charles Hillie, with Attempted Sexual Exploitation of a Minor, between on or about May 1, 2007, and on or about May 31, 2012, the members of the jury do hereby find the defendant:

\_\_\_\_\_ NOT GUILTY        __X__ GUILTY

## COUNT FIVE

**Attempted Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a) & (e)**

As to Count Five of the Indictment, charging the defendant, Charles Hillie, with Attempted Sexual Exploitation of a Minor, between on or about July 1, 2008, and on or about August 31, 2011, the members of the jury do hereby find the defendant:

\_\_\_\_\_NOT GUILTY          __X__GUILTY

## COUNT SIX

**Attempted Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a) & (e)**

As to Count Six of the Indictment, charging the defendant, Charles Hillie, with Attempted Sexual Exploitation of a Minor, on or about October 12, 2011, the members of the jury do hereby find the defendant:

\_\_\_\_\_NOT GUILTY          __X__GUILTY

## COUNT SEVEN

**Attempted Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a) & (e)**

As to Count Seven of the Indictment, charging the defendant, Charles Hillie, with Attempted Sexual Exploitation of a Minor, between on or about July 1, 2011, and on or about May 31, 2012, the members of the jury do hereby find the defendant:

\_\_\_\_\_NOT GUILTY          __X__GUILTY

## COUNT EIGHT

**First Degree Child Sexual Abuse with Aggravating Circumstances, 22 D.C. Code §§ 3008, 3020(a)(2) & (5)**

As to Count Eight of the Indictment, charging the defendant, Charles Hillie, with First Degree Child Sexual Abuse, between on or about July 1, 2007, and on or about August 30, 2010, the members of the jury do hereby find the defendant:

_____NOT GUILTY        __X__GUILTY

**Aggravating Circumstances:**

(A)  Do you find that Janika was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Janika and resided intermittently or permanently in the same dwelling as Janika?

__X__YES        _____NO

(B)  Do you find that Janika was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Janika?

__X__YES        _____NO

(C)  Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

__X__YES        _____NO

## COUNT NINE

**Second Degree Child Sexual Abuse with Aggravating Circumstances, 22 D.C. Code § 3009, 3020(a)(2) & (5)**

As to Count Nine of the Indictment, charging the defendant, Charles Hillie, with Second Degree Child Sexual Abuse, between on or about July 1, 2007, and on or about August 30, 2009, the members of the jury do hereby find the defendant:

_____NOT GUILTY        __X__GUILTY

4

**Aggravating Circumstances:**

(A)  Do you find that Janika was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Janika and resided intermittently or permanently in the same dwelling as Janika?

__X__YES         _____NO

(B)  Do you find that Janika was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Janika?

__X__YES         _____NO

(C)  Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

__X__YES         _____NO

# COUNT TEN

**Second Degree Child Sexual Abuse with Aggravating Circumstances, 22 D.C. Code § 3009, 3020(a)(2) & (5)**

As to Count Ten of the Indictment, charging the defendant, Charles Hillie, with Second Degree Child Sexual Abuse, between on or about July 1, 2007, and on or about May 31, 2012, the members of the jury do hereby find the defendant:

_____NOT GUILTY          __X__GUILTY

**Aggravating Circumstances:**

(A)  Do you find that Janika was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Janika and resided intermittently or permanently in the same dwelling as Janika?

__X__YES         _____NO

(B)  Do you find that Janika was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Janika?

__X__YES         _____NO

5

(C)   Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

_X_ YES              ____ NO

## COUNT TWELVE

**Second Degree Sexual Abuse of a Minor with Aggravating Circumstances, 22 D.C. Code §§ 3009.02, 3020(a)(5)**

As to Count Twelve of the Indictment, charging the defendant, Charles Hillie, with Second Degree Sexual Abuse of a Minor, between on or about June 1, 2014, and on or about June 30, 2014, the members of the jury do hereby find the defendant:

____ NOT GUILTY              _X_ GUILTY

Do you find that Janika was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Janika and resided intermittently or permanently in the same dwelling as Janika?

_X_ YES              ____ NO

Do you find that Janika was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Janika?

_X_ YES              ____ NO

**Aggravating Circumstances:**

Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

_X_ YES              ____ NO

## COUNT THIRTEEN

**Second Degree Child Sexual Abuse with Aggravating Circumstances, 22 D.C. Code § 3009, 3020(a)(2) & (5)**

As to Count Thirteen of the Indictment, charging the defendant, Charles Hillie, with Second Degree Child Sexual Abuse, between on or about May 5, 2011, and on or about December 31, 2011, the members of the jury do hereby find the defendant:

_____ NOT GUILTY            __X__ GUILTY

**Aggravating Circumstances:**

(A) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Jaden and resided intermittently or permanently in the same dwelling as Jaden?

__X__ YES            _____ NO

(B) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Jaden?

__X__ YES            _____ NO

(C) Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

__X__ YES            _____ NO

## COUNT FOURTEEN

**Second Degree Child Sexual Abuse with Aggravating Circumstances, 22 D.C. Code § 3009, 3020(a)(2) & (5)**

As to Count Fourteen of the Indictment, charging the defendant, Charles Hillie, with Second Degree Child Sexual Abuse, between on or about May 5, 2011, and on or about December 31, 2011, the members of the jury do hereby find the defendant:

_____ NOT GUILTY            __X__ GUILTY

**Aggravating Circumstances:**

(A) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Jaden and resided intermittently or permanently in the same dwelling as Jaden?

    _X_ YES                ____ NO

(B) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Jaden?

    _X_ YES                ____ NO

(C) Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

    _X_ YES                ____ NO

## COUNT FIFTEEN

**Second Degree Child Sexual Abuse with Aggravating Circumstances, 22 D.C. Code § 3009, 3020(a)(2) & (5)**

As to Count Fifteen of the Indictment, charging the defendant, Charles Hillie, with Second Degree Child Sexual Abuse, between on or about June 1, 2012, and on or about December 31, 2012, the members of the jury do hereby find the defendant:

    ____ NOT GUILTY                _X_ GUILTY

**Aggravating Circumstances:**

(A) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Jaden and resided intermittently or permanently in the same dwelling as Jaden?

    _X_ YES                ____ NO

(B) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Jaden?

    _X_ YES                ____ NO

(C) Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

__X__ YES _____ NO

## COUNT SIXTEEN

**Second Degree Child Sexual Abuse with Aggravating Circumstances, 22 D.C. Code § 3009, 3020(a)(2) & (5)**

As to Count Sixteen of the Indictment, charging the defendant, Charles Hillie, with Second Degree Child Sexual Abuse, between on or about June 1, 2012, and on or about December 31, 2012, the members of the jury do hereby find the defendant:

_____ NOT GUILTY           __X__ GUILTY

**Aggravating Circumstances:**

(A) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Jaden and resided intermittently or permanently in the same dwelling as Jaden?

__X__ YES _____ NO

(B) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Jaden?

__X__ YES _____ NO

(C) Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

__X__ YES _____ NO

**COUNT SEVENTEEN**

**Second Degree Child Sexual Abuse with Aggravating Circumstances, 22 D.C. Code § 3009, 3020(a)(2) & (5)**

As to Count Seventeen of the Indictment, charging the defendant, Charles Hillie, with Second Degree Child Sexual Abuse, between on or about June 1, 2012, and on or about December 31, 2012, the members of the jury do hereby find the defendant:

_____ NOT GUILTY          __X__ GUILTY

**Aggravating Circumstances:**

(A) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was more than four years older than Jaden and resided intermittently or permanently in the same dwelling as Jaden?

__X__ YES          _____ NO

(B) Do you find that Jaden was under the age of 18 years at the time of the offense and that the defendant was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of Jaden?

__X__ YES          _____ NO

(C) Do you find that the defendant is guilty of committing sex offenses against two or more victims: Jaden and Janika?

__X__ YES          _____ NO

\_\_\_4/5/2018\_\_\_\_\_
DATE                                JURY FOREPERSON

If you agree with the verdict as indicated by your foreperson, indicate your agreement by signing your signature below.