UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  16-CR-30 |
| v. | : | (KBJ) |
| | : | |
| CHARLES HILLIE | : | |
| | : | |

**JOINT STATUS REPORT**

The parties submit the following joint status report, listing their respective proposed

deadlines.    Please note that the Bureau of Prisons (BOP) Forensic Report, ordered by the

Court, has been provided to the parties under seal.  In addition, Mr. Hillie has returned to the

DC Jail.

The parties have not agreed on proposed deadlines, and have each submitted proposed

deadlines, listed below, with rationales, for the Court's final determination.

Mr. Hillie's proposed deadlines:

| | |
|---|---|
| 3/1/19: | Supplemental Sentencing Memoranda |
| 3/8/19: | Replies, if any |
| 3/15/19: | Sentencing hearing |

1

Rationale:      Mr. Hillie has been incarcerated for this offense since August, 2015.  (He was originally charged in DC Superior Court, but later transferred by the Government to this Court.)  The jury reached a verdict in this case on April 5, 2018, and his original sentencing date was June 29, 2018.   It is unfair to continue to hold Mr. HIllie in limbo, rather than have him sentenced as soon as possible.  Only after sentencing can he be transferred to a Bureau of Prisons facility, where he has multiple treatment, rehabilitation and work options.

As both the presentence report and the BOP Forensic Report are sent to the Bureau of Prisons after Mr. Hillie is sentenced, there is no need to further delay the sentencing to include the Forensic Report in the presentence report.  Any comments by the parties regarding the Forensic Report will be addressed through the supplemental sentencing memoranda, regardless whether the Forensic Report is included in the presentence report.

The Government's proposed deadlines:

| | |
|---|---|
| 3/14/19: | Revised Presentence Report |
| 3/21/19: | Supplemental Sentencing Memoranda |
| 3/28/19: | Replies, if any |
| 4/1/19: | Sentencing hearing |

Rationale:      The government proposes the above deadlines to provide time for the Probation Office to incorporate the BOP Forensic Report into the presentence report, prior to submission of sentencing memoranda, and prior to sentencing.  The Probation Office has stated that it will need at least 2-3 weeks to amend its presentence report to incorporate the Forensic Report.

Respectfully submitted,


_____/s/_____
Joanne D. Slaight, #332866
400 7th Street, N.W., Suite 206
Washington, DC  20004
Phone (202) 408-2041
Email: jslaight@att.net



JESSIE K. LIU
UNITED STATES ATTORNEY

_____/s/_____
Andrea Lynn Hertzfeld, D.C. Bar 494059
Kenechukwu Okocha
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7808
(202) 252-6604
Andrea.Hertzfeld@usdoj.gov
Kenechukwu.Okocha@usdoj.gov