UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ]<br>]<br>v. ]<br>]<br>CHARLES HILLIE ]<br>] | Criminal No.  2016-CR-30<br><br>Judge Brown Jackson |

### NOTICE OF APPEAL

Defendant Charles Hillie, through undersigned counsel, respectfully notices an appeal to the United States Court of Appeals for the District of Columbia Circuit in the above-captioned matter, and provides the following information:

Name and address of appellant:   Charles Hillie
DCDC # 326-857
1900 D St, SE
Washington, DC 20003

Name and address of trial counsel:   Joanne D. Slaight
Bar #332866
400  7th Street, N.W.,  Suite 206
Washington, DC  20004

Offenses:

      Counts 1 and 2:
      18 USC § 2251(a); Sexual Exploitation of a Minor

      Count 3:
      18 USC 2252(a)(4)(B); Possession of Child Pornography

      Counts 4 - 7:
      18 USC § 2251(a) & (e); Attempted Sexual Exploitation of a Minor

Count 8:
22 DC Code § 3008, 3020(a)(2) & (5); First Degree Child Sexual Abuse (aggravating circumstances).

Counts 9 & 10:
22 DC Code 3009, 3020(a)(2) & (5); Second Degree Child Sexual Abuse (aggravating circumstances).

Count 12:
22 DC Code 3009.09, 3020(a)(5); Second Degree Sexual Abuse of a Minor (aggravating circumstances).

Counts 13 - 17:
22 DC Code 30009, 3020(a)(2) and (5); Second Degree Child Sexual Abuse (aggravating circumstances).

Judgment:
Total combined sentence for all counts: three hundred fifty-four (354) months incarceration. Judgment and Commitment Order not yet recorded on docket at time of filing Notice of Appeal.

Judgment ordered (orally at sentencing hearing): April 2, 2019

CJA, no fee
Does counsel wish to appear on appeal?　　　　　　　　　No
Has counsel ordered transcripts?　　　　　　　　　　　　No
Is this appeal pursuant to the 1984 Sentencing Reform Act?　Yes

Respectfully submitted,

_____/s/_____

Joanne D. Slaight, #332866
400  7th  Street, N.W.,  Suite 206
Washington, DC  20004
Phone (202) 408-2041
Email:  jslaight@att.net