```
1                BEFORE THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,        .
                                      .  Case Number 16-cr-030
4              Plaintiff,             .
                                      .
5         vs.                         .
                                      .  Washington, D.C.
6    CHARLES HILLIE,                  .  January 30, 2018
                                      .  2:39 p.m.
7              Defendant.             .
     - - - - - - - - - - - - - - - -
8

9                TRANSCRIPT OF STATUS CONFERENCE
                     (SEALED PORTION REDACTED)
10            BEFORE THE HONORABLE KETANJI BROWN JACKSON
                   UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For the Government:         ANDREA HERTZFELD, AUSA
                                 KENECHUKWU OKOCHA, AUSA
14                               United States Attorney's Office
                                 555 Fourth Street Northwest
15                               Washington, D.C. 20530
                                 202-252-7808
16
     For the Defendant:          TONY MILES, AFPD
17                               MICHELLE PETERSON, AFPD
                                 LOUI ITOH, AFPD
18                               Federal Public Defender's Office
                                 625 Indiana Avenue Northwest
19                               Suite 550
                                 Washington, D.C. 20004
20                               202-208-7500

21   Official Court Reporter:    SARA A. WICK, RPR, CRR
                                 333 Constitution Avenue Northwest
22                               U.S. Courthouse, Room 4704-B
                                 Washington, D.C. 20001
23                               202-354-3284

24
     Proceedings recorded by stenotype shorthand.
25   Transcript produced by computer-aided transcription.
```

```
 1                      P R O C E E D I N G S
 2           (Call to order of the court.)
 3              THE CLERK:  Your Honor, this is Criminal Case 16-030,
 4    United States of America versus Charles Hillie.
 5         I'm going to ask counsel to please come forward and
 6    identify yourselves for the record and introduce any parties at
 7    your table.
 8              MS. HERTZFELD:  Good afternoon, your Honor.  Andrea
 9    Hertzfeld for the United States.
10              THE COURT:  Ms. Hertzfeld.
11              MR. OKOCHA:  Good afternoon, your Honor.  Kenechukwu
12    Okocha for the United States.
13              THE COURT:  Mr. Okocha.
14              MR. MILES:  Good afternoon, your Honor.  Tony Miles
15    for Mr. Hillie.
16              THE COURT:  Mr. Miles.
17              MS. ITOH:  Good afternoon, your Honor.  Loui Itoh for
18    Mr. Hillie.
19              THE COURT:  Ms. Itoh.
20              MR. MILES:  And also at counsel table is Michelle
21    Peterson, also for Mr. Hillie.
22              THE COURT:  Yes.  Thank you.
23         I have convened this group in response to a defense request
24    pertaining to a motion for hearing on a request to withdraw.
25              MR. MILES:  Yes, your Honor.
```

1    THE COURT:  There was some mention of potential ex
2  parte discussions, but why don't you give us the basics,
3  Mr. Miles.
4    MR. MILES:  Sure.  And let me say, as I reread the
5  motion, the motion states that Mr. Hillie wants counsel to
6  withdraw, which is true, but it's more serious than that.  We
7  have determined that we have a conflict of interest and the type
8  of conflict that requires us to withdraw from the case.
9    THE COURT:  So let me just say, I think we're going to
10 have to have ex parte discussion so I can understand.  My
11 thought is that maybe if we do and if the government doesn't
12 object, I will have government counsel lawyers step out so we
13 can do it more openly rather than having everybody on earphones
14 and crowded around.
15   MR. MILES:  Sure.  And let me say this, too, before we
16 do that.  We've had a lot of discussion.  That's why
17 Mr. Peterson is here.  Mr. Kramer has been involved in this.
18 And that's why we all recognize we believe it's a conflict, but
19 one, for ethical reasons, we really shouldn't have a detailed
20 discussion.
21   THE COURT:  Oh, all right.
22   MR. MILES:  We believe that there are irreconcilable
23 differences that require us to withdraw.  There are a lot of
24 details that can be provided, but we believe, for ethical
25 reasons, we should not provide them.

1           THE COURT:  I'm happy to have an ex parte discussion
2 without detail.  But because we are two weeks away from trial,
3 I'm going to need more than just irreconcilable differences.
4 You might need to give me the nature of the conflict, that kind
5 of thing.  And if you are uncomfortable doing so or feel that
6 you shouldn't do so in the government's presence, we will have
7 government's counsel step out.
8      Ms. Hertzfeld and Mr. Okocha, do you object to that, to let
9 me hear at a very broad level what this is about?
10           MS. HERTZFELD:  We have no objection to stepping out
11 so that your Honor can hear the defense.
12      It's very difficult to take much of a position without
13 knowing more about what the nature of the issue is.  Mr. Miles
14 told me this was coming and sort of what the -- about as much as
15 he's told your Honor thus far.
16      Our position is, obviously, given that we have two victims
17 in this case who are within two weeks of getting on the witness
18 stand, it's a case that's been pending for a long time, and the
19 assaults occurred quite some time ago, we have every interest in
20 trying to get this case to trial as quickly as we possibly can.
21      That being said, without knowing more about the nature of
22 the conflict, it's very difficult to take any position with
23 respect to that.  So I think we would have to defer to your
24 Honor --
25           THE COURT:  I understand and appreciate the

```
1    government's position.  The Court knew nothing of this except
2    for what was written and had actually not expected a conflict of
3    interest kind of issue.  So let me hear from them as best they
4    can, and then we will call you back in.  All right?
5              MS. HERTZFELD:  Thank you.
6              THE COURT:  Thank you.
7         (Government Counsel Hertzfeld and Okocha left courtroom.)
8         (Sealed session follows.)
9    ████████████████████████████████████████
10   ████████████████████████████████████████
11   ████████████████████████████████████████
12   ██████████
13   █████████████████████████████████████████████
14   █████████████████████████████████████
15   ████████████████████████████████████████
16   █████████████████████████████████
17   ██████████████████████████████████████
18   ████████████████████████████████████████
19   ████████████████████████████████████████
20   ████████████████████████████████████████
21   ██████████
22   ███████████████████████████
23   █████████████████████████████████████████████
24   ████████████████████████████████████████
25   ███████████████████████████████████████
```





1  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2  ▬▬▬▬▬▬▬▬▬▬
3          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
4  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
6      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
7  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
8  ▬▬▬▬
9           ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
10 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
11 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
12 ▬▬▬▬▬
13        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
14        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
15 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
16 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
17        ▬▬▬▬▬▬▬▬▬▬▬▬
18        (End of sealed session.)
19        (Government Counsel Hertzfeld and Okocha returned to
20 courtroom.)
21        THE COURT:  All right.  So I have had ex parte
22 communications with defense counsel, and it is the conclusion of
23 the Court, in light of the representations that have been made,
24 that the Defender is no longer able to represent Mr. Hillie in
25 this matter.  They have had several people look at the issues

1  and come to that determination.
2       So that will necessarily cause some delay.  What we are
3  going to try to do is make this as quick as possible in terms of
4  identifying replacement counsel.  Defender's Office has already
5  started to undertake that process, given their assessment that
6  they could no longer continue.
7       Let me ask Ms. Peterson, to have a status conference, when
8  is the earliest possible time you will know whether you have
9  someone to replace him and we can get that person in to set a
10 new trial date?
11           MS. PETERSON:  Your Honor, I would suggest towards the
12 end of next week.  That should give Mr. Kramer enough time to
13 secure someone.
14           THE COURT:  We had a final pretrial conference
15 scheduled on the 9th at 11:00, in any event.  Are the parties
16 available -- I would like to do it a little earlier, if I could.
17 11:00?
18           MS. HERTZFELD:  I could be here at 11:00, your Honor.
19 I had been the one to ask to move it back to 11:00 at our last
20 conference because I have a conflicting hearing in another
21 matter, unless your Honor wants it before 10:00 a.m. and that's
22 available.
23           THE COURT:  11:00 is fine, given your circumstances.
24           MS. HERTZFELD:  Thank you.
25           THE COURT:  We will just substitute the final pretrial

1    conference, then, for a status conference.
2            And let me just say formally that, in light of the
3    representations that were made, this Court has decided to grant
4    the motion by Mr. Miles, supported by the ex parte
5    communications, to withdraw.  My process is to require that you
6    remain until we get the replacement, but hopefully, we will hear
7    word from the Federal Defender by the 9th, and that way, if such
8    person has been secured, they can appear on the 9th at 11:00,
9    and we can try to set a trial date expeditiously.
10           If you find such person sooner than that, it would be much
11   appreciated if you, Mr. Miles, can transfer to them -- assume
12   that I will accept them and they will be fine and get them the
13   information so that they can get going.
14              MR. MILES:  Sure.
15              THE COURT:  It would be hard if they start on the 9th
16   and say, well, we don't have any background, we don't know
17   what's going on.  I would like to get a jump on this, given
18   where we are.
19              MR. MILES:  I will do that, your Honor.
20              THE COURT:  I guess these things happen.  What can we
21   do.
22           The speedy trial clock continues to be tolled in light of
23   the pendency of motions that were pending even the last time
24   that we talked.  So I don't think I need to make a speedy trial
25   finding.  I would find that it is in the interest of justice, in

light of the defense counsel's representations and motion to withdraw, that the speedy trial clock be tolled, but I don't think it's necessary, given the motions that we have.

Is there anything else that we need to address?

MR. MILES: No, your Honor.

MS. HERTZFELD: No, your Honor. Thank you.

THE COURT: All right. I will see you next Friday.

(Proceedings adjourned at 2:51 p.m.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF OFFICIAL COURT REPORTER

I, Sara A. Wick, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Sara A. Wick July 1, 2019

SIGNATURE OF COURT REPORTER DATE