```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


   UNITED STATES OF AMERICA      :
                                 :
                 Plaintiff,      :   Criminal Action
                                 :   No. 16-030
   v.                            :
                                 :
   CHARLES HILLIE,               :   April 2, 2018
                                 :   9:30 a.m.
                                 :
                                 :
                 Defendant.      :   Washington, D.C.
                                 :
   .............................. :
```

**DAY 3 - MORNING SESSION**
**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE KETANJI B. JACKSON,**
**UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

For the United States:        **Andrea Lynn Hertzfeld, Assistant**
                              **U.S. Attorney**
                              U.S. ATTORNEY'S OFFICE FOR THE
                              DISTRICT OF COLUMBIA
                              555 Fourth Street, NW
                              Washington, DC 20530
                              (202) 252-7808
                              Fax: (202) 353-7634
                              Email: Andrea.hertzfeld@usdoj.gov

                              **Kenechukwu O. Okocha, Assistant**
                              **U.S. Attorney**
                              U.S. ATTORNEY'S OFFICE-DISTRICT OF
                              COLUMBIA
                              Sex Offense and Domestic Violence
                              555 Fourth Street, SW
                              10th Floor
                              Washington, DC 20530
                              (202) 252-6604
                              Email: Kenechukwu.okocha@usdoj.gov

APPEARANCES:  Cont.


For the Defendant:              **Joanne D. Slaight, Esq.**
                                LAW OFFICES OF JOANNE D. SLAIGHT
                                400 Seventh Street, NW
                                Suite 206
                                Washington, DC 20004
                                (202) 408-2041
                                Fax: (202) 628-0249
                                Email: Jslaight@att.net


Court Reporter:                 **Scott L. Wallace, RDR, CRR**
                                Official Court Reporter
                                Room 6503, U.S. Courthouse
                                Washington, D.C. 20001
                                202.354.3196
                                scottlyn01@aol.com


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

# C O N T E N T S

**EXAMINATIONS**                                                    **Page**

CROSS-EXAMINATION OF JOHN MARSH                    4
BY MS. SLAIGHT
REDIRECT EXAMINATION OF JOHN MARSH                16
BY MS. HERTZFELD

DIRECT EXAMINATION OF DORETHA JOHNSON             18
BY MS. HERTZFELD
CROSS-EXAMINATION OF DORETHA JOHNSON              39
BY MS. SLAIGHT
REDIRECT EXAMINATION OF DORETHA JOHNSON           50
BY MS. HERTZFELD

DIRECT EXAMINATION OF JADEN ASIAMAH               53
BY MS. HERTZFELD

## EXHIBITS

**DESCRIPTION**

Government's Exhibit 2B admitted                   74

Government's Exhibit 12H admitted                  78

Government's Exhibit 12I admitted                  79

Government's Exhibit 12D admitted                  92

Government's Exhibit 12E admitted                  94

Defendant's Exhibit 20 admitted                    12

<u>**MORNING SESSION, APRIL 2, 2018**</u>

1

2    (9:53 a.m.)

3         THE COURT:  Let me just ask, before the jury comes in,

4    are -- is -- has the Government rested or -- I think you did.

5         MS. HERTZFELD:  Yes.

6         THE COURT:  So we're going to start with

7    cross-examination, right?  Is that correct?

8         MS. HERTZFELD:  Yes, Your Honor.

9         THE COURT:  Okay.

10        (Jury in at 9:59 a.m.)

11        THE COURT:  Good morning, ladies and gentlemen.  You may

12   have a seat.

13        Ms. Slaight, will there be any cross-examination of

14   Special Agent Marsh?

15        MS. SLAIGHT:  Yes, Your Honor.  Thank you.

16        THE COURT:  Please come forward.

17                 <u>CROSS-EXAMINATION OF JOHN MARSH</u>

18   <u>BY MS. SLAIGHT:</u>

19   **Q.**    Good morning, Agent Marsh.

20   **A.**    Good morning.

21   **Q.**    Now, when we left on Friday, you had testified -- you

22   were testifying on direct examination; is that right?

23   **A.**    Yes, ma'am.

24   **Q.**    Okay.  And you were talking about the Dell laptop

25   computer that you looked at, correct?

1    **A.**      Yes, ma'am.

2    **Q.**      And you did an extraction of the files in that computer,

3    correct, in that laptop?

4    **A.**      Yes, I did.

5    **Q.**      Okay.  And can you -- do you know when any one was last

6    on that laptop?

7    **A.**      I don't have those dates right in front of me.  I did

8    look at those dates in reference to the computers.  I don't have

9    those files in front of me.

10   **Q.**      So at this time, you don't know the last date that -- off

11   the top of your head?

12   **A.**      That's correct.  I don't have that right --

13   **Q.**      Okay.

14   **A.**      -- in front of me.

15   **Q.**      Okay.  And you also looked at a camera; is that right?

16   You also examined a camera in relation to this case?

17   **A.**      Yes, ma'am.

18   **Q.**      That was taken from the apartment; is that right?

19   **A.**      Yes, ma'am.

20   **Q.**      And you didn't see any identification of the camera with

21   the files that you have, Exhibits 4 through 9, the Government's

22   Exhibits 4 through 9; is that right?

23   **A.**      Um, I'm not sure what your question is about the camera.

24   **Q.**      Okay.  You examined a camera that was taken from the

25   apartment; is that right --

1   **A.**      Yes, ma'am.

2   **Q.**      -- in relation to the case?

3   **A.**      Yes.

4   **Q.**      And you didn't identify -- you didn't have evidence or

5   find evidence linking that camera to the videos or the -- or

6   Exhibits 4 through 9 that were introduced on Friday; is that

7   correct?

8   **A.**      Okay.  Now -- yeah, now I understand you.  The camera

9   digital card, I believe, was empty.  There was nothing on it,

10  and then the signature of that -- it was a Pentax camera, is my

11  memory.  That camera has a different digital signature when it

12  would leave -- if it were to leave excess data or a -- some file

13  metadata.  It was different for that camera.  So it was --

14  **Q.**      So --

15  **A.**      So we concluded it wasn't that camera.

16  **Q.**      Okay.  So you affirmatively concluded that actually it

17  wasn't the camera used to take the files in the videos that were

18  Exhibits 4 through 9, Government's Exhibit 4 through 9?

19  **A.**      That's correct.

20  **Q.**      Okay.  And you never located an actual camera link to

21  those images; is that right?

22  **A.**      That's correct.

23  **Q.**      Okay.

24  **A.**      One wasn't brought to me.  I don't --

25  **Q.**      Okay.

1    **A.**     I don't know from other parts of the investigation.

2    **Q.**     You never examined any camera that you linked to those

3    images --

4    **A.**     That's correct.

5    **Q.**     -- Exhibits 4 through 9?  Okay.

6           Now, you talked about one of the images -- or one of the

7    files.  You had a creation date and a deletion date for that; is

8    that correct?

9    **A.**     Yes, ma'am.

10   **Q.**     That would be Exhibit 8.

11          And -- but still, that file was actually deleted in

12   November of 2011, is that right, November 30th of 2011?

13   **A.**     That's correct.

14   **Q.**     Okay.  And for the other five files, you can't say when

15   the files were deleted, correct?

16   **A.**     That's correct.

17   **Q.**     Okay.  And for those other files -- five files, you can't

18   say when they're created, correct?

19   **A.**     That's correct.

20   **Q.**     Now, three of those five -- or three of those six files

21   were -- you got from what you called the "carved" from the hard

22   drive, right?

23   **A.**     Yes, ma'am.

24   **Q.**     Okay.  So for those three, you couldn't tell which

25   account they were in or which user folder originally, correct?

1    **A.**    That's correct.

2    **Q.**    Okay.  Now, when you talked about a folder where the

3    files were stored -- and you said there was a folder for OG,

4    underscore, OG and OG2; is that right?

5    **A.**    There's an OG and an OG, underscore, 2.

6    **Q.**    Okay.  And then there was also a guest folder, a guest

7    underscore, mine folder; is that right?

8    **A.**    I don't know of any other underscore folders.

9    **Q.**    Well, let me ask you this:  Four other -- the folders you

10   referred to were user accounts, right --

11   **A.**    Yes.

12   **Q.**    -- referred to as user accounts?

13   **A.**    Yes.

14   **Q.**    Okay.  And to get into the user account for that folder,

15   a password was required; is that right?

16   **A.**    A password was required?

17   **Q.**    Yes.

18   **A.**    Yes.

19   **Q.**    Okay.

20   **A.**    For the accounts that had passwords, you would need a

21   password to enter.

22   **Q.**    Okay.  Now, you extracted an additional video from --

23   that was from the bathroom, is that right, besides these

24   Exhibits 4 through 9; is that right?

25   **A.**    There were other videos, yes.

1   **Q.**     Okay.  And one of them was in the bathroom, correct?

2   **A.**     Yes.

3   **Q.**     Okay.  And that was -- and I'll read you the serial

4   number.  And it would -- or I can show you Exhibit --

5   Government's Exhibit 19 if you want to look at the actual -- you

6   have the --

7   **A.**     If you have the serial number or the file name for

8   the image, I would probably be able to reference it.

9   **Q.**     Okay.  That would be Serial No. WXJ0A89R4310, slash,

10  carved, underscore, 1286238208, underscore, 1419949039, point,

11  3GRP.

12  **A.**     Dot 3GP, yes, that -- I'm familiar with that video.

13  **Q.**     Okay.  And you extracted that video from the carved

14  files; is that right?

15  **A.**     That's correct.

16  **Q.**     So that you don't know which user account it was

17  affiliated with originally, correct?

18  **A.**     That's correct.

19  **Q.**     And that was nine -- almost 10 minutes, nine minutes and

20  51 seconds long?

21  **A.**     Yes, ma'am.

22  **Q.**     Okay.  And you see in that video a woman -- a female

23  turning the video on at the beginning; is that right?

24  **A.**     It's hard to tell.  You know, that's up for some

25  interpretation of what's exactly happening with her adjustment.

1    She looks to be doing something with a camera.

2    **Q.**    And she's right at the video?

3    **A.**    That's correct.

4    **Q.**    Right.  Okay.

5         When it goes on; is that right?

6    **A.**    That's correct.

7    **Q.**    She's right at the camera.  Okay.

8         And then the video goes on for nine minutes and

9    51 seconds, and the woman is still in the video; is that right?

10        MS. HERTZFELD:  Objection.

11        THE COURT:  Approach?

12        (Following sidebar discussion had on the record:)

13        MS. HERTZFELD:  This is the same objection.  If

14   Ms. Slaight doesn't want the witness to characterize what's in

15   the video and just wants them to speak for themselves, I think we

16   should ask the witness to play the video as we did with respect

17   to the other videos.

18        THE COURT:  Ms. Slaight?

19        MS. SLAIGHT:  I can just play it, but this is

20   cross-examination.  That's -- and this is not one of the charged

21   videos, but I can just have him play the video.

22        THE COURT:  Are you going to play it or --

23        MS. SLAIGHT:  Yes.  Yeah.

24        THE COURT:  All right.  So let's do that --

25        MS. SLAIGHT:  Okay.

1           THE COURT:  -- instead of asking him all the details.

2           MS. SLAIGHT:  Okay.

3           (Sidebar discussion concluded.)

4    BY MS. SLAIGHT:

5    **Q.**    Now, you reviewed that video before your appearance

6    today; is that right?

7    **A.**    Um, have I seen it sometime before today?  I didn't

8    review it this morning.  I'm not sure --

9    **Q.**    Okay.

10   **A.**    -- what time --

11   **Q.**    You reviewed a -- the video prior to testimony to make

12   sure that your videos -- the -- well, the exhibits are fair and

13   accurate, right?

14   **A.**    That the contents were the same as the ones we extracted?

15   **Q.**    Right.

16   **A.**    I did for the ones that were being produced by the

17   Government.

18   **Q.**    Okay.  And the Government's going to play this video.  If

19   the Government plays this video today, that's the video that you

20   extracted; is that right?

21   **A.**    I'm sure it would be.  I made the files -- I made the DVD

22   and the file setup for the demonstration today so --

23   **Q.**    And there are videos in the Government's control, right?

24   **A.**    That's correct.

25   **Q.**    Okay.

1        MS. HERTZFELD:  No objection to the authenticity, for the

2  record.

3        THE COURT:  All right.

4        MS. SLAIGHT:  And, Your Honor, if I could have that listed

5  as Defense Exhibit 20?

6        THE COURT:  You may.

7        MS. SLAIGHT:  Okay.  And if Defense Exhibit 20 could be

8  played?

9        MS. HERTZFELD:  No objection.

10        THE COURT:  You would like to publish it now?

11        MS. SLAIGHT:  Yes, Your Honor, and introduce that video.

12        THE COURT:  All right.  Defense Exhibit 20 is admitted,

13  and you may publish.

14        (Defendant's Exhibit 20 admitted into the record.)

15        MS. HERTZFELD:  Court's indulgence just to make sure

16  this --

17        THE COURT:  Yes.

18        MS. HERTZFELD:  -- television isn't on.

19        (Videotape played.)

20  BY MS. SLAIGHT:

21  **Q.**    Is that the entire video --

22  **A.**    Yes, ma'am.

23  **Q.**    -- for that?  Okay.

24        And the person who's on that video is Joyce Asiamah; is

25  that right?

1    **A.**      I don't know her name.

2    **Q.**      Okay.  You identified the person earlier as the mother?

3    **A.**      That's how I knew her as --

4    **Q.**      Yes.

5    **A.**      -- as the mother.

6    **Q.**      And that's the person that's on the video, right?

7    **A.**      Yes.

8    **Q.**      Okay.  And that's the person who turned off the video or

9    gets up there and turns off the video; is that right?

10   **A.**      Yes.

11   **Q.**      Okay.  Now, there were thousands of files on the laptop,

12   correct?

13   **A.**      Yes, ma'am.

14   **Q.**      Okay.  And on the Recycle Bin for OG, underscore, 2,

15   there were other files besides the files that you extracted,

16   correct?

17   **A.**      Yes, ma'am.

18   **Q.**      Okay.  And would you say hundreds, thousands?

19   **A.**      No.  The OG, underscore, 2 Recycle Bin maybe had 20 or

20   25.

21   **Q.**      Okay.  And Recycle Bin for -- now there are Recycle Bins

22   for each user; is that right?

23   **A.**      That's right.

24   **Q.**      Okay.  And then --

25   **A.**      When you set up an account, you're specifically

1    assigned -- a Recycle Bin is set up and assigned per user

2    account.

3    Q.    And, also, items in the Recycle Bin is for all of the

4    user files, correct?  In other words, OG -- you said there were

5    several user files; is that right -- user folders, I'm sorry?

6    There was OG, OG, underscore, 2; is that right?

7    A.    Yes.

8    Q.    Okay.  There were -- and there was more -- there were

9    several --

10   A.    There were --

11   Q.    -- accounts?

12   A.    There were four -- I believe there were four Recycle Bins

13   there.

14   Q.    Okay.  And did the other recycle folders have -- the

15   other accounts have recycled -- material recycled in the Recycle

16   Bin files?

17   A.    Yes.

18   Q.    Okay.  And, in fact, it's not uncommon for computers or

19   laptops to have material files in the Recycle Bin; is that

20   right?

21   A.    That's correct.

22   Q.    Okay.  And there were a lot of other files in the

23   unallocated area besides the files that you introduced, the

24   three files that you introduced in the Exhibits 4 through 9; is

25   that correct?

1    **A.**     Yes.

2    **Q.**     Okay.  And how many would you say there were, hundreds,

3    thousands?  Do you remember?  Do you have any idea?

4    **A.**     A typical computer that's been used over, you know, a

5    course of a couple of years has thousands of files.

6    **Q.**     Okay.  And then, again, that's not unusual?  You said it

7    was a typical computer --

8    **A.**     Correct.

9    **Q.**     -- that has thousands of files?

10   **A.**     Yeah, the user-generated files from web browsing and from

11   different things.  There's -- you know, there's a buildup over

12   time.

13   **Q.**     Okay.  And things are deleted from -- files are deleted

14   from the account, and files are deleted from the Recycle Bin,

15   and that's how they get in the unallocated files; is that right?

16   **A.**     That's correct.

17   **Q.**     Okay.  And then there were other ones besides -- what I'm

18   saying is there -- the question is, there are other -- there

19   were thousands of deleted files -- unallocated files that had

20   been deleted from both the Recycle Bin and the -- or had been

21   deleted from the folder and the Recycle Bin in that computer; is

22   that right?

23   **A.**     To get really technical about that, it's -- and then I'm

24   not sure you're asking that technical of a question.  But the

25   simple answer is there are a lot of files in the unallocated

1    space.  I'm not sure exactly what you're -- if you want more

2    description of that or not.

3    **Q.**    Well, the issue is, there were -- that's not unusual to

4    have hundreds or thousands of files in -- that are unallocated

5    in a laptop that's been used for a couple of years?

6    **A.**    That's correct.

7    **Q.**    Okay.

8          MS. SLAIGHT:  I have no further questions.

9          THE COURT:  Any redirect?

10         MS. HERTZFELD:  Just very brief.

11              REDIRECT EXAMINATION OF JOHN MARSH

12   BY MS. HERTZFELD:

13   **Q.**    Good morning, Agent Marsh.

14   **A.**    Good morning.

15   **Q.**    So I just want to clarify a couple of things you said

16   during the beginning of your cross-examination to make sure the

17   jury understands.

18         With respect to the camera that you examined for evidence

19   in this case, you indicated it didn't contain any evidence

20   relevant to the case at hand.

21         Is that the right understanding?

22   **A.**    That's correct, yeah.

23   **Q.**    All right.  And you mentioned that if a camera of that

24   nature had been used to create video, you said it would leave

25   a -- it would have a different kind of digital signature?

1    **A.**    Yes.

2    **Q.**    What did you -- can you explain to us what you meant by

3    that?

4    **A.**    Well, the camera itself would leave -- the metadata would

5    look different from a Pentax camera, and it's just -- in terms

6    of the way that I would have ruled out whether that was the

7    camera being used, if you just look at the way that the device

8    is being placed here and the way that the type of camera it is

9    that was recovered, it really was not even possible most likely

10   that that was the camera that was being used.

11   **Q.**    All right.  And you had testified back on Friday in your

12   direct examination that you believed, based on the file names

13   that were in Government's Exhibit 17, that chart that had all

14   the videos listed, that those appeared to be the kind of file

15   names that would be associated with an Android, potentially.

16       Can you explain --

17   **A.**    It was an Android.  It looked like it was a cellular

18   telephone, so an Android -- some kind of Android-based cellular

19   telephone file signature.  That's the typical time stamp from an

20   Android cell phone.

21   **Q.**    And would that be different from one like a Pentax camera

22   would be?

23   **A.**    Absolutely.

24       MS. HERTZFELD:  No further questions.

25       THE COURT:  All right.  You may step down, sir.

```
1          THE WITNESS:  Thank you.

2          THE COURT:  Thank you.

3          Let me ask if the Government has any additional witnesses?

4          MS. HERTZFELD:  Yes, Your Honor.

5          THE COURT:  You may call your next witness.

6          MS. HERTZFELD:  Thank you.

7          The United States would next call Detective Doretha

8   Johnson from the Metropolitan Police Department.

9          THE COURT:  All right.  We'll have her come in.

10         Good morning, Ms. Johnson.  You may come right up to the

11  stand.

12         THE WITNESS:  Good morning.

13         How are you this morning?

14         THE COURT:  I am good.  Thank you.

15         Before being seated, if you would stand and let me have

16  you be sworn.

17         (DORETHA JOHNSON, WITNESS IN THE CASE, SWORN.)

18         THE COURT:  You may sit down.  And we're going to have you

19  speak right into the microphone so you can be heard.

20         THE WITNESS:  Okay.

21         THE COURT:  All right.  Thank you.

22              DIRECT EXAMINATION OF DORETHA JOHNSON

23  BY MS. HERTZFELD:

24  Q.    Good morning.

25  A.    Good morning.
```

```
 1   Q.     Would you go ahead and introduce yourself to the jurors

 2   by just telling them your first and last name and how to spell

 3   your first name?

 4   A.     Doretha Johnson, D-O-R-E-T-H-A, J-O-H-N-S-O-N.

 5   Q.     All right.  And are you currently employed?

 6   A.     No.  I'm retired.

 7   Q.     Congratulations.

 8          Where did you retire from?

 9   A.     Metropolitan Police Department.

10   Q.     All right.  And when did you retire from the Metropolitan

11   Police Department?

12   A.     March 28th, 2014.

13   Q.     Okay.  And back when you were employed by the

14   Metropolitan Police Department, what was your rank and

15   assignment at the time that you retired?

16   A.     Detective grade 2.  I was investigating child abuse

17   cases.

18   Q.     All right.  And what unit were you in at the Metropolitan

19   Police Department?

20   A.     Youth investigations division.

21   Q.     And leading up to your retirement, for how many years had

22   you been a detective in the youth investigations division?

23   A.     Let me think.  Eleven years.

24   Q.     All right.  And how many years in total did you have at

25   the Metropolitan Police Department?
```

1    **A.**    Just almost -- shy of 26 years, so 25 years, five months,

2    and five days.

3    **Q.**    Oh, okay.

4    **A.**    I didn't calculate the hours.

5    **Q.**    And so during the time that you spent your last 11 years

6    in the youth investigations division, could you tell the jurors

7    what kind of cases it was that you investigated?

8    **A.**    Investigated child abuse cases, physical and sexual.

9    **Q.**    All right.  And during the course of your time at the

10   Metropolitan Police Department in youth investigations, did you

11   have an opportunity to get involved in an investigation of

12   sexual abuse allegation involving two girls by the names of

13   Jaden and Janika?  And I'm not going to put their last names.

14   I'm not going to say them.  But do you know the investigation

15   I'm referring to?

16   **A.**    Yes.

17   **Q.**    All right.  And how was it that you came to be involved

18   in that investigation?

19   **A.**    The complainant's father -- is it Janika? -- no, Jaden,

20   he reported to Child and Family Services Agency that his

21   daughter had been physically and sexually abused by this

22   defendant.

23   **Q.**    All right.  And what's the mechanism that's used, if you

24   know, at the Child and Family Services to make such a report?

25   **A.**    They have a hotline, and people can call into the hotline

1   to report any type of physical abuse, neglect, and they take all

2   the information, and then they will fax it over to youth

3   division for -- to be assigned, and then we go out and

4   investigate.

5   **Q.**    All right.  And is that what happened here, that it got

6   assigned to you?

7   **A.**    Yes.

8   **Q.**    All right.  And do you remember -- you said that Jaden's

9   father called the hotline.

10       What was the date, do you remember, that he made that

11   hotline report?

12   **A.**    I believe January the -- January 7th, 2013.

13   **Q.**    All right.  And do you recall whether or not that was the

14   first report that Jaden's father had made to the police about

15   the incident involving his daughter?

16   **A.**    I believe back in 2012 he had made a report.

17       MS. SLAIGHT:  Objection.

18       THE COURT:  Basis?

19       MS. SLAIGHT:  Could we approach?

20       THE COURT:  Yes.

21       (Following sidebar discussion had on the record:)

22       MS. SLAIGHT:  Your Honor, this is the first time I'm

23   hearing about a previous report.  I don't know what it is or how

24   it's relevant.

25       MS. HERTZFELD:  But it's just a report on the day that

1    Jaden was struck in the face.  She'll testify she and her dad

2    went and made a police -- a report to the police.

3    Detective Johnson got assigned in January when the hotline report

4    came in.

5         THE COURT:  All right.  Then I think Ms. Slaight is

6    talking about a question now that is soliciting information about

7    the prior report.

8         MS. HERTZFELD:  The prior report is just the November the

9    12th report that Jaden and her father made the day that she was

10   struck by Mr. Hillie.

11        THE COURT:  I don't --

12        MS. HERTZFELD:  That's the only other report.

13        THE COURT:  Is that the one we're talking about right now?

14        MS. HERTZFELD:  No.  So two things happened.  One is that,

15   as Jaden will testify today, on the day of -- that she was struck

16   by Mr. Hillie, she -- her father came to pick her up.  They,

17   together, went to the police, and a report was made.

18   Detective Johnson got involved when -- in January when he called

19   the hotline and reported again, and then she was assigned at that

20   point.

21        THE COURT:  In November -- so you are familiar with it on

22   the day of this, right?

23        MS. SLAIGHT:  Well, I'm familiar that they said that they

24   made a report.  I didn't have any actual report, but now I know

25   what they're talking about.  I didn't know what they were talking

1    about.

2         THE COURT:  Okay.  So there are actually two times in

3    which the father has been in contact with the police?

4         MS. HERTZFELD:  Yes.

5         THE COURT:  And she started out talking about the second

6    one?

7         MS. HERTZFELD:  Yes.

8         THE COURT:  So now, you're referencing the first one?

9         MS. HERTZFELD:  Yes.

10        THE COURT:  Okay.  Are we all clear?

11        MS. SLAIGHT:  Yes.

12        THE COURT:  Thank you.

13        (Sidebar discussion concluded.)

14        THE COURT:  You may continue.

15   BY MS. HERTZFELD:

16   **Q.**   So I think we left off with me asking you about the prior

17   report that the complainant's father had made to the police in

18   2012.

19   **A.**   Yes.

20   **Q.**   Okay.  And so with respect to this hotline report that

21   gets made in January 2013, you become the assigned detective?

22   **A.**   Yes.

23   **Q.**   All right.  And when you received the report from CFSA

24   and became assigned to this case, what were the first steps that

25   you took to investigate what had happened?

1    **A.**    First step to take is to try to get in contact with

2    everyone that's involved, the complainant, the mother, the

3    father, and also the suspect, to try to interview them to get

4    the basis for your case.

5    **Q.**    All right.  And did you ascertain who the alleged abuser

6    was in this case?

7    **A.**    Yes.

8    **Q.**    And who was it?

9    **A.**    The complainant stated it was her mother's boyfriend,

10   Charles Hillie.

11   **Q.**    Okay.  And at the time that this report got made and

12   assigned to you, where was Jaden living?

13   **A.**    She was living with her mother.

14   **Q.**    Okay.  And did there come a -- I'm sorry, go ahead.

15   **A.**    Well, no, I think she was living with her father because

16   of the prior incident that had occurred.

17   **Q.**    Okay.  And so tell us what, from your investigation, you

18   learned caused her to change from her mother to her father's

19   residence?

20   **A.**    I think it was the physical abuse allegation that

21   occurred back in 2012 where the defendant, Mr. Hillie, was

22   supposed to have slapped her in the face.

23   **Q.**    Okay.  So at the time of the abuse, Jaden was living

24   where?

25   **A.**    Okay.  Jaden was living, at the time of the abuse, I

1    believe, well, with her mother.  I believe it was with her

2    mother.

3    Q.     And then by the time you were assigned the case, where is

4    she?

5    A.     Well, I believe she was living with her father -- when I

6    got assigned to the case, she was -- she could have been with

7    her mother.  It's been a minute, so I can't recall exactly.

8    Q.     If I were to give you the paperwork that you generated

9    back in 2013 to help refresh your memory --

10   A.     Yeah.

11   Q.     -- on that, would that help you?

12   A.     Yes.

13   Q.     All right.  I'm going to show you what's marked as

14   Government's Exhibit 20, which I'm going to show Ms. Slaight.

15            THE COURT:  Yes.

16            MS. HERTZFELD:  May I approach, Your Honor?

17            THE COURT:  You may.

18   BY MS. HERTZFELD:

19   Q.     Detective Johnson, I'm going to have you look at --

20   A.     Okay.

21   Q.     -- what's marked as Government's Exhibit 20, which is the

22   police paperwork that you generated in this case.

23   A.     Yeah.

24   Q.     Go ahead and take a look at that and see if that helps

25   refresh your memory on this, and then when you're finished, go

1    ahead and look up at me and we'll continue on.

2  **A.**    Okay.  She was with her mother.

3  **Q.**    At what point?

4  **A.**    When this allegation was made.

5  **Q.**    Go ahead and take your time to look it over.  That's

6    fine.

7  **A.**    She was with her mother.

8  **Q.**    Okay.  And so then you said you received this -- the

9    hotline report was received via her father, and then you went to

10   investigate?

11 **A.**    Yes.

12 **Q.**    And you said you went ahead and made contact with the

13   family members?

14 **A.**    Yes.

15 **Q.**    All right.  So let's go back to that for a moment.

16       So who was the first person that you made contact with in

17   her family, Jaden's family?

18 **A.**    Her father.

19 **Q.**    Okay.  And did you make an effort to interview Jaden's

20   father in connection with your investigation?

21 **A.**    Yes.

22 **Q.**    All right.  And without telling us any specifics about

23   what he said, did he provide you information about the nature of

24   the allegation that Jaden had told him?

25 **A.**    Yes, he did.

1    **Q.**    All right.  And based on that information, what did you

2    do?

3    **A.**    I -- in reference to that information, I -- because of

4    the child's age, I had set up a CAC interview at the Safe Shores

5    Child Advocacy Center for her to be interviewed in reference to

6    the allegation.

7    **Q.**    All right.  And what's the CAC or the Safe Shores Child

8    Advocacy Center?  What is that?

9    **A.**    It's an agency within the District of Columbia where they

10   interview kids, forensically interview them in reference to

11   physical and sexual abuse, whether they have seen or heard

12   anything, to get a more detailed account of the incident that

13   occurred.

14   **Q.**    Okay.  And you said you had Jaden interviewed there

15   because of her age.

16        How old was she at the time?

17   **A.**    Ten.

18   **Q.**    Okay.  And when you say that they send children there to

19   be forensically interviewed, can you tell the jury what a

20   forensic interview is?

21   **A.**    It's an interview where they interview children and -- to

22   get, like I said, a more detailed account of what happened in

23   the incident, and they're trained to try to get disclosure from

24   the child but not have it in a leading way, not ask questions in

25   a leading way for them to answer the questions.

1  **Q.**    And when a child is sent to the Children's Advocacy

2  Center for an interview, can you describe for the jury what the

3  environment is like in which the interview is conducted?

4  **A.**    It's a child-friendly environment, and it's a one-on-one

5  interview with an interviewer and a child in a room.  It's

6  child-friendly, and they try to get a rapport with the child to

7  build the case up.

8  **Q.**    All right.  And when you tried to set up an interview for

9  Jaden to be interviewed at the Children's Advocacy Center, did

10  you set that up through her father?

11  **A.**    Yes.

12  **Q.**    All right.  And did he bring her to the Children's

13  Advocacy interview --

14  **A.**    Yes.

15  **Q.**    -- Center for an interview?

16  **A.**    Yes.

17  **Q.**    Okay.  And at that interview, were you present?

18  **A.**    Yes.

19  **Q.**    Did you watch the interview of Jaden by the forensic

20  interviewer?

21  **A.**    Yes.

22  **Q.**    And how -- like, how are you situated in order to be able

23  to watch it?

24  **A.**    Well, they have a separate room where there's a glass

25  where you can see the child, the child can't see you, and it's

1    recorded so that I can see the interview.  The child can't see

2    me, but I can see the child.

3    **Q.**    All right.  And on what date was it that Jaden was

4    interviewed at the Children's Advocacy Center?

5    **A.**    January 22nd, 2013.

6    **Q.**    Okay.

7    **A.**    Let me refer --

8           THE COURT:  If you remember, you can --

9           THE WITNESS:  I want -- yeah.

10          THE COURT:  All right.

11          THE WITNESS:  I want to say January 22nd, 2013.

12   BY MS. HERTZFELD:

13   **Q.**    And if you, at any point, need to refresh your

14   recollection by looking at your paperwork, just let me know --

15   **A.**    Okay.

16   **Q.**    -- that it would help you to check a date.

17   **A.**    Okay.

18   **Q.**    All right.  So when you went to observe this interview of

19   Jaden at the Children's Advocacy Center, was the interview

20   completed?

21   **A.**    Yes.

22   **Q.**    All right.  And during the course of the interview, did

23   Jaden make disclosures about physical or sexual abuse?

24   **A.**    Yes, she did.

25   **Q.**    And can you give us, without getting into all the

1    details, just a summary of what it was that Jaden disclosed?

2    **A.**    Jaden had disclosed that she had been physically and

3    sexually abused by the defendant, that he had touched her with

4    his hands on her breasts and, she said, "coo-coo," which means

5    her private part, underneath her clothes with his hand, and he

6    had moved his finger around.

7    **Q.**    Okay.  And you indicated she also said something about

8    a -- an incident of physical abuse.

9         What did she --

10   **A.**    Yes.

11   **Q.**    -- indicate with respect to that?

12   **A.**    That was back in -- I believe in November of 2012, he had

13   slapped her in the face.

14   **Q.**    Okay.  All right.  And once you received that information

15   by watching that interview, what did you do next in your

16   investigation?

17   **A.**    I tried to get in contact with the mother to try to

18   interview her, to get some information also on the suspect as to

19   where he lived, his address, his phone number, place of

20   employment.

21   **Q.**    All right.  And how did you obtain information about how

22   to contact Jaden's mother?

23   **A.**    Through her father.

24   **Q.**    Okay.  And what information did Jaden's father give you

25   in order to contact the mother?

1  A.    Her home phone number, cell phone number, and also the

2  address where she lived.

3  Q.    Okay.  And so once you obtained that information, how did

4  you go about attempting to make contact with Jaden's mother?

5  A.    I called to set up an appointment with her to be

6  interviewed.

7  Q.    All right.  And what happened when you called to set up

8  the interview?

9  A.    I had called her, and she -- I -- we set up an interview,

10  and she said she would be available, but we never really got

11  to -- I really never got to interview her really personally

12  one-on-one.

13  Q.    You never got to interview the mother personally?

14  A.    Not -- no.  It was a very brief interview, not a detailed

15  interview.

16  Q.    All right.  And so what -- tell me about the very first

17  time you tried to make contact.

18  A.    I made contact with her, and we set up a schedule to --

19  for her to be interviewed, her and the other daughter.  But when

20  it was rescheduled, it was never -- I went to the -- her

21  apartment, no one came to the door.

22  Q.    Okay.  And so you set up to do -- conduct the interview

23  at the mother's apartment?

24  A.    Yes.

25  Q.    And where was that apartment?

**A.**      2300, I want to say, Good Hope Road Southeast,
Apartment 202.

**Q.**      Okay.  And so you actually went to the address as per the
scheduled interview time?

**A.**      Yes.

**Q.**      And what happened when you got to 2323 Good Hope Road?

**A.**      No one was home.

**Q.**      Okay.

**A.**      I knocked on the door, I called, voicemail, no one
answered the door.

**Q.**      Okay.  And after that, about what timeframe are we
talking that that happened?

**A.**      I want to say in the evening of like -- around 5:00 in
the evening.  That could have been in February.  Let me refer to
this to make sure, or I have some --

**Q.**      So you're looking at Government's Exhibit 20?

**A.**      Yes.

**Q.**      Go ahead and take a look at that if that helps you
remember the date that you went out to that interview.

**A.**      Okay.  Hold on.  On February 8th.

**Q.**      Okay.  And when you went out to Good Hope Road on
February 28th for the interview and you weren't able to make
contact with the mother, what did you do next?

**A.**      Tried to schedule again.  I called and left a message for
her to try to contact me so I could schedule another interview.

1    **Q.**    And what happened when you made those phone calls?

2    **A.**    I left a message and it went -- through the voicemail, I

3    left a message, and I tried to get a return call, but she never

4    returned my calls.

5    **Q.**    Okay.  Did there come a time that you -- well, let me

6    back up.

7         What -- were you trying to -- attempting to contact the

8    mother via her cell phone, her home phone, or something else?

9    **A.**    Cell phone and home phone.

10   **Q.**    Okay.  And did there come a time that you contacted the

11   home phone and were able to actually get somebody on the phone?

12   **A.**    Yes.

13   **Q.**    And when was that?  You can look at Government's

14   Exhibit 20 --

15   **A.**    Okay.

16   **Q.**    -- if that helps you with the date.

17   **A.**    Yes, it is.  I want to say that was in -- that was in

18   March, March 20th, 2013.

19   **Q.**    All right.  And describe for us what happened when you

20   were able to make contact with somebody by phone then.

21   **A.**    Well, I called, and a little girl answered the phone, and

22   I asked if Ms. -- the complainant's mother was there, and she

23   said, "Hold on."

24        And then she came back, another young lady came to the

25   phone, and I asked, "Was the mother there?"

1          And she was like, "No, she isn't."

2          And I asked the young lady, I said, "Are you Janika?"

3          She said, "Yes."

4          I said, "Well, let your mother know this is

5     Detective Johnson, and I need to talk to her in reference to

6     this allegation."

7     **Q.**    Okay.  And did you hear back from the complainant's

8     mother?

9     **A.**    No.

10    **Q.**    All right.  Did you continue to try to make efforts to

11    contact the complainant's mother?

12    **A.**    Yes.

13    **Q.**    Okay.  And you said you had met -- you had had some brief

14    contact with the mother at one point.

15         Did you explain to her what it was that you wanted to

16    speak with her about?

17    **A.**    Yes.

18    **Q.**    All right.  Did there come a time you went back to

19    Jaden's father to try again to make contact with her mother?

20    **A.**    Yes.

21    **Q.**    All right.  And what became of that?

22    **A.**    Yeah, he -- well, that's when I got this -- the home

23    phone number, and he gave it to me, and that's when I was able

24    to call her that one time on the home phone.  But other than

25    that, every time I call her cell phone or home phone or went to

1   the location, I never got a response.

2   **Q.**    Okay.  And how many times did you actually go out to Good

3   Hope Road?

4   **A.**    I want to say at least within -- I want to say at least

5   12 times.

6   **Q.**    All right.  And were there ever times when you went out

7   to that Apartment 203 on Good Hope Road and attempted to make

8   contact with the mother and someone was there?

9   **A.**    Yes, there was.  There was a time I went out there and I

10   knocked on the door, no one came to the door, and as I was

11   leaving, going to my car, I could see someone from the balcony.

12   They had opened the curtains and looked out and then closed them

13   back.

14   **Q.**    But they didn't answer the door?

15   **A.**    They didn't answer the door, no.

16   **Q.**    All right.  Did there come a time when you eventually

17   were able to make contact -- well, let me ask you this:  When

18   you were attempting to make contact with the mother, what did

19   you want to do?

20   **A.**    I wanted to interview her in reference to this

21   allegation --

22   **Q.**    Okay.

23   **A.**    -- to see if she had any knowledge of it.

24   **Q.**    And did you make efforts to interview Janika?

25   **A.**    Yes, I did.  I did get to interview Janika.

1   **Q.**    Okay.  And at the time, where was Janika living?

2   **A.**    She was living with her mother, also.

3   **Q.**    Okay.  And so how did it come about that you had an

4   opportunity to interview Janika?

5   **A.**    I went to Janika's school.

6   **Q.**    All right.  And when was it that you made the decision to

7   go to Janika's school to interview her?

8   **A.**    After the several attempts of trying to interview the

9   mother and not getting any response, I just went to the child's

10  school and interviewed the child at the school.

11  **Q.**    Okay.  And when was that?

12  **A.**    That was in April.

13  **Q.**    Okay.  And when you got to Janika's school, where did you

14  go to interview her?

15  **A.**    I was at Washington -- I want to say Washington Girls --

16  it was in the -- at the school in a class -- well, it's in a

17  counselor's office.

18  **Q.**    All right.  And did you tell Janika why you were there?

19  **A.**    Yes.

20  **Q.**    Okay.  And did you make an attempt to interview her?

21  **A.**    Yes, I did.

22  **Q.**    All right.  And did you ask her about whether or not

23  there had been any sexual abuse that she had been subjected to?

24  **A.**    Yes, I did.

25  **Q.**    And what was her response?

1    **A.**    She denied the allegation of anything happening to her.

2    **Q.**    Okay.  Did you ever have an opportunity after that again

3    to have -- to interview the complainant's mother?

4    **A.**    No.

5    **Q.**    Okay.  And after Janika denied the abuse, did you ever

6    have another opportunity to interview her?

7    **A.**    No.

8         MS. HERTZFELD:  Court's indulgence.

9         I don't have any further questions.

10        THE COURT:  Okay.  Let me have counsel approach.

11        (Following sidebar discussion had on the record:)

12        THE COURT:  Consistent with my prior reporting about

13   whether or not the detective can talk about the statements that

14   Jaden made, I would like to have a limiting instruction for -- as

15   I said, you can only consider those statements for, you know, the

16   effect that they have on Detective Johnson and not whether or not

17   they're truthful statements to that effect.

18        But what is your reaction to that?  Should I do so now or

19   at the conclusion of all of the testimony?

20        MS. SLAIGHT:  I ask that you do so now.

21        THE COURT:  Do so now?

22        MS. HERTZFELD:  I would just suggest at the end, only to

23   the extent that there's other -- I don't know if there's anything

24   else that will come up on cross or redirect that we may want to

25   just have -- so you don't have to instruct them twice, but at the

1    close of this witness.

2         THE COURT:  Yes, at the close of the witness as opposed

3    to --

4         MS. SLAIGHT:  Well, I would ask that it be done now so

5    that the jurors will have a perspective when they're listening to

6    the testimony.

7         THE COURT:  I'll do it now, and then I'll just say -- and

8    if there are any -- if they refer to that again, that that same

9    instruction applies.  All right.

10        (Sidebar discussion concluded.)

11        THE COURT:  So, ladies and gentlemen, you heard about

12   statements that Detective Johnson testified to that she says that

13   Jaden made during that initial interview with the Child Advocacy

14   representative while Detective Johnson watched.  That evidence

15   was offered for the limited purpose of providing context for

16   Detective Johnson's reactions and investigation, and you must not

17   consider it for any other purpose.  That's the limited purpose

18   for which it was offered, and you can't consider those statements

19   in particular as proof that what was stated actually was

20   truthful.  All right?  And to the extent that we continue to

21   reference those statements in the remainder of the testimony,

22   that same instruction applies.

23        Ms. Slaight, do you have any cross-examination?

24        MS. SLAIGHT:  Thank you.

25

<u>CROSS-EXAMINATION OF DORETHA JOHNSON</u>

<u>BY MS. SLAIGHT</u>:

**Q.**     Good morning, Ms. Johnson.

**A.**     Good morning.

**Q.**     Now, the investigating -- the investigation that you

opened in January of 2013 was in relation to Jaden; is that

right?

**A.**     Yes, ma'am.

**Q.**     Okay.  So it wasn't regarding any other child in the

home, right?

**A.**     No.

**Q.**     Okay.

**A.**     It was just Jaden.

**Q.**     Okay.  And you said that there was a -- there had been a

previous report that the father had made in November, correct?

**A.**     Yes.

**Q.**     But that was not a report of sexual abuse, right?  That

was a report of physical abuse, right?

**A.**     Yes.

**Q.**     Okay.  And the father actually said he didn't -- wasn't

informed of the allegations of sexual abuse until about a week

before he made the January 7th report, correct?

**A.**     I believe so, yes.

**Q.**     And you never received any -- saw any photos or received

any photos concerning Jaden's -- the allegations in November of

1   2012, is that right, that Mr. Hillie had hit Jaden?

2   **A.**    No.

3   **Q.**    Okay.  You never got any photos from anybody regarding

4   that incident, right?

5   **A.**    No.

6   **Q.**    Okay.  And there were no physical exams, right, that

7   you're aware of?

8   **A.**    That I'm aware of, no.

9   **Q.**    And no physical evidence that you're aware of?

10  **A.**    No.

11  **Q.**    There were no scars or other physical evidence on --

12  concerning Jaden when you saw her in January; is that right?

13  **A.**    True.

14  **Q.**    Now, you were able to talk to Joyce Asiamah on the phone

15  in February 8th of 2013; is that right?

16  **A.**    Yes.

17  **Q.**    Okay.  And she told you, at that time, that the

18  allegations were false, correct?

19  **A.**    Yes.

20  **Q.**    And that she knew that she and Mr. Short, Jaden's father,

21  were having problems, but she never thought he would go to this

22  extreme to make these accusations, right?

23  **A.**    That's what she said, yes.

24  **Q.**    Okay.  And now, you said that you -- she was -- that

25  Jaden was interviewed by -- on January 7th, right?

| | |
|---|---|
| 1 | **A.**    No.  The report came -- |
| 2 | **Q.**    I'm sorry, on January 22nd. |
| 3 | **A.**    Yes. |
| 4 | **Q.**    Okay.  And you had -- you worked with Child and Family |
| 5 | Services Agency to some extent; is that right? |
| 6 | **A.**    Yes. |
| 7 | **Q.**    Okay.  And Janika was interviewed for a short period of |
| 8 | time on January 7th; is that right? |
| 9 | **A.**    No. |
| 10 | **Q.**    Wasn't -- |
| 11 | **A.**    January 7th, no.  That's when the report came in. |
| 12 | **Q.**    Wasn't she contacted by division of -- Department of -- |
| 13 | Family and Child Services Agency on the 7th? |
| 14 |        MS. HERTZFELD:  Objection. |
| 15 |        THE COURT:  Basis? |
| 16 |        MS. HERTZFELD:  Can we approach? |
| 17 |        THE COURT:  Yes. |
| 18 |        (Following sidebar discussion had on the record:) |
| 19 |        MS. HERTZFELD:  And she's asking -- I think it's fair for |
| 20 | her to ask if she contacted them, but whether or not what CFSA |
| 21 | did in this investigation, I mean, if they -- she wouldn't be a |
| 22 | qualified witness to have knowledge. |
| 23 |        THE COURT:  Yes.  But she can ask her, and she can say, "I |
| 24 | have no knowledge," or you can -- I don't understand why |
| 25 | that's -- |

1      MS. HERTZFELD:  Well, even if she knows, it could have

2  been -- even if she knows, it's only because someone at CFSA told

3  her that.  I mean, there's someone at CFSA who would be a proper

4  witness to testify on these facts.  It's just not -- but it's

5  just not this witness.

6      MS. SLAIGHT:  Well, in fact --

7      MS. HERTZFELD:  I don't think she can say what was going

8  on with Child and Family Services even if they spoke to each

9  other and informed each other of what was going on with their

10  independent investigation.  It would be hearsay for this witness

11  to testify on what she was told by CFSA.  They were --

12      THE COURT:  I mean, she's not being asked the specifics.

13      MS. SLAIGHT:  Well -- and she's -- this is -- I mean,

14  she -- this is not for the truth.  So it doesn't have -- it's

15  about the effect on the listener.  She's saying in the reports

16  that she had trouble getting people, she had -- she said, I

17  believe, that there was trouble getting Janika, and she's worked

18  -- she works with Child and Family Services, and Janika had been

19  contacted and -- shortly, and then she was contacted in January,

20  and then she was contacted again in February, just like the

21  report that was made in November was not made to this woman, but

22  it was admitted, all these reports.

23      THE COURT:  Don't you have to establish in order to

24  prevent it from being hearsay that it had some effect on her?

25  First of all, you have to establish that she knew about these

1    other circumstances at the time so that -- and then if she knew

2    what she did do or didn't do as a result of that, right, in order

3    for it to have an effect on her investigation?

4        MS. HERTZFELD:  Well, my first question was whether she

5    knew about it, whether -- and --

6        THE COURT:  I think she can testify to her knowledge of

7    other reports or information being made to other parts of the

8    agency, but then the question is, how much more you can get into

9    with those reports if she's not -- if she's indicating that she

10   may have known about them but they didn't have any impact on her

11   investigation.

12       MS. SLAIGHT:  Well, number one, I think she can say that,

13   but she has said that she had trouble reaching Janika and -- as

14   well as Jaden and had to go to the -- not Jaden, Janika as well

15   as Joyce, and she had to go to the school to reach her, so it is

16   relevant that, in fact, Janika had given interviews.

17       MS. HERTZFELD:  But that's not relevant --

18       THE COURT:  Well, I understand -- I think the Government's

19   concern is that to the extent she is not aware of those, then

20   that's the issue, obviously.  You can't go into it.  And to the

21   extent that she is aware of them, the question is to what extent

22   can she provide any information about them, because they weren't

23   made to her or -- and she wasn't doing anything with them.  It's

24   a little bit of a different situation than the prior one where

25   reports were being made directly to her and then the question

1    was, well, how did she respond.

2         I understand your point, which is at the same time that

3    she's saying she's not getting any response, perhaps there were

4    other agencies, but I do agree with the Government that to get

5    into the details of what was happening with the other agencies,

6    you would need a witness in those agencies in order to say, "This

7    is what our perspective is on it."

8         So you can ask her whether or not she was aware of these

9    other instances but not in a lot of detail, because to the extent

10   she says, "I don't really know," that's it.  Nor can you

11   establish the sort of content or context of those other

12   circumstances because she would only know them through, I guess,

13   the statements of other people made to her.  So limited -- I'm

14   going to hold you to a limited basis of finding out whether she's

15   aware of them, and if she says yes, the sort of extent of her

16   knowledge as a general matter but not the specifics.  All right?

17        (Sidebar discussion concluded.)

18   BY MS. SLAIGHT:

19   Q.    Now, as part of your work, did you have -- you had

20   contact with Child and Family Services Agency, correct?

21   A.    Yes.

22   Q.    Pardon?

23   A.    Yes.

24   Q.    Okay.  And are you aware that Child and Family Services

25   Agency talked to Janika on January 7th, the same day that the

1    report was made?

2    **A.**    No, I was not aware of that.

3    **Q.**    And you said that you interviewed Janika; is that right?

4    **A.**    Yes.

5    **Q.**    Okay.  And was that in January or --

6    **A.**    No.  That was in April.

7    **Q.**    Okay.  And were you aware that Child and Family Services

8    interviewed Janika at the school on January 9th?

9    **A.**    No, I was not aware of that.

10   **Q.**    So you don't know what -- now, did you have access to the

11   Child and Family Services Agency investigative files?

12   **A.**    Yes.  We -- their write-up, if that's what you're talking

13   about?

14   **Q.**    Um-hmm.

15   **A.**    The -- their investigative -- they have -- they do a

16   write-up, and I was -- yes.

17   **Q.**    You would get them regularly?

18   **A.**    The hotline report comes in, and it's faxed over to youth

19   division, and then it's assigned, and that's how I got the case.

20   And as far as the write-up for Child and Family Services, yes, I

21   could get a copy of that.  Yes, I had access to it, to answer

22   your question.

23   **Q.**    Okay.  And if there were additional follow-up, any

24   additional file -- follow-up to -- by Child and Family Services,

25   you had access to that?  In other words, as the investigation

1    was progressing, you had access to whatever follow-up, whatever

2    interviews Child and Family Services Agency did?

3    **A.**    With the assigned social worker, yes, I could contact

4    them for follow-up information, yes.

5    **Q.**    Okay.  Now, you said that you interviewed Janika on

6    April 26th of 2018; is that right?

7    **A.**    2013.

8    **Q.**    I'm sorry, 2013.

9    **A.**    Yes.

10   **Q.**    Okay.  And Joyce Asiamah was not present at that time,

11   was she?

12   **A.**    No.

13   **Q.**    And that was in the school?

14   **A.**    Yes.

15   **Q.**    And Charles Hillie was not present, correct?

16   **A.**    No.

17   **Q.**    Okay.  And you said that she denied that there was any

18   physical -- any sexual abuse; is that right?

19   **A.**    Yes.

20   **Q.**    Okay.  And that -- either to herself or to Jaden,

21   correct?

22   **A.**    She denied the allegation to herself and stated that her

23   sister never told her anything about anything happening to her

24   through Mr. Hillie.

25   **Q.**    And that if she had told her anything -- if she did have

1    something happen to her, Jaden would have told her she said; is

2    that right?

**A.**    Yes.

**Q.**    Okay.  And that sometimes Jaden makes things up, is that

5    right --

         MS. HERTZFELD:  Objection.

BY MS. SLAIGHT:

**Q.**    -- that's what she said?

         MS. HERTZFELD:  Objection.

         THE COURT:  Overruled.

BY MS. SLAIGHT:

**Q.**    And she said sometimes Jaden makes things up; is that

13   right?

**A.**    Yes.

**Q.**    And she would say stories and say something happened when

16   it actually didn't happen, correct?

**A.**    She said sometimes she would do things to get attention.

**Q.**    Um-hmm.

         And she would -- and she had confronted Jaden for some

20   incidents -- because she knew Jaden wasn't telling the truth,

21   she confronted her about why did she lie, correct?

**A.**    No, she didn't tell me that, no, that she confronted

23   Jaden.

**Q.**    Okay.  Didn't she say some of the past incidents where

25   she confronted Jaden because she knew she wasn't telling the

1    truth and she asked her why she lied?  Didn't she -- didn't you

2    write that -- didn't she say that to you?

3    **A.**    I don't recall.

4    **Q.**    Okay.  I'm going to --

5        MS. SLAIGHT:  Excuse me, Your Honor.

6    BY MS. SLAIGHT:

7    **Q.**    I'm going to hand you what will be marked as Defendant's

8    Exhibit 28.

9        (Brief pause in proceedings.)

10       THE WITNESS:  Okay.

11   BY MS. SLAIGHT:

12   **Q.**    Now, that's your report, Exhibit -- Defendant's

13   Exhibit 28 is a report that you made concerning your interview

14   with Janika on April 26th; is that right?

15   **A.**    Yes.

16   **Q.**    And, in fact, she did tell you that on several incidents,

17   she confronted Jaden -- Janika confronted Jaden about -- when

18   she knew that Jaden wasn't telling the truth about something and

19   said, "Why did you do that?  And why did you lie?"  And Jaden

20   didn't respond, correct?

21   **A.**    Yes.

22   **Q.**    Okay.  And she didn't say that those were -- what those

23   incidents were about, right?

24   **A.**    No.

25   **Q.**    But she said that Jaden -- she knew that Jaden had lied

```
 1   on those -- at those times, correct?
 2   A.    Yes.
 3   Q.    Okay.  And she said that she did it to gain attention; is
 4   that right?
 5   A.    That's what she said.
 6   Q.    Okay.  And she also gave you contact information for
 7   other -- Janika, at that interview, gave you contact information
 8   for other relatives, correct?
 9   A.    She gave me the name of a relative.
10   Q.    And she also gave you a phone number, didn't she?
11   A.    For -- yes.
12   Q.    Yes.
13         So she gave you -- she answered your questions; is that
14   right?
15   A.    Yes.
16   Q.    Okay.  And she gave you a phone number that you didn't
17   have for a relative, correct?
18   A.    Yes.
19   Q.    Okay.  And she said herself that she personally had a
20   close relationship to Jaden, correct?
21   A.    Yes.
22   Q.    Now, you knew that there was a third girl in the house,
23   right?  There was Janika -- or a third child of Joyce Asiamah,
24   correct?  There was Janika, right, the oldest?
25   A.    Yes.
```

1    **Q.**    And then there was Jaden; is that right?

2    **A.**    Yes.

3    **Q.**    And then there was Kamaria?

4    **A.**    Yes.

5    **Q.**    And there were never any allegations, to your knowledge,

6    concerning Kamaria, correct?

7    **A.**    No.

8    **Q.**    Okay.  Now, you closed the investigation, is that right,

9    in 2013, correct?

10   **A.**    Yes.

11   **Q.**    Okay.  And the U.S. Attorney's Office declined to

12   prosecute, correct?

13   **A.**    Yes.

14          MS. SLAIGHT:  I have no further questions.

15          THE COURT:  All right.  Any redirect?

16          MS. HERTZFELD:  Just briefly.  Thank you, Your Honor.

17              REDIRECT EXAMINATION OF DORETHA JOHNSON

18   BY MS. HERTZFELD:

19   **Q.**    Just briefly, Detective Johnson.

20          During the course of your investigation, you indicated

21   that you were -- that CFSA was pursuing its own -- Child and

22   Family Services was pursuing their own investigation?

23   **A.**    Yes.

24   **Q.**    Can you just describe for the jury what sort of role of

25   what your investigation was versus what Child and Family

1    Services role was?

2    **A.**     Child and Family Services investigates the social side as

3    far as the physical abuse, sexual abuse, neglect, if the family

4    needs services, housing, medical, anything like that.  MPD, we

5    do the criminal side.

6    **Q.**     All right.  And so with respect to the Child and Family

7    Services side, if they believe or establish that there's sexual

8    abuse going on in the home, what comes of the children?

9    **A.**     Some of the children would be removed.

10    **Q.**     And when you -- when you -- the times that you attempted

11    to speak to Joyce Asiamah, the mother, by phone, can you tell us

12    a little bit about, like, what her demeanor was like with you on

13    the phone?

14    **A.**     Well, she wasn't as forthcoming with any information if I

15    asked her for anything.  And, also, she also seemed to me that

16    she really didn't -- it didn't matter.  She didn't care.

17            MS. HERTZFELD:  I don't have any further questions.

18            THE COURT:  All right.  Thank you, ma'am.  You may step

19    down.

20            Ladies, I think this is a good time for our break.

21            MS. HERTZFELD:  That's what I was going to ask.

22            THE COURT:  All right.  Ladies and gentlemen, you can

23    leave your materials right on your chair, and we will break now

24    until 11:30.  It's 11:06.  All right.

25            (Jury out at 11:06 a.m.)

1          THE COURT:  Do we have anything?

2          MS. HERTZFELD:  No, Your Honor.  Thank you.

3          THE COURT:  All right.  I will see you back for an 11:30

4     start.  Thank you.

5          (Thereupon, a break was had from 11:09 until

6     11:38 a.m.)

7          (Jury in at 11:41 a.m.)

8          THE COURT:  You may be seated.

9          Ms. Hertzfeld, is the Government ready to call its next

10    witness?

11         MS. HERTZFELD:  Yes, Your Honor.  The United States calls

12    Jaden Asiamah.

13         And may I step out in the hall and get her?

14         THE COURT:  Yes.

15         Good morning.  You may come right up, and you're going to

16    be seated in our witness stand.  But before you do, if you could

17    stand and be sworn.  All right.  You can come right up onto the

18    stand, but stand.  Thank you.

19         (JADEN ASIAMAH, GOVERNMENT'S WITNESS, SWORN.)

20         THE COURT:  You may have a seat.

21         We're going to be referring to you today by your first

22    name; is that all right?

23         THE WITNESS:  Okay.

24         THE COURT:  And I want to have you talk right into the

25    microphone so that you can be heard.

1        THE WITNESS:  Okay.

2        THE COURT:  All right.  Thank you.

3        MS. HERTZFELD:  May I adjust it?

4        THE COURT:  Yes.

5        MS. HERTZFELD:  Thank you.

6            DIRECT EXAMINATION OF JADEN ASIAMAH

7   BY MS. HERTZFELD:

8   **Q.**    So good morning.

9        Will you go ahead and introduce yourself to the jurors?

10  Just tell them what your first name is and how you spell that.

11  **A.**    My name is Jaden, J-A-D-E-N.

12  **Q.**    And Jaden, how old are you?

13  **A.**    I am 15.

14  **Q.**    And what's your birthday?

15  **A.**    May 5th, 2002.

16  **Q.**    All right.  And, Jaden, can you tell us where it is --

17  without giving us your exact address, tell us about where it is

18  that you live now.

19  **A.**    Um, I live in Temple Hills.

20  **Q.**    Okay.  And who do you live with?

21  **A.**    My dad.

22  **Q.**    Okay.  Tell us everybody that lives in your house right

23  now.

24  **A.**    My dad, my little brother, and his girlfriend.

25  **Q.**    Is it your --

```
 1   A.    My dad's girlfriend.

 2   Q.    Your dad's girlfriend.  Okay.

 3         And what's your dad's name?

 4   A.    Garrick.

 5   Q.    Okay.  And, um, what is your little brother's name?

 6   A.    Elijah.

 7   Q.    And how old is Elijah?

 8   A.    Fourteen.

 9   Q.    Okay.  And what's your dad's girlfriend's name?

10   A.    Renee.

11   Q.    All right.  And does she actually live in the house with

12   you guys now?

13   A.    Yes.

14   Q.    Okay.  And will you tell the jurors the name of your

15   biological mother?

16   A.    Joyce.

17   Q.    Okay.  Does she live someplace different than you and

18   your dad live right now?

19   A.    Yes.

20   Q.    Okay.  And where is it that your mother lives?

21   A.    I do not know.

22   Q.    Okay.  And how often, as of today, do you see your

23   biological mother, Joyce?

24   A.    Um --

25   Q.    Just give us an approximation.  You don't have to give us
```

1   the exact number of times.

2   **A.**     I don't see her every day, but I talk to her every day.

3   **Q.**     Okay.  How do you talk to her?

4   **A.**     On the phone.

5   **Q.**     Okay.  And do you see her, would you say, once a week,

6   once a month, something else?

7   **A.**     Well, about like one or twice a week.

8   **Q.**     Okay.  And if you see your mom, Joyce, in person,

9   usually, where is it that you see her?

10  **A.**     My house.

11  **Q.**     With your dad?

12  **A.**     Um-hmm.

13  **Q.**     So does she come over to visit you guys?

14  **A.**     Yes.

15  **Q.**     Okay.  And as you sit here today, are you in school?

16  **A.**     Yes.

17  **Q.**     All right.  And what about today, did you have to take

18  the day off from school or --

19  **A.**     Oh, no, I'm on a spring break.

20  **Q.**     Okay.  And where is it that you go to school right now?

21  **A.**     Elizabeth Seton High School.

22  **Q.**     Okay.  And what grade are you in?

23  **A.**     I am in 10th.

24  **Q.**     How's that going?

25  **A.**     You know, well.

1   **Q.**     Okay.  Do you like your school?

2   **A.**     Yes.

3   **Q.**     All right.  Tell us what your favorite subject in school

4   is.

5   **A.**     I got to say English.

6   **Q.**     Okay.  What's your least favorite subject?

7   **A.**     I have to say chemistry.

8   **Q.**     All right.  And do you have plans for what you think

9   you're going to do when you finish your high school?

10  **A.**     Um, I want to major in computer science.

11  **Q.**     Okay.  And what do you think you're going to do with a

12  computer science major?

13  **A.**     Get a job in cyber security.

14  **Q.**     All right.  And as of now, when you're not, you know,

15  avoiding chemistry or, you know, doing your homework or whatever

16  in school, what do you do for fun?  Do you have any hobbies or

17  anything like that?

18  **A.**     I write poetry.

19  **Q.**     Okay.  When did you start writing poetry?

20  **A.**     Um, about fourth grade.

21  **Q.**     Okay.  And what kind of poetry do you like to write?

22  **A.**     Um, regular.

23  **Q.**     What kind of things do you like to write about?

24  **A.**     Um, how -- just what I'm feeling.

25  **Q.**     Okay.  And what do you do with the poems that you write?

1    **A.**      Um, I enter them into contests.

2    **Q.**      And how do you do with those contests?

3    **A.**      Huh?

4    **Q.**      Tell us how you do with the contests.

5    **A.**      Well, I have received an award for one of my poems, and I

6    was -- I had three poem that -- three poems published.

7    **Q.**      Congratulations.

8    **A.**      Thank you.

9    **Q.**      And what was it that kind of got you into writing poetry?

10          MS. SLAIGHT:  Your Honor, could we approach?

11          THE COURT:  Yes.

12          (Following sidebar discussion had on the record:)

13          THE COURT:  Let me have you step down and stand right

14   there.  Yeah, thank you.

15          MS. SLAIGHT:  This is -- I object.  This is really going

16   far afield here.

17          Why did you get into poetry?  She's 15, she got awards,

18   but --

19          THE COURT:  Yeah, Ms. Hertzfeld, what's the point here?

20          MS. HERTZFELD:  Well, I'm just going to ask a few

21   questions to get her acclimated and comfortable.  And if she's

22   sitting here and she's going to be talking about some very

23   difficult things, I think it's appropriate to allow her to give a

24   little bit of background about herself.

25          THE COURT:  All right.  A little bit, but not much more.

1          MS. HERTZFELD:  Well, actually -- and I -- in fact, I just

2     have a couple more questions.

3          One of the things she's going to say is that she started

4     writing poetry in part as a way to cope with this situation, and

5     I think that's --

6          THE COURT:  Do you object to that?

7          MS. SLAIGHT:  Yes.

8          THE COURT:  All right.  Well, I'm going to overrule the

9     objection to the extent that the poetry, then, becomes relevant

10    to her testimony about what she alleges happened to her, so we

11    can move in that direction, but let's do so quickly.

12         MS. HERTZFELD:  That's going to be my next question.  I'm

13    just going to ask her some additional background questions about

14    her family situation.  But other than that, I'll move on.

15         THE COURT:  Okay.

16         (Sidebar discussion concluded.)

17    BY MS. HERTZFELD:

18    Q.    All right.  Jaden, you were telling us a little bit about

19    the fact that you write poetry, and that you'd won some

20    contests.  And I was asking you what it is that got you into

21    writing poetry when you were in the fourth grade.

22    A.    What happened to me when I was younger.

23    Q.    And when you say what happened to you when you were

24    younger, are you talking about what it is you're here to testify

25    about today?

1    A.    Yes.

2    Q.    All right.  And we're going to come back to that and talk

3    about that a little more.  But before we get into that, I want

4    to ask you a little bit more about your family and where you

5    lived before you started living with your father, okay?

6    A.    Um-hmm.

7    Q.    All right.  So you mentioned to us already that you have

8    a Mom Joyce and a Dad Garrick and a little brother Elijah.

9    A.    Yes.

10   Q.    Do you have any other brothers or sisters?

11   A.    Yes.

12   Q.    And who are they?

13   A.    I have an older brother, Garrick.

14   Q.    And how old is Garrick?

15   A.    I believe 23.

16   Q.    And where does he live?

17   A.    He's in California.

18   Q.    Okay.  And do you have other siblings?

19   A.    Yes.

20   Q.    Tell us who they are.

21   A.    I have an older sister Janika and a younger sister

22   Kamaria.

23   Q.    Okay.  And as of today, how old is Janika?

24   A.    Twenty-one.

25   Q.    And what about Kamaria?

```
 1   A.      Ten.

 2   Q.      Okay.  And do you have any aunts or uncles related to you

 3   through your mom, Joyce, that you are particularly close with?

 4   A.      Yes.

 5   Q.      And tell us who those people are.

 6   A.      My Aunt Jennifer and my other aunt, Josephine.

 7   Q.      Okay.  Tell us how old Aunt Jennifer is.

 8   A.      She is 19.

 9   Q.      Okay.  And how old is your Aunt Josephine?

10   A.      She's 40.

11   Q.      Okay.  And are those sisters of your mother?

12   A.      Yes.

13   Q.      Okay.  So right now, do you know where it is that Janika

14   lives?

15   A.      Um --

16   Q.      Just approximately.  You don't have to give us her

17   address.

18   A.      I believe with my aunt.

19   Q.      I didn't hear you.

20   A.      I said I believe with my aunt.

21   Q.      Okay.  And where does Kamaria live?

22   A.      Um, with my mom.

23   Q.      Okay.  So you mentioned that you live right now with your

24   dad, Garrick?

25   A.      Yes.
```

1   **Q.**    How old were you when you moved in with your dad?

2   **A.**    I was 10.

3   **Q.**    Okay.  And before you lived with your dad when you were

4   10, did you live someplace else?

5   **A.**    Yes.

6   **Q.**    Where did you live before you lived with your dad?

7   **A.**    With my mom.

8   **Q.**    All right.  And do you remember the address you lived at

9   with your mom before -- right before you moved in with your

10   father?

11   **A.**    Yes.

12   **Q.**    And what was that address?

13   **A.**    2323 Good Hope Court.

14   **Q.**    All right.  And do you remember the apartment number?

15   **A.**    203, I believe.

16   **Q.**    All right.  So I want you to think back to right before

17   you moved in with your dad, when you were living at 2323 Good

18   Hope Road in Apartment 203.

19        When you lived in that apartment, who lived with you in

20   that apartment?

21   **A.**    My little sister, my older sister, my mom, and

22   Mr. Charlie.

23   **Q.**    And when you say "Mr. Charlie," do you see the person you

24   are referring to as Mr. Charlie sitting in the courtroom today?

25   **A.**    Yes.

1    Q.    All right.  Could you tell the jurors who you're talking

2    about, telling us where he's sitting and something that he's

3    wearing?

4    A.    Um, he is sitting right there with (indicating) a blue

5    tie.  I believe it's blue.

6    Q.    I didn't hear the last part.

7    A.    I said I believe it's blue.  I can't see from here.

8    Q.    At this table here?

9    A.    Yes.

10   Q.    All right.

11        MS. HERTZFELD:  For the record, Your Honor, the witness is

12   pointing at the defense table, and she's indicated the defendant.

13        THE COURT:  So noted.

14   BY MS. HERTZFELD:

15   Q.    Now, do you know -- you just referred to this person here

16   as Mr. Charlie.

17        Do you know what his full name is?

18   A.    Yes.

19   Q.    What is it?

20   A.    Charles Hillie.

21   Q.    Okay.  And is Mr. Charlie what you called him when he

22   lived in your house back when you were -- before you were 10?

23   A.    Yes.

24   Q.    All right.  So you said when you were living at 2323 Good

25   Hope Road, you lived with your mom, your older sister -- which

1    older -- is that Janika?

2    **A.**    Yes.

3    **Q.**    And then your little sister, is that Kamaria?

4    **A.**    Yes.

5    **Q.**    Okay.  And Mr. Charlie?

6    **A.**    Yes.

7    **Q.**    Was there anybody else who lived in your house at that

8    point?

9    **A.**    No.

10   **Q.**    Okay.  And so thinking back to when you were -- right

11   before you moved in with your dad and you were living in that

12   house on Good Hope Road, what was your relationship with your

13   mom like at that time?

14   **A.**    We were close.

15   **Q.**    Okay.  And what about your relationship with your sister

16   Janika?

17   **A.**    We were close.

18   **Q.**    Okay.  And what about your baby sister, Kamaria?

19   **A.**    We were close.

20   **Q.**    Okay.  And now I want you to think back.

21       Did you ever live any place else before you lived at Good

22   Hope Road?  Did you live in another apartment with that same

23   group of people you just identified?

24   **A.**    Yes.

25   **Q.**    And what was the address of that apartment that you lived

1    in before you moved to Good Hope Road?

2    **A.**    I don't remember the building number, but I knew we lived

3    in Apartment 301 on Douglas Road.  I'm sorry, I don't remember

4    the apartment number.

5    **Q.**    Okay.  And so when you lived in that apartment on Douglas

6    Road, how big of an apartment was it?  Was it one-bedroom,

7    two-bedroom, something else?

8    **A.**    A two-bedroom.

9    **Q.**    Okay.  And so tell us who lived in that apartment on

10   Douglas Road with you.

11   **A.**    My mom, older sister, younger sister, and Mr. Charlie.

12   **Q.**    Okay.  And the older and younger sisters are Janika and

13   Kamaria again.

14        All right.  And do you remember how old you were when you

15   moved from the Douglas Road apartment into the apartment on Good

16   Hope Road?

17   **A.**    I believe I was 9.

18   **Q.**    Okay.  Now, I want you to think back to the time when you

19   lived in the apartment on Douglas Road.

20        At that point in your life, can you tell us what your

21   relationship with your mom, Joyce, was, what was it like?

22   **A.**    Close.

23   **Q.**    Okay.  And what about with your sister Janika?

24   **A.**    Close.

25   **Q.**    Okay.  And what about with your baby sister, Kamaria?

```
 1   A.     Close.

 2   Q.     All right.  Now, I want you to think about back then when

 3   you lived on Douglas Road.

 4          Do you remember when your sister Kamaria came into your

 5   life, how old you were?

 6   A.     Yes.

 7   Q.     How old were you?

 8   A.     Five.

 9   Q.     Okay.  And when Kamaria was born, were you close with her

10   from the very beginning?

11   A.     No.

12   Q.     Okay.  When did you guys form a close relationship?

13   A.     About when she turned -- right when she started talking.

14   I don't really know.

15   Q.     Okay.  When she started talking.  All right.

16          Now, I want you to think back and tell me, do you

17   remember when it was that Mr. Charlie came into your life?

18   A.     Um, no.  I just know he was there when I was growing up.

19   I don't know exactly when.

20   Q.     Okay.  He was there when you were growing up?

21   A.     Um-hmm.

22   Q.     All right.  Do you remember being a child before

23   Mr. Charlie was in your life?

24   A.     No.

25   Q.     Okay.  And who's Kamaria's father?
```

1    **A.**     Mr. Charlie.

2    **Q.**     Okay.  What was the relationship like between Mr. Charlie

3    and your mom back then?

4    **A.**     Um, they were boyfriend-girlfriend.

5    **Q.**     Okay.  And do you remember, when Kamaria was born, was

6    Mr. Charlie living with you?

7    **A.**     Yes.

8    **Q.**     Okay.  Now, if you think back to those days when Kamaria

9    was born and you were really little, what was your relationship

10   with Mr. Charlie like back then?

11   **A.**     Um --

12   **Q.**     If you can remember.

13   **A.**     It was -- what do you mean?

14   **Q.**     So back when you were little, like after -- like right

15   after Kamaria was born, we'll take that, for example, what was

16   your relationship with Mr. Charlie like at that point in your

17   life?

18   **A.**     Um, well, um, he used to watch us.  It was usually -- I

19   mean, we used to watch TV.  It was --

20   **Q.**     You used to watch TV?

21   **A.**     Yeah.

22   **Q.**     What other kind of things did you guys do together?

23   **A.**     Well, we just hung out and --

24   **Q.**     Well, let me ask you this:  When you were living in your

25   mom's house back on Douglas Road, did your mom take care of you?

**A.**      Yeah.

**Q.**      All right.  And, say, your mom wasn't home, would
Mr. Charlie help take care of you?

**A.**      Yeah.

**Q.**      All right.  And what kind of things did he do to help
take care of you?

**A.**      Like, feed us, made sure that we were good.

**Q.**      Okay.  Did you ever get in trouble with Mr. Charlie if
you were being bad?

**A.**      No.

**Q.**      Okay.  Did he give you directions about, like, what to do
to be good?

**A.**      Just don't do anything, you know, that would do the
{unintelligible}.

**Q.**      Okay.  Did he ever take you to school?

**A.**      I don't remember.  I know he used to pick me up, but --

**Q.**      He used to pick you up?

**A.**      Um-hmm.

**Q.**      Okay.  And -- from school?

**A.**      Um-hmm.

**Q.**      And what kind of things would you do after he picked you
up from school?

**A.**      Go home.

**Q.**      Okay.  And when you got home, would he be in charge of
watching you?

1    **A.**      Well, yeah, if my mom wasn't there.

2    **Q.**      Okay.  And did he ever buy things for you or take you to

3    places?

4    **A.**      Um, usually as a group.

5    **Q.**      Okay.  As a group with your sisters?

6    **A.**      Yeah.

7    **Q.**      Okay.  And what kind of things did he take you to do?

8    **A.**      Like, we used to go to -- like, to the park, somewhere to

9    eat.

10   **Q.**      Okay.  Do you know when Mr. Charlie's birthday is?

11   **A.**      November 9th.

12   **Q.**      Okay.  Now, you were telling us that after you lived on

13   Douglas Road, you moved into the apartment on Good Hope Road.

14   You said you were about nine.  And then there came a day when

15   you were about 10, you moved in with your father.

16   **A.**      Yes.

17   **Q.**      Do you remember telling us that?

18   **A.**      Yes.

19   **Q.**      Okay.  Did something happen that made you move from

20   living with your mom to living with your father?

21   **A.**      Yes.

22   **Q.**      All right.  What happened?

23   **A.**      Um, Mr. Charlie slapped me.

24   **Q.**      Okay.  So I want you to tell us a little bit about what

25   happened on that day.

1          Do you remember the day that Mr. Charlie slapped you?

2     **A.**    Yes.

3     **Q.**    All right.  So tell us how -- was it the same day that

4     you moved in with your dad or around -- a different day?

5     **A.**    Um, well, that night, I went to my dad's.

6     **Q.**    And then you've been living with your dad ever since?

7     **A.**    Yes.

8     **Q.**    Okay.  So tell us about the day that you're -- that you

9     have in your mind about the day that he slapped you.

10         What was going on at your house on 2323 Good Hope Road

11    the day that happened, how did your day start out?

12    **A.**    Well, my cousins and my aunt came over, and I had to

13    clean my room.

14    **Q.**    Okay.  And what aunt was that that came over?

15    **A.**    My Aunt Jennifer.

16    **Q.**    Okay.  And tell us who were your cousins that came over

17    that day.

18    **A.**    Um, my Cousin Jordan, Simeon, and Jazmine.

19    **Q.**    Okay.  And you said you had to clean your room.

20         Do you remember what day of the week that would have

21    been?

22    **A.**    No.

23    **Q.**    Okay.  And was there a day of the week that you tended to

24    see your cousins?

25    **A.**    Mainly on the weekends.

1   **Q.**    Okay.  So do you think it was a weekend day?

2   **A.**    Yes.

3   **Q.**    Okay.  And do you remember how old you were that day?

4   **A.**    Ten.

5   **Q.**    Okay.  What grade were you in?  Do you remember?

6   **A.**    Um-hmm, fourth?

7   **Q.**    If you don't remember, it's okay.  Just tell us if you

8   don't remember.

9   **A.**    Okay.  I don't remember.

10  **Q.**    Okay.  Do you remember if you were going to school at the

11  time?

12  **A.**    Yes.

13  **Q.**    What school were you going to?

14  **A.**    Washington School for Girls.

15  **Q.**    Okay.  And what grades does Washington School for Girls

16  go through?

17  **A.**    Now or back then?

18  **Q.**    Back then.

19  **A.**    Fourth to eighth.

20  **Q.**    Okay.  And do you know if on that day Janika was in

21  school?

22  **A.**    Yes.

23  **Q.**    And where was she going to school at the time?

24  **A.**    Thurgood Marshall.

25  **Q.**    Okay.  And do you know what grades, Thurgood Marshall?

1  **A.**    It's high school, so it's from ninth to 12th.

2  **Q.**    Okay.  So you said it was a weekend day and all your

3  cousins and your aunt were over to your house and you had to

4  clean your room?

5  **A.**    Yes.

6  **Q.**    All right.  And other than you, your aunt, and your

7  cousins, who else was home that day?

8  **A.**    My mom and Mr. Charlie.

9  **Q.**    Okay.

10  **A.**    And my sisters.

11  **Q.**    All right.  So you were supposed to be cleaning your

12  room.

13       What was everybody else doing?

14  **A.**    My aunt and my Cousin Jordan and Yemme and Kamaria, they

15  were all in the room with me while my aunt -- my Cousin Jazmine

16  and Janika, they were inside Janika's room.

17  **Q.**    Okay.  And so when you lived in that apartment on Good

18  Hope Road, you said in your room with you.

19       Did you have your own room?

20  **A.**    No.

21  **Q.**    Who shared a room with you?

22  **A.**    Kamaria.

23  **Q.**    Okay.  Did Janika have her own room?

24  **A.**    Yes.

25  **Q.**    And what about your mom and Mr. Charlie, did they have a

1   room?

2   **A.**     Yes.

3   **Q.**     Okay.  So three bedrooms, total?

4   **A.**     Yes.

5   **Q.**     Okay.  So the cousins that were hanging out with you in

6   your room when you were supposed to be cleaning it, how old are

7   those cousins?

8   **A.**     Now or back then?

9   **Q.**     Back then.

10  **A.**     Um, Jordan was 10, Kamaria Buck was five, Jennifer was

11  14, Janika and Jazmine were 15.

12  **Q.**     Okay.

13  **A.**     {Unintelligible.}

14  **Q.**     All right.  And so you said you were in your room.

15          Were you actually cleaning your room?

16  **A.**     No.

17  **Q.**     What were you doing?

18  **A.**     Well, I was on a shirt for like an hour, so I was

19  listening and talking.

20  **Q.**     Okay.  And what were Janika and Jazmine doing?

21  **A.**     I don't know.

22  **Q.**     Do you know what room they were in?

23  **A.**     They were in Janika's room.

24  **Q.**     Okay.  And do you know -- you said your mom and

25  Mr. Charlie were home.

1        Do you know where they were in the apartment that day?

2   **A.**    Um, yeah.  They were -- my mom was in the room.

3   **Q.**    I didn't hear you.

4        They were where?

5   **A.**    In the room.

6   **Q.**    Okay.  All right.  So you mentioned that that's the day

7   that you got slapped.  I want you to start from the very

8   beginning about how that happened and tell the jury where you

9   were and how it came about that you got slapped that day.

10  **A.**    Um, I went to the restroom, and there were two doors.

11  One door is connected to my room, and the other is connected to

12  a hallway.  And when I went to use the restroom, Mr. Charlie

13  came in through the hallway door that leads to the bathroom, and

14  I asked him what he was doing there.  He put his finger to his

15  lip as in a motion to keep quiet, and I was like, "Get out.  Get

16  out."  And then I called my Aunt Jennifer, and then she came in

17  through the door that connects to my room, and he slid out

18  before she came in.

19  **Q.**    Okay.  So I want to go back and ask you a few questions

20  about what you just told us there.

21       So, first, I'm going to have you take a look at something

22  that we've marked here as Government's Exhibit 2B, and it's

23  going to pop up just on your screen in front of you.

24       Do you recognize Government's Exhibit 2B?

25  **A.**    Yes.

1    **Q.**    What is that?

2    **A.**    My house.

3    **Q.**    It's a diagram of your house on Good Hope Road?

4    **A.**    Yes.

5    **Q.**    All right.  And is that a fair picture or a diagram of

6    how your house was laid out on Good Hope Road back on the date

7    you were telling us about that you got slapped?

8    **A.**    Yes.

9    **Q.**    All right.

10           MS. HERTZFELD:  Your Honor, I'd move to admit Government's

11   Exhibit 2B and to be permitted to publish it to the jury.

12           THE COURT:  Any objection?

13           MS. SLAIGHT:  No, Your Honor.

14           THE COURT:  All right.  Government's Exhibit 2B will be

15   admitted, and you may publish.

16           (Government's Exhibit 2B admitted into the record.)

17           MS. HERTZFELD:  So did that pop up on your screens,

18   jurors?  All right.

19   BY MS. HERTZFELD:

20   **Q.**    So, Jaden, as you look at Government's Exhibit 2B, I want

21   to have you point out to everybody where these rooms are that

22   you're talking about.

23           So can you mark the room that you would have shared with

24   Kamaria at the Good Hope Road apartment by just putting a little

25   "x" on that room?  And you can write right on the screen with

1   your finger there.

2   **A.**    (Indicating.)

3   **Q.**    All right.  And so for the record, the witness has marked

4   the bedroom that's marked Master Bedroom 1 by putting a blue X

5   there, and it's up in the upper left-hand corner.

6        All right.  And you mentioned that Janika had her own

7   bedroom.

8        Do you see where that's located on this diagram here?

9   **A.**    Yes.

10  **Q.**    Can you put a little star on that one?

11  **A.**    (Indicating.)

12  **Q.**    All right.  And so for the record, the witness has drawn

13  a star on the diagram in the room marked Bedroom 3, and it's a

14  blue star down in the bottom left-hand corner.

15       All right.  And then you mentioned that your mom and

16  Mr. Hillie shared a bedroom in that apartment?

17  **A.**    Yes.

18  **Q.**    Can you mark that room by putting a little "o" on that

19  one?

20  **A.**    (Indicating.)

21  **Q.**    All right.  And so for the record, the witness has marked

22  the room labeled "Master Bedroom 2" that's down in the bottom

23  right-hand corner by drawing a blue O on the screen.

24       All right.  Now, I'm going to go ahead and clear this,

25  what you just drew off of here.

1          Okay.  Now, you mentioned that at the -- on this day,

2     that you had gone into the bathroom, and you said it had a door

3     to your room and the hallway.

4          Can you make another X on this diagram showing where the

5     bathroom is that you're talking about?

6     **A.**     (Indicating.)

7     **Q.**     Okay.  And so for the record, the witness has made an X

8     on the bathroom in the upper -- on the upper left side of the

9     diagram connected to Master Bedroom 1.

10         And then will you just point out -- just put a dot in the

11    doorway for the two doors that go into that bathroom, the one

12    that goes into the bedroom and the one into the hallway.

13    **A.**     (Indicating.)

14    **Q.**     All right.  And so for the record, the witness has made

15    two little dots there on the door entrances to that same

16    bathroom she just marked with an X.

17         Now, Jaden, do you remember whether those bathrooms -- or

18    the doorways into that bathroom were capable of being locked?

19    **A.**     Um, yes.

20    **Q.**     Okay.  Tell us what you remember about that.

21    **A.**     The one that's connected to my bedroom can be locked from

22    inside the bathroom so can this -- the one that connects to the

23    hallway.

24    **Q.**     Okay.  So both of them can be locked from the inside of

25    the bathroom?

1    **A.**    Yes.

2    **Q.**    All right.  I'm going to go ahead and clear here what's

3    marked as Government's Exhibit 2B.

4          Okay.  All right.  So you mentioned you were in that

5    bathroom, and you -- I'm going to show you another picture.  You

6    said you were sitting -- you were, you said, using the bathroom.

7          What were you actually doing?

8    **A.**    Doing number one.

9    **Q.**    I'm sorry?

10   **A.**    Doing number one.

11   **Q.**    Okay.  Doing number one.

12         You were using the toilet?

13   **A.**    Yes.

14   **Q.**    All right.  So I'm going to have you go ahead and take a

15   look at Government's Exhibit 12H.

16         Do you recognize the picture that's in front of you?

17   **A.**    Yes.

18   **Q.**    All right.  Is -- and what is it a picture of?

19   **A.**    The toilet.

20   **Q.**    Is that the toilet in your bathroom on Good Hope Road?

21   **A.**    Yes.

22   **Q.**    All right.

23         MS. HERTZFELD:  And, Your Honor, I would move to admit --

24   well, I'm sorry.

25   BY MS. HERTZFELD:

1    Q.     Is that a fair and accurate picture of what the bathroom

2    looked like back when you lived there on the day that this

3    happened?

4    A.     Yes.

5    Q.     All right.

6           MS. HERTZFELD:  Your Honor, I'd move to admit Government's

7    Exhibit 12H and to be permitted to publish it to the jury.

8           THE COURT:  Any objection?

9           MS. SLAIGHT:  No.

10          THE COURT:  12H will be admitted, and you may publish.

11          MS. HERTZFELD:  Thank you, Your Honor.

12          (Government's Exhibit 12H admitted into the record.)

13   BY MS. HERTZFELD:

14   Q.     Has that popped up for you?  All right.  Great.

15          And then, Jaden, is -- does this depict the toilet that

16   you were using on the day that you got slapped by Mr. Hillie?

17   A.     Yes.

18   Q.     All right.  Can I have you go ahead and take a look now

19   at Government's Exhibit 12I?  Just for the witness.

20          Do you recognize Government's Exhibit 12I?

21   A.     Yes.

22   Q.     And what is that a picture of?

23   A.     The doorway into the bathroom.

24   Q.     The same bathroom you were just describing?

25   A.     Yes.

1    **Q.**    All right.

2         MS. HERTZFELD:  Your Honor --

3    BY MS. HERTZFELD:

4    **Q.**    Is it a fair and accurate picture of how that bathroom

5    looked on the day that you're talking about?

6    **A.**    Yes.

7    **Q.**    All right.

8         MS. HERTZFELD:  Your Honor, I'd move to admit Government's

9    Exhibit 12I and to publish that to the jury.

10        THE COURT:  Ms. Slaight?

11        MS. SLAIGHT:  No objection.

12        THE COURT:  All right.  12I will be admitted and can be

13   published.

14        (Government's Exhibit 12I admitted into the record.)

15   BY MS. HERTZFELD:

16   **Q.**    All right.  Jaden, you mentioned those two doorways.

17        You can -- if you look at Government's Exhibit 12I, the

18   doorway that's there that looks like you're -- the camera is

19   facing into --

20   **A.**    Yes.

21   **Q.**    -- which of the two doorways you described is that

22   doorway?

23   **A.**    Um, the one that leads to the hallway.

24   **Q.**    All right.  And do you see on Government's Exhibit 12I

25   the door that leads into your room?

1   **A.**     Yes.

2   **Q.**     And can you just put a little "x" on that for us so we

3   can see where you're talking about?

4   **A.**     (Indicating.)

5   **Q.**     All right.  And so for the record, the witness has made

6   an X on the doorway on the left-hand side of Government's

7   Exhibit 12I.

8          So, Jaden, that day when you were using the toilet, which

9   of those two doors was it that Mr. Charlie came in to the

10  bathroom?

11  **A.**     The hallway.

12  **Q.**     The one that -- where the camera is facing in?

13  **A.**     Yes.

14  **Q.**     All right.  I'm going to go ahead and clear this.

15         Okay.  So you said that you were using the toilet and --

16  can you tell us what the state of your clothing was at that

17  point?

18  **A.**     Um, I was wearing night clothes, so a T-shirt, pants,

19  and --

20  **Q.**     Okay.  And at the moment that Mr. Hillie came into that

21  doorway, were your pants up or down?

22  **A.**     Down.

23  **Q.**     Okay.  Were you actually sitting on the toilet?

24  **A.**     Yes.

25  **Q.**     All right.  So you said that Mr. Charlie walked in that

1    doorway, and you said he was -- had his finger up to his lips

2    saying "shush"?

3    **A.**    Yes.

4    **Q.**    Did you -- what did you understand that to mean to you?

5    **A.**    Um --

6    **Q.**    Like, when he walked in, what were you thinking?

7    **A.**    Why is he in here?

8    **Q.**    All right.  Did you ask him that?

9    **A.**    Yes.

10   **Q.**    And what did he say?

11   **A.**    He didn't say anything.

12   **Q.**    All right.  What did he do?

13   **A.**    He just kept coming with his finger to his lips.

14   **Q.**    He kept what?

15   **A.**    Kept coming with his fingers to his lips.

16   **Q.**    So he kept coming towards you on the toilet?

17   **A.**    Yes.

18   **Q.**    All right.  And what were you thinking at that point when

19   he kept coming towards you?

20   **A.**    Um, he's not supposed to be here.  Why is he here?

21   **Q.**    Okay.  How did -- how were you feeling about it?

22   **A.**    Scared.

23   **Q.**    What were you scared of?

24   **A.**    That what happened before would happen again.

25   **Q.**    Okay.  And what had happened before?

1    **A.**      He touched me.

2    **Q.**      Okay.  When you say he touched you, what do you mean by

3    that?

4    **A.**      He had put -- he had touched me under my clothes.

5    **Q.**      When you say he touched you under your clothes, can you

6    tell the ladies and gentlemen of the jury where on your body he

7    had touched you under your clothes before?

8    **A.**      He touched my vagina.

9    **Q.**      Okay.  And we're going to come back to that in a minute.

10           But for now, when you say you were scared he was going to

11   do that again, what was your reaction to being afraid?  What did

12   you do?

13   **A.**      I called my aunt.

14   **Q.**      Okay.  And when you say you called her, tell us, what do

15   you mean, how did you call her?

16   **A.**      I yelled her name.

17   **Q.**      Okay.  And was that Aunt Jennifer?

18   **A.**      Yes.

19   **Q.**      When you yelled Aunt Jennifer's name, what did

20   Mr. Charlie do?

21   **A.**      He started creeping out.

22   **Q.**      Okay.  When you say, "He started creeping out," where did

23   he creep out to?

24   **A.**      Back through the hallway door to the bathroom.

25   **Q.**      Back to the same way he came in?

1    **A.**      Yes.

2    **Q.**      And did you see where he went?

3    **A.**      Um, no.

4    **Q.**      Okay.  So you're still in the bathroom, he's crept out,

5    what's the very next thing you do?

6    **A.**      Well, Jennifer comes in and asks what's wrong.

7    **Q.**      Okay.  And where did she come from?

8    **A.**      From the bathroom door that goes in my room.

9    **Q.**      Okay.  And when she comes into the bathroom, what

10   happens?

11   **A.**      Um, I said Mr. Charlie was there.

12   **Q.**      You said what?

13   **A.**      Mr. Charlie was there.

14   **Q.**      Okay.  And how did she respond to that?

15   **A.**      She said to go and tell my mom.

16   **Q.**      Okay.  So did you go to tell your mom?

17   **A.**      Yes.

18   **Q.**      All right.  So when you go to tell your mom, where was

19   she?

20   **A.**      She was laying in her bed.

21   **Q.**      Okay.  And did you go into her room?

22   **A.**      Yes.

23   **Q.**      All right.  Did anybody come into her room with you?

24   **A.**      No.

25   **Q.**      Okay.  So when you go into your mom's room and she's

```
 1    laying on her bed, what's the very first thing that you do?

 2    A.    I told her I got something to tell her.

 3    Q.    And what -- how did she respond to that?

 4    A.    Okay.

 5    Q.    All right.

 6    A.    So I told her.

 7    Q.    And --

 8          THE COURT:  Let me have you make sure you're speaking

 9    right in so we can hear, okay?

10          THE WITNESS:  Okay.

11          THE COURT:  Go ahead.

12    BY MS. HERTZFELD:

13    Q.    Okay.  So she said okay, you could tell her?

14    A.    Yes.

15    Q.    And at that point, is it just your mom in the room?

16    A.    Um, no.

17    Q.    Okay.  Who had come into the room at that point?

18    A.    Mr. Charlie.

19    Q.    All right.  And so where is he in the room?

20    A.    He was in the doorway.

21    Q.    Okay.  So what's the very next thing that you do?

22    A.    I told her.

23    Q.    What did you tell her?

24    A.    That Mr. Charlie came into the bathroom.

25    Q.    All right.  And what was her reaction to that?
```

1    **A.**    Um, well, she didn't -- I didn't get to see her reaction

2    because Mr. Charlie slapped me.

3    **Q.**    Okay.  So when you say those words, what does Mr. Charlie

4    do?

5    **A.**    Um, well, in the middle, before I finished saying it, he

6    told my mom -- he said, "Stop lying before I smack you."

7    And then my mom was like, "I dare you."

8    So when I finished, he slapped me.

9    **Q.**    Okay.  And when you say he slapped you, tell us where on

10    your body did he hit you.

11    **A.**    My nose.

12    **Q.**    All right.  And so for the record, you're pointing to,

13    like, the bridge of your nose there?

14    **A.**    Yes.

15    **Q.**    And what did he use, what part of his body, to slap you

16    in your nose?

17    **A.**    His hand.

18    **Q.**    All right.  And were you hurt?

19    **A.**    Yes.

20    **Q.**    What happened?

21    **A.**    I fell into my mother's bathroom.  My nose was bleeding.

22    **Q.**    Okay.  And what did Mr. Charlie do when you fell down and

23    were bleeding?

24    **A.**    He got over top of me and was saying, "Don't lie on me

25    again."

1  **Q.**    Okay.  And how were you feeling at that point?

2  **A.**    Scared.

3  **Q.**    What were you scared of?

4  **A.**    Yes.

5  **Q.**    What were you scared of?

6  **A.**    That something worse would happen.

7  **Q.**    Okay.  And when you say he got over top of you, how were

8  you positioned?  You said you fell down?

9  **A.**    I fell down, yes.

10 **Q.**    And how were you on the ground?

11 **A.**    Um, I was laying on my stomach.

12 **Q.**    Okay.  And you said he was over top of you.

13        Tell us how is he positioned relative to you.

14 **A.**    He was, like, crouched.

15 **Q.**    Like crouched?

16 **A.**    Yeah, something like football style.

17 **Q.**    What did you say?

18 **A.**    I said football style, I mean.

19 **Q.**    Like crouched down football style?

20 **A.**    Yes.

21 **Q.**    Okay.  And what was his demeanor like as he's saying

22 these words to you?

23 **A.**    Um, he was mad.

24 **Q.**    Okay.  And how did his voice sound to you?

25 **A.**    Angry.

1   **Q.**    Okay.  Was he talking loudly or quietly?

2   **A.**    Loud.

3   **Q.**    Okay.  And what did your mom do after Mr. Charlie slapped

4   you and you fell to the ground and he's yelling at you?

5   **A.**    She pushed him off of me.

6   **Q.**    Okay.  And did she say anything?

7   **A.**    To me or to him?

8   **Q.**    At all.

9   **A.**    Um, yes.

10  **Q.**    What did she say?

11  **A.**    Um, she was yelling at him for hitting me.

12  **Q.**    Okay.  And so did anybody else in the apartment, at that

13  point, react to what had just happened to you?

14  **A.**    Yes.

15  **Q.**    What happened?

16  **A.**    My sister came in because she said that they heard a

17  slap.  She came in, pulled me up, tossed me to my Aunt Jennifer

18  who took me into the bathroom and cleaned up my face.

19  **Q.**    Okay.  And the sister you're talking about, which sister

20  is that?

21  **A.**    Janika.

22  **Q.**    All right.  You said she pulled you up and tossed you

23  to -- who's that? -- Aunt Jennifer?

24  **A.**    Yes.

25  **Q.**    What bathroom does Aunt Jennifer take you to to clean you

1    up?

2    **A.**     My bathroom.

3    **Q.**     Okay.  Does she help you get cleaned up?

4    **A.**     Yes.

5    **Q.**     All right.  So once -- when you're in there getting

6    cleaned up, can you tell what's going on with Mr. Charlie at

7    that point?

8    **A.**     Um, no.  I just heard a lot of yelling.

9    **Q.**     Okay.  And what kind of -- like, what did you hear in

10   terms of the yelling?

11   **A.**     Um, I don't really remember.

12   **Q.**     Okay.  Who was yelling?

13   **A.**     Oh, my mom.

14   **Q.**     Okay.  And so what -- did Jennifer get you -- did she get

15   all the blood cleaned off of you?

16   **A.**     Yes.

17   **Q.**     All right.  And what was your demeanor like, how were you

18   doing?

19   **A.**     I was crying.  I told them to call my dad.

20   **Q.**     Okay.  And did somebody call your dad?

21   **A.**     Yes.

22   **Q.**     Who called your dad?

23   **A.**     My Aunt Jazmine -- I mean, my Cousin Jazmine.

24   **Q.**     And why did you think you wanted somebody to call your

25   dad?

1    **A.**      I just wanted to call my dad.

2    **Q.**      Okay.  So when your aunt -- or your Cousin Jazmine called

3    your dad, did he come?

4    **A.**      Yes.

5    **Q.**      Right away?

6    **A.**      Um, he was on deliveries, so he came after.

7    **Q.**      Okay.  What do you mean by that?

8    **A.**      Um, well, he works at Domino's, so -- he was on delivery,

9    so --

10   **Q.**      So he finished up and then came over?

11   **A.**      He finished up and then came.

12   **Q.**      Okay.  And when your dad got there, at that point, is

13   Mr. Charlie still in the apartment?

14   **A.**      No.

15   **Q.**      All right.  What had happened to him?

16   **A.**      He left.

17   **Q.**      All right.  And do you know where he went?

18   **A.**      No.

19   **Q.**      Okay.  So when your dad shows up, what's the very next

20   thing that happens?

21   **A.**      He takes me to the police.

22   **Q.**      Okay.  Did you actually go to the police station?

23   **A.**      Yes.

24   **Q.**      Okay.  And what was your -- how was your dad when he got

25   there, how did he --

1  **A.**    He was very angry.

2  **Q.**    Well, did he say what he was angry about?

3  **A.**    Um, what, to me?

4  **Q.**    Was it -- what was he angry about?

5  **A.**    Um, about the situation.

6  **Q.**    Okay.  So did he take you straight from your mom's house

7  to the police station?

8  **A.**    Yes.

9  **Q.**    All right.  And what happens when you get to the police

10  station?

11  **A.**    Um, he was talking to the police officer.

12  **Q.**    Okay.  And did the police officers talk to you?  Do you

13  remember?

14  **A.**    Um, I don't remember.

15  **Q.**    Okay.  Do you remember if at some point after this

16  happened, you did talk to the police officers?

17  **A.**    Um, not the police, but someone, like, related.

18  **Q.**    Okay.  So you know you talked to somebody related to the

19  police but not --

20  **A.**    Yeah.

21  **Q.**    -- not somebody wearing a police uniform?

22  **A.**    Yes.

23  **Q.**    All right.  Do you know if you talked to a detective?

24  **A.**    Um, yes.

25  **Q.**    Okay.  Do you remember the detective's name?

1    **A.**    Was it Ms. -- was she a detective?  I don't know.

2    **Q.**    It's okay if you don't remember it.

3    **A.**    I don't remember.

4    **Q.**    Okay.  All right.  So I want to take you back through a

5    little bit of what you just said and show you a couple more

6    pictures so you can help show the jury exactly how this

7    happened, okay?

8    **A.**    Yeah.

9    **Q.**    So, first, I want to show you what's marked as

10   Government's Exhibit 12C.

11         Now, do you recognize Government's Exhibit 12C, what

12   that's a picture of?

13   **A.**    Yes.

14   **Q.**    What's that?

15   **A.**    My mother's room.

16   **Q.**    Okay.  And I'm going to show you also what's marked as

17   Government's Exhibit 12D.

18         Do you recognize that?

19   **A.**    Yes.

20   **Q.**    And what's that?

21   **A.**    My mother's bed.

22   **Q.**    All right.  So I'm going to have you -- well, are those

23   fair and accurate pictures of what your mom's room and her bed

24   looked like back on the day that this happened?

25   **A.**    Yes.

1    **Q.**    All right.

2          MS. HERTZFELD:  And, Your Honor, I'd move to admit

3    Government's Exhibits 12C and 12D and to be permitted to publish

4    them to the jury.

5          THE COURT:  I believe the 12C is already in evidence.

6          MS. HERTZFELD:  Oh, yes, it did come in already into

7    evidence.

8          THE COURT:  Let me ask about an objection to 12D.

9          MS. SLAIGHT:  No.

10         THE COURT:  All right.  So, yes, 12D will be admitted, and

11   you may publish both.

12         (Government's Exhibit 12D admitted into the record.)

13   BY MS. HERTZFELD:

14   **Q.**    Okay.  Let's start with 12D here since it's on the

15   screen.

16         Can you see there from Government's Exhibit 12D where it

17   was that your mom was when you came in to tell her about what

18   had happened?

19   **A.**    Um, she was laying down on the right side.

20   **Q.**    Okay.  Can you draw on there a little line where your mom

21   would have been lying down on that bed?

22   **A.**    (Indicating.)

23   **Q.**    Okay.  And where were you when you came into the room and

24   you were starting to tell her this right before Mr. Charlie

25   strikes you?  Where are you in this room?  Can you see it on

1    there?

2    **A.**    No.

3    **Q.**    All right.  Can you tell us where you would have been

4    relative to this bed?

5    **A.**    I would have been at the foot.

6    **Q.**    Okay.  So down off the bottom left-hand corner of the

7    bed?

8    **A.**    Yes.

9    **Q.**    And so you drew where your mom is lying.

10           For the record, it is the line on the -- what would be

11   depicted in the picture as the right-hand side of the bed there?

12   **A.**    Yes.

13   **Q.**    All right.  And so can you see in this picture where

14   Mr. Charlie would have been lying --

15   **A.**    Um --

16   **Q.**    -- or would have been in the room?  I'm sorry.

17   **A.**    No.

18   **Q.**    All right.  And can -- relative to this bed, where would

19   the bathroom have been that you said you fell into?

20   **A.**    It would have been at the foot of the bed.

21   **Q.**    All right.  So I'm going to ask you to take a look at

22   Government's Exhibit 12E.

23           I'm going to clear this off.  Hold on one second.

24           Do you recognize Government's Exhibit 12E?

25   **A.**    Yes.

1    **Q.**    And what's depicted there?

2    **A.**    My mother's bathroom.

3    **Q.**    All right.  And is it a fair and accurate picture of how

4    your mom's bathroom looked on the day that this happened?

5    **A.**    Yes.

6         MS. HERTZFELD:  Your Honor, I'd move to admit and to

7    publish Government's Exhibit 12E.

8         THE COURT:  Any objection?

9         MS. SLAIGHT:  No, Your Honor.

10        THE COURT:  All right.  12E will be admitted, and you may

11   publish.

12        MS. HERTZFELD:  Thank you.

13        (Government's Exhibit 12E admitted into the record.)

14   BY MS. HERTZFELD:

15   **Q.**    So there on Government's Exhibit 12E, can you see where

16   you would have been standing when you were telling your mom what

17   had happened with Mr. Charlie?

18   **A.**    Yes.

19   **Q.**    Can you put a little "x" where you would have been?

20   **A.**    (Indicating.)

21   **Q.**    And so for the record, you put an X down there at the

22   bottom of the bed.  It's kind of the threshold of that bathroom

23   door there?

24   **A.**    Yes.

25   **Q.**    And can you see in that picture where Mr. Charlie would

1    have been standing?

2    **A.**     No.

3    **Q.**     Which direction would it have been off the picture?

4    **A.**     Um, to the left.

5    **Q.**     Off to the left.  Okay.

6         So can you see there -- and I'm going to go ahead and

7    clear this.

8         Can you see there -- does this picture depict the

9    bathroom that you said you fell into when Mr. Charlie hit you?

10   **A.**     Yes.

11   **Q.**     And is that the bathroom there in the middle of the

12   picture?

13   **A.**     Yes.

14   **Q.**     All right.  Now, you said that you went that night and

15   you were living with your father after that?

16   **A.**     Yes.

17   **Q.**     Did you ever go back to live with your mother again after

18   this incident happened with Mr. Charlie?

19   **A.**     No.

20   **Q.**     All right.  And without telling us the specifics, one way

21   or the other, did you tell your dad what had been happening in

22   your mother's house involving Mr. Charlie?

23   **A.**     Yes.

24   **Q.**     All right.  And do you remember about how long after you

25   moved in with your dad did you tell him everything that had been

1  happening in your mother's house?

2  **A.**    No.

3  **Q.**    You don't remember?

4  **A.**    Uh-uh.

5  **Q.**    Okay.  So you said that when Mr. Charlie came into that

6  bathroom and he had his finger up to his lips telling you to

7  shush and he's coming towards you, you felt scared.  And you

8  said the reason you felt scared is because you were worried that

9  something like what have happened before was going to happen.

10        Do you remember just telling us about it a little bit

11  ago?

12  **A.**    Yes.

13  **Q.**    All right.  I want to go back and talk about what you

14  said about those times that Mr. Hillie touched you on your body,

15  on your vagina, was the thing that you mentioned.

16        Was it -- did that only happen one time or did that

17  happen more than one time that Mr. Hillie touched you?

18  **A.**    More than one time.

19  **Q.**    All right.  I want you to think back to the very first

20  time that you remember Mr. Hillie touching you inappropriately

21  someplace on your body, okay?

22        All right.  Do you remember the very first time that

23  happened where you were living?

24  **A.**    Yes.

25  **Q.**    Where were you living at the time?

A.      Douglas Road.

Q.      All right.  And do you remember how old you were or what grade you were in the very first time that Mr. Charlie touched you someplace inappropriately on your body?

A.      I believe I was nine.

Q.      You were nine?

A.      Yes.

Q.      All right.  So if you're thinking about that day, the very first time something like that happened, I want you to remember right before it happened.

        Who was home in your house on Douglas Road on that day, the very first time?

A.      Um, me, Kamaria, and Mr. Charlie.

Q.      Okay.  And you said you were nine, so Kamaria would have been about how old?  Do you remember?

A.      Four.

Q.      Okay.  And so on the day that this happened when you guys were at home, you, Kamaria, and Mr. Charlie, what was everybody doing leading up to the time when this happened?

A.      He was in the computer chair by the computer, and me and Kamaria was running around, chasing each other around the table in the living room.

Q.      Okay.  So you guys are running around, chasing each other in the living room.

        What's he doing on the computer chair, Mr. Charlie?

1   **A.**     He was by the computer and -- he was just by the

2   computer.

3   **Q.**     Okay.  When you were home that day with Kamaria, was

4   Mr. Charlie the person that was in charge of watching you?

5   **A.**     Yes.

6   **Q.**     Okay.  And where was your mom at that time?

7   **A.**     Um, she was out, I believe, getting Janika.

8   **Q.**     Getting Janika?

9   **A.**     Yes.

10  **Q.**     Okay.  And do you know where she was getting Janika from?

11  **A.**     I do not remember.

12  **Q.**     Okay.  So you're -- you and Kamaria are chasing each

13  other around and what happens?

14  **A.**     Um, he grabbed me.

15  **Q.**     Okay.  Is the "he" Mr. Charlie?

16  **A.**     Yes.

17  **Q.**     All right.  So I want you to tell us -- he's in the

18  computer chair in the living room, you said?

19  **A.**     Yes.

20  **Q.**     And tell us how it is that he grabs you.

21          What happens?

22  **A.**     He grabs me and touched my breast.

23  **Q.**     Okay.  So the very first moment that he grabs you and

24  puts his hands on your body, where does he grab you by?

25  **A.**     Um, by my stomach.

1    Q.     Okay.  And tell us -- you said he's sitting in the chair.

2           How were you positioned relative to him?

3    A.     Um, he brought me in front of him.

4    Q.     Okay.  So he grabs you by your stomach.

5           Did he grab you with his hand or something else?

6    A.     His hand.

7    Q.     And he brings you in front of him?

8    A.     Yes.

9    Q.     All right.  Are you facing towards him, or are you facing

10   away from him?

11   A.     Away from him.

12   Q.     Okay.  So your back is to his front?

13   A.     Yes.

14   Q.     All right.  So he grabs you by your stomach, and what's

15   the very next thing he does with his hands?

16   A.     He touched my breasts.

17   Q.     Okay.  And do you remember if you were wearing -- what

18   you were wearing in terms of clothes at that point?

19   A.     Um, I know it was night clothes, so I believe it was a

20   T-shirt.

21   Q.     When you say "night clothes," what do you normally wear

22   as your night clothes?

23   A.     Um, a T-shirt and some shorts or pants.

24   Q.     Is that what you would wear as night clothes back then?

25   A.     Yes.

1    **Q.**    All right.  So you said he grabs you and he grabs your

2    breasts with his hand?

3    **A.**    Yes.

4    **Q.**    Does he grab your breasts on top of your night clothes or

5    underneath your night clothes, at first?

6    **A.**    On top.

7    **Q.**    Okay.  And when he grabs your breasts on top of your

8    night clothes, what does he do with his hands?

9    **A.**    Um, nothing, he's just feeling my breasts.

10   **Q.**    He's what?

11   **A.**    I said, nothing, he's just feeling my breasts.

12   **Q.**    He's feeling your breasts?

13   **A.**    Yes.

14   **Q.**    Okay.  Is he saying anything to you?

15   **A.**    No.

16   **Q.**    Did you say anything to him?

17   **A.**    No.

18   **Q.**    All right.  And so he's feeling your breasts with his

19   hands over your night clothes.

20        Does there come a time when he moves his hand to another

21   position?

22   **A.**    No.

23   **Q.**    All right.  What does he do when he finishes feeling your

24   breasts on top of your night clothes?

25   **A.**    He lets me go.

1   **Q.**   All right.  And what do you do?

2   **A.**   I start running around with Kamaria again.

3   **Q.**   Okay.  And where is Kamaria during this?

4   **A.**   Um, she ran into the room.

5   **Q.**   Okay.  And so then you said you started to run around

6   with her again?

7   **A.**   Yes.

8   **Q.**   All right.  And what's the next thing that happens?

9   **A.**   We come back out and start running around the table

10  again.

11  **Q.**   Is it the table in the living room?

12  **A.**   Yes.

13  **Q.**   All right.  And what happens next?

14  **A.**   He grabs me and tells Kamaria to go inside the room.

15  **Q.**   Is the "he" Mr. Charlie?

16  **A.**   Yes.

17  **Q.**   All right.  So the second time that he grabs you and

18  tells -- before he tells Kamaria to go to the other room, where

19  does he grab you on your body?

20  **A.**   My stomach again.

21  **Q.**   The same thing as he did the first time?

22  **A.**   Yes.

23  **Q.**   Okay.  And what did he do when he grabs you by your

24  stomach?

25  **A.**   He just held me in front of him.

1    Q.    Okay.  And this time, are you facing toward him or away

2    from him?

3    A.    Um, away from him.

4    Q.    The same as before?

5    A.    Yes.

6    Q.    All right.  And so when Mr. Charlie tells Kamaria to go

7    to her room, what does she do?

8    A.    She goes to the room.

9    Q.    Okay.  And so is there anybody else in the room besides

10   you and Mr. Charlie?

11   A.    No.

12   Q.    All right.  So what is the very next thing that he does?

13   A.    He starts feeling on me again.

14   Q.    When you say he starts feeling on you again, what part of

15   his body is he using to feel on you?

16   A.    His hands.

17   Q.    And where on your body is he feeling on you?

18   A.    My breasts.

19   Q.    All right.  And this time, is he on top of your clothes

20   or underneath your clothes?

21   A.    Underneath.

22   Q.    Okay.  So he puts his hand underneath that T-shirt you're

23   wearing?

24   A.    Yes.

25   Q.    All right.  Is his -- the skin on his hand touching the

1   skin on your breasts?

2   **A.**     Yes.

3   **Q.**     And what's he doing with his hands?

4   **A.**     Moving them.

5   **Q.**     Moving them?

6   **A.**     Yes.

7   **Q.**     And how is he moving them?

8   **A.**     Just rubbing and --

9   **Q.**     On your breasts still?

10   **A.**     Yes.

11   **Q.**     All right.  And does he come to stop rubbing you on your

12   breasts?

13   **A.**     Um, yes.

14   **Q.**     And what's the very next thing he does?

15   **A.**     He puts his hand inside my pants.

16   **Q.**     Okay.  And are you still positioned the same way where

17   you're facing away from him?

18   **A.**     Yes.

19   **Q.**     And so are his hands reaching around from behind you?

20   **A.**     Yes.

21   **Q.**     All right.  So when you say he puts his hand in your

22   pants, do you remember which hand it was?

23   **A.**     Um, no.

24   **Q.**     Okay.  So tell me what happens when he puts his hand in

25   your pants.

1   **A.**     He goes in my underwears and starts messing with my

2   vagina, and then he pulls down my pants, and then he rubs it

3   more.

4   **Q.**     Okay.  So when he puts his hands down your pants and

5   starts rubbing your vagina, is he touching you from the front or

6   from the back?

7   **A.**     From the front.

8   **Q.**     All right.  And you said he's rubbing on your vagina.

9          Did you have anything on underneath your pants?

10  **A.**     Underwears.

11  **Q.**     Okay.  Is he on the inside of your underwear or on the

12  outside of your underwear?

13  **A.**     Inside.

14  **Q.**     All right.  So is the skin on his hand touching your

15  vagina, like your bare vagina?

16  **A.**     Yes.

17  **Q.**     Okay.  And you said he is rubbing.

18         Are his fingers on the outside, or do his fingers go in?

19  **A.**     On the outside.

20  **Q.**     Okay.  And then you said the next thing he does is he

21  pulls down your pants?

22  **A.**     Yes.

23  **Q.**     Does he pull down your underwear as well?

24  **A.**     Yes.

25  **Q.**     All right.  And you said he kept messing with your

1    vagina, you said.

2          What does that mean?

3    **A.**    Um, he's rubbing it.

4    **Q.**    Still with his hand?

5    **A.**    Yes.

6    **Q.**    All right.  And does he stop at some point?

7    **A.**    Yes.

8    **Q.**    Okay.  And does he say anything to you while he's doing

9    that?

10   **A.**    No.

11   **Q.**    All right.  So when he stops rubbing you on your vagina

12   with his hand, what then -- what's the very next thing that

13   happens?

14   **A.**    He pulls out his penis.

15   **Q.**    All right.  And do you remember -- is he still sitting in

16   that chair?

17   **A.**    Yes.

18   **Q.**    And are you still standing in front of him?

19   **A.**    Yes.

20   **Q.**    Okay.  So when he pulls out his penis, do you remember

21   what he was wearing on the bottom half of his body?

22   **A.**    Um, sweatpants.

23   **Q.**    Okay.  And does he pull his pants down, or does he pull

24   his penis out over the top of his pants?

25   **A.**    Just pulls his penis out.

1    **Q.**    Okay.  And when he pulls his penis out of his pants, does

2    he say anything to you?

3    **A.**    Um, no.

4    **Q.**    Okay.  What do you do at that point?

5    **A.**    I run away.

6    **Q.**    Okay.  Is he saying anything about his penis?

7    **A.**    No.

8    **Q.**    All right.  And so when you -- what's he doing with his

9    penis?

10   **A.**    He just took it out.

11   **Q.**    Is he touching it?

12   **A.**    Um, when he took it out, yes.

13   **Q.**    Okay.  With what part of his body?

14   **A.**    His hand.

15   **Q.**    Okay.  Does he tell you to do anything?

16   **A.**    No.

17   **Q.**    So what do you do?

18   **A.**    I run away.

19   **Q.**    And where did you run to?

20   **A.**    To the bathroom.

21   **Q.**    And when you got to the bathroom, what did you do?

22   **A.**    Um, sat down on the toilet.

23   **Q.**    Okay.  And then what?

24   **A.**    Um, then I went out into my room.

25   **Q.**    Okay.  And was anybody in your room?

```
 1   A.    Kamaria.

 2   Q.    And what did you do, then?

 3   A.    I sat down on the bed.

 4   Q.    Okay.  And then what?

 5   A.    I started watching TV.

 6   Q.    Okay.  And where was he during all of that?

 7   A.    He was at the living room.

 8   Q.    Did he say anything to you about what just happened?

 9   A.    Yes.  He came in and was like, "It wasn't going to happen

10   again."

11   Q.    He came into you and Kamaria's room?

12   A.    Um-hmm.

13   Q.    All right.  And how did he seem when he told you it

14   wasn't going to happen again?

15   A.    Normal.

16   Q.    Okay.  And how were you feeling at that point?

17   A.    Weird.

18   Q.    Okay.  And why were you feeling weird?

19   A.    Because he did what he did to me.

20   Q.    Okay.  And did there come a time that your mom came home

21   that day?

22   A.    Yes.

23   Q.    And did there come a time when you told your mom what had

24   happened?

25   A.    Yes.
```

1    Q.    Okay.  Did you tell her right that day, or did you tell

2    her sometime later?

3    A.    Sometime later.

4    Q.    Okay.  Do you remember how much time went by between when

5    that happens and when you told your mom?

6    A.    A couple of weeks.

7    Q.    Okay.  And when you told your mom what happened, what

8    specifically do you remember telling her?

9    A.    Um, that Mr. Charlie touched me.

10   Q.    Okay.  Did you tell her where he touched you?

11   A.    Um, I don't remember.

12   Q.    Okay.  Did you tell her that it was someplace

13   inappropriate?

14   A.    Yes.

15   Q.    All right.  And do you remember what your mom's reaction

16   was when you told her?

17   A.    Okay.

18   Q.    And when you say "okay" --

19   A.    She just said okay, and then she went and yelled at him.

20   Q.    Okay.  And did she go and yell at him right then?

21   A.    After she -- yeah.

22   Q.    Okay.  And do you remember what she yelled at him?

23   A.    Um, "Did you touch my child?"

24   Q.    Okay.  And how did he respond to her yelling at him?

25   A.    I didn't hear.

1   **Q.**    You didn't hear?

2   **A.**    No.

3   **Q.**    Okay.  And why would -- why could you not hear what --

4   him?

5   **A.**    Because my sister slammed the door shut.

6   **Q.**    Okay.  So where were you when this happened, you know,

7   sometime later that you heard your mom confront him and you said

8   your sister slammed the door shut?  Where are you that the door

9   slams?

10  **A.**    We were in our room.

11  **Q.**    You and Kamaria's room?

12  **A.**    No.  Me, Janika's, and Kamaria's room.

13  **Q.**    Oh, I see.

14         And -- because you guys are all sharing a room right now,

15  I think you --

16  **A.**    Yes.

17  **Q.**    Okay.  And is Janika the sister you're talking about that

18  slammed the door?

19  **A.**    Yes.

20  **Q.**    And did Janika know what had happened?

21         MS. SLAIGHT:  Objection, Your Honor.

22         MS. HERTZFELD:  Let me rephrase it.

23         THE COURT:  Oh, you're going to rephrase?

24         MS. HERTZFELD:  I can rephrase.

25         THE COURT:  All right.

BY MS. HERTZFELD:

Q.    Had you said anything to Janika about what had happened

to you?

A.    Yes.

Q.    All right.  And had you told her that -- had you told her

Mr. Hillie had touched you?

A.    Yes.

Q.    All right.  And did you tell her that day, or you told

her some other time?

A.    The day that I told my mom?

Q.    Um-hmm.

A.    Yeah, I told her that day.

Q.    Okay.  And so when you said she slammed the door, what

was -- did she react other than slamming the door?

A.    She was upset.

Q.    And did she -- did you know why she was upset?

A.    No.

Q.    Okay.  Now, I want to just go back through a little bit

of what you just told us, okay?  And I want to have you point a

few more things out to the jury just like we did before about

where in this apartment this all happened, okay?

A.    Okay.

Q.    So I'm going to -- well, I guess the judge is looking at

me like maybe we should take a break.

      THE COURT:  Well, we have to have our lunch break.

1        So would this be a good time?

2        MS. HERTZFELD:  This would be a good time, yeah, I think

3    so.

4        THE COURT:  All right.  Ladies and gentlemen, we are going

5    to take our break.  You know the rules not to discuss this matter

6    with anyone, even your fellow jurors.  If you hear any discussion

7    of the case, please report it to me through my courtroom deputy.

8        We're going to break now until 1:30, which should give us

9    enough time, I think, to get lunch.

10        All right.  Thank you.

11        MS. HERTZFELD:  Thank you, Your Honor.

12        (Jury out at 12:41 p.m.)

13        THE COURT:  You may step down.  Please do not discuss your

14    testimony with anyone, all right?  Thank you.

15        MS. HERTZFELD:  Thank you.

16        THE COURT:  Is there anything that we need to discuss at

17    this moment?

18        MS. HERTZFELD:  No.

19        THE COURT:  Ms. Slaight?

20        MS. SLAIGHT:  No.

21        THE COURT:  All right.  We'll be back at 1:30.  Thank you.

22        (Thereupon, a luncheon recess was had beginning at

23    12:41 p.m.)

24

25

1

## <u>C E R T I F I C A T E</u>

2

3              I, Scott L. Wallace, RDR-CRR, certify that
the foregoing is a correct transcript from the record of
4     proceedings in the above-entitled matter.

5

     /s/ Scott L. Wallace                  7/26/19
6     ---------------------------         ----------------
          **Scott L. Wallace, RDR, CRR            Date**
7          **Official Court Reporter**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25