UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**       :
                                   :
              **Plaintiff,**       :    Criminal Action
                                   :    No. 16-030
**v.**                             :
                                   :
**CHARLES HILLIE,**                :    April 3, 2018
                                   :    9:15 a.m.
                                   :
                                   :
              **Defendant.**       :    Washington, D.C.
                                   :
...........................    :

**MORNING SESSION - DAY 4**
**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE KETANJI B. JACKSON**
**UNITED STATES DISTRICT COURT JUDGE, AND A JURY**

APPEARANCES:

For the United States:    **Andrea Lynn Hertzfeld, Assistant**
                          **U.S. Attorney**
                          U.S. ATTORNEY'S OFFICE FOR THE
                          DISTRICT OF COLUMBIA
                          555 Fourth Street, NW
                          Washington, DC 20530
                          (202) 252-7808
                          Fax: (202) 353-7634
                          Email: Andrea.hertzfeld@usdoj.gov

                          **Kenechukwu O. Okocha, Assistant**
                          **U.S. Attorney**
                          U.S. ATTORNEY'S OFFICE-DISTRICT OF
                          COLUMBIA
                          Sex Offense and Domestic Violence
                          555 Fourth Street, SW
                          10th Floor
                          Washington, DC 20530
                          (202) 252-6604
                          Email: Kenechukwu.okocha@usdoj.gov

```
APPEARANCES:  Cont.


For the Defendant:          Joanne D. Slaight, Esq.
                            LAW OFFICES OF JOANNE D. SLAIGHT
                            400 Seventh Street, NW
                            Suite 206
                            Washington, DC 20004
                            (202) 408-2041
                            Fax: (202) 628-0249
                            Email: Jslaight@att.net

Court Reporter:             Scott L. Wallace, RDR, CRR
                            Official Court Reporter
                            Room 6503, U.S. Courthouse
                            Washington, D.C. 20001
                            202.354.3196
                            scottlyn01@aol.com
```

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

# C O N T E N T S

**EXAMINATIONS**                                                    **Page**

DIRECT EXAMINATION OF TAMIKA DAVIS               11
BY MS. HERTZFELD
CROSS-EXAMINATION OF TAMIKA DAVIS                16
BY MS. SLAIGHT
REDIRECT EXAMINATION OF TAMIKA DAVIS             17
MS. HERTZFELD
DIRECT EXAMINATION OF JANIKA ASIAMAH             18
BY MR. OKOCHA

## EXHIBITS

**DESCRIPTION**

Government's Exhibit 4A through 4C, 8A through 8B,     71
9A through 9B, 5A through 5D, and 6A through 6B,
7A, through 7C admitted

1            **MORNING SESSION, APRIL 3, 2018**

2    (9:29 a.m.)

3            THE COURT:  All right.

4            TH COURTROOM CLERK:  Your Honor, this is Criminal Case

5    Number 16-030, *United States of America versus Charles Hillie*.

6            THE COURT:  Good morning.  I understand, Ms. Slaight, you

7    may have some preliminary matters to discuss.

8            MS. SLAIGHT:  Good morning, Your Honor.  Joanne Slaight

9    for Mr. Hillie.  If we could approach?

10           THE COURT:  Yes.

11           (Following sidebar discussion had on the record:)

12           MS. SLAIGHT:  Your Honor, obviously I'm here this morning,

13   but I got sick a couple of times already since I've been here

14   this morning, and I don't know if I have food poisoning or what,

15   but I'm asking that, you know, we wait a little bit, like half an

16   hour to an hour or so, so I can make sure that I'm not going to

17   get sick again because it's, you know -- I just -- it would be

18   really embarrassing.  I can't focus.  I'm, you know --

19           THE COURT:  I'm sorry to hear that.  Ms. Hertzfeld, what

20   would you like to do?

21           MS. HERTZFELD:  Yeah, that's fine.

22           THE COURT:  Do you need to go lay down or something?

23           MS. SLAIGHT:  You know, I was in the lawyer's lounge, but

24   it's so cold there that I think it makes it worse.  So, I'm just

25   going to stay here and, hopefully, you know -- or I don't know if

1    there's someplace else I can go.

2          THE COURT:  Let me ask Gwen.

3          MS. SLAIGHT:  I would go to the lawyer's lounge, but I

4    just feel like it's making me sicker.

5          THE COURT:  Do you know if there's a place for Ms. Slaight

6    to lay down maybe, if there's an extra judges' chambers on our

7    floor.  I don't know if there's a couch in --

8          THE COURTROOM CLERK:  Do you know if Judge Rothstein is

9    using that room or not?

10         THE COURT:  I mean,I don't know if there's a couch in

11   there or --

12         THE COURTROOM CLERK:  The other place I was thinking of is

13   the nurse's unit downstairs on the first floor.

14         THE COURT:  Yeah, she might be able to give you something.

15         MS. SLAIGHT:  Yeah, it's my stomach.  Yeah, I'll just stay

16   here.

17         THE COURT:  The other thing is --

18         MS. HERTZFELD:  If this helps -- I don't know, but we have

19   a witness room that we can clear out that's a private space right

20   here on this floor.

21         MS. SLAIGHT:  That's okay.  Like I said, normally I would

22   use the lawyer's lounge and just sit there, normally, but it's

23   just too cold in there and it's making me worse.

24         THE COURT:  All right.

25         MS. SLAIGHT:  And hopefully, you know, I'll be okay, but

```
 1    I -- I just can't start right now.
 2         THE COURT:  That's fine.  So we'll work that out and we'll
 3    tell the jurors.
 4         MS. FRANKLIN:  I really want to know if it's an issue.  I
 5    know yesterday when Jean Claude took the jurors back, one of the
 6    jurors just indicated that she really wanted to speak to you.
 7    She thought that Mr. Hillie was intimidating Ms. Jaden when she
 8    was on the stand.  But, again, I didn't notice anything.  I know
 9    that the marshal did say something to him at one point in time,
10    but I don't know -- I don't know what they observed because I
11    wasn't --
12         MS. HERTZFELD:  I didn't see anything in terms of it
13    happening, but I do know the marshals had an incident with him in
14    the back.  I don't know if they talked to you about this, but
15    they told me -- they asked me for the charges for a write-up
16    because they were doing -- because, apparently, he was acting up
17    in the back on the way out of court yesterday, and I think a
18    couple of -- throwing elbows at deputies and things like that, so
19    they wrote up a 201 on it, and they said -- I don't know if they
20    shared that with Your Honor or not, but I think that's something
21    that happened.
22         THE COURT:  Here's what we can do.  Let's let Ms. Slaight
23    lay down, and then maybe when -- if you're feeling better and
24    we're going forward, you can spend a moment talking with him and
25    making sure that he understands that the jury is observing him
```

1   and, you know, that's going to be a part of what they're taking

2   into account, and that he should try to be as still as possible

3   and not make facial expressions.

4        MS. SLAIGHT:  And I would ask that we talk to the juror

5   and see if she's talked to anybody else about these perceptions

6   that she's having.

7        THE COURT:  So, when you come back, maybe I'll bring her

8   in and we'll talk to her here.

9        MS. FRANKLIN:  I'll talk to her and ask her.

10        THE COURT:  Well, I want to talk to her first at the bench

11   with the lawyers present once we know we're going forward so we

12   can assess what she's  observing and whether she's talked to

13   anybody about it.

14        MS. SLAIGHT:  My suggestion is that I -- you know, I can

15   say 10:00 or 10:05.  That's a half an hour.

16        THE COURT:  Why don't we check in with you at that point.

17        MS. SLAIGHT:  Hopefully it will be okay.

18        (Sidebar discussion concluded.)

19        THE COURT:  All right.  We're going to take a little break

20   and we will be back at about 10 minutes after 10 or so.  All

21   right.  Thank you.

22        (Thereupon, a recess in the proceedings occurred from

23   9:35 a.m. until 10:18 a.m.)

24        THE COURT:  Let me have Ms. Slaight and Ms. Hertzfeld for

25   off the record real quick.

1        Counsel, why don't I have you approach.  We've called the

2   case, right?  Yes.

3        (Thereupon, a discussion was had off the record

4   between Court and counsel.)

5        THE COURT:  We're on the record.  Ms. Slaight, if you'll

6   come forward.  Remind me what she said the juror said.  I've

7   forgotten.

8        MS. SLAIGHT:  That she thought he was intimidating.

9        THE COURT:  Thank you.  Approach.

10        (Juror approached the bench.)

11        THE COURT:  Good morning.  How are you?

12        A JUROR:  Good, how are you?

13        THE COURT:  So we just wanted to get a little information

14   from you about your observations.  Can you just tell us what you

15   saw Mr. Hillie doing?

16        A JUROR:  Yes.  So when Jaden was giving her testimony, I

17   noticed that the defendant kept staring at her and scowling at

18   her kind of making faces, and she was physically uncomfortable

19   every time she looked in his direction, and that -- that

20   concerned me.  I didn't know whether or not she was instructed

21   maybe not to look in his direction or something because it just

22   seemed like he kept doing it, and I noticed that when -- I can't

23   remember her name, the aunt, Jaden's aunt testified, he -- his

24   whole body shifted, like he didn't even look up towards her at

25   any point, and so I felt like he was intentionally trying to make

1   eye contact with Jaden.  I don't know if it's --

2        THE COURT:  Did you mention your observations to any of

3   the other jurors?

4        A JUROR:  No, I just told Mr. --

5        THE COURT:  John Claude?

6        A JUROR:  Yes, yes, yes.  All right.  Well, do you have

7   any questions?

8        MS. SLAIGHT:  So, you didn't -- you haven't drawn any

9   conclusions, I take it?  You're still keeping an open mind in the

10  case, right, and you're not --

11       A JUROR:  Definitely.  I just wondered, if there were any

12  other young people testifying, if that might be something that

13  maybe he would be instructed not to do or --

14       THE COURT:  All right.  Well, we'll take it under

15  advisement.  Thank you for that.

16       A JUROR:  Thank you.

17       (Juror left the bench.)

18       THE COURT:  So, do you think there's anything we need to

19  do?

20       MS. SLAIGHT:  I just want to -- I will say this for the

21  record.  I mean, I looked at Mr. Hillie while she was testifying

22  and I -- most of the time -- he obviously took it seriously, and

23  he talks to himself a lot, but I didn't -- I hardly ever saw him

24  look at her, so --

25       THE COURT:  Well, I wasn't looking at him at all, I was

1   turned in the other direction to focus on the jury, so maybe I'll

2   pay attention a little bit more, but you might just mention to

3   him to try to keep it to a minimum in terms of any faces or

4   things.

5        MS. SLAIGHT:  The other problem is that if people see that

6   he's not looking at -- like she noticed that he wasn't looking at

7   Josephine, so, you know, there's just no win in that aspect.

8        THE COURT:  Right, right, right.

9        MS. SLAIGHT:  I can't -- I don't want him to look like

10  he's trying to avoid their gaze also.

11       THE COURT:  True, true, but to the extent he gets upset,

12  yes, try not to look as though he's directing it to the witness.

13  All right.  Anything, government?

14       MS. HERTZFELD:  No.

15       THE COURT:  All right.  Thank you.  We're going to have

16  you start.

17       (Sidebar discussion concluded.)

18       (Jury in at 10:22 a.m.)

19       THE COURT:  Thank you.  Good morning.  You may have a

20  seat.  I apologize for the delay, but we thank you in advance for

21  your attention.  Ms. Hertzfeld.

22       MS. HERTZFELD:  Good morning.  Thank you, Your Honor.  The

23  United States calls as its next witness Tamika Davis.

24       THE COURT:  You may bring forward Ms. Davis.

25       MS. HERTZFELD:  Thank you.

1          THE COURT:  Good morning.  You may come right forward.

2          Good morning, Ms. Davis.  You'll come right to the jury

3     stand and you'll stand and be sworn before you sit down.

4          (TAMIKA DAVIS, GOVERNMENT'S WITNESS, SWORN.)

5          THE COURT:  You may have a seat.

6          THE WITNESS:  Thank you.

7          THE COURT:  And when you're asked questions, if you could

8     answer right into the microphone, that would be helpful.

9          THE WITNESS:  Thank you.

10         THE COURT:  Thank you.

11                 <u>DIRECT EXAMINATION OF TAMIKA DAVIS</u>

12    <u>BY MS. HERTZFELD</u>:

13    **Q.**    Good morning, ma'am.

14    **A.**    Good morning.

15    **Q.**    Will you introduce yourself to the jurors by telling them

16    your first and last name and how to spell each.

17    **A.**    Tamika Davis, T-A-M-I-K-A; Davis, D-A-V-I-S.

18    **Q.**    All right.  And Ms. Davis, where are you employed?

19    **A.**    I'm employed at Washington View Apartments.

20    **Q.**    All right.  And what's the location of Washington View

21    Apartments?

22    **A.**    2629 Douglas Road, Southeast, Washington, D.C.

23    **Q.**    And how long have you been employed at Washington View

24    Apartments?

25    **A.**    I've been there for four years.

1    **Q.**     And what's your job title there?

2    **A.**     My job title is property manager.

3    **Q.**     And have you been the property manager the whole four

4    years that you've been employed there?

5    **A.**     Yes.

6    **Q.**     And can you tell us a little bit about what your job

7    duties are as the property manager at Washington View

8    Apartments?

9    **A.**     I oversee a team of 12 people.  I manage files.  I handle

10   residents, capital improvement, the overall -- I oversee the

11   overall asset.

12   **Q.**     And as part of your job description, do you maintain

13   records that are kept by Washington View Apartments with respect

14   to lease and tenant information of those apartments?

15   **A.**     Yes, we do.

16   **Q.**     And are those records kept as part of the normal course

17   of business that's conducted at Washington View Apartments?

18   **A.**     Yes.

19   **Q.**     And how does Washington View Apartments maintain its

20   records?

21   **A.**     Well, we do separate our records.  We have the current

22   residents, and then we have our move out files, and they're kept

23   in two separate file cabinets.

24   **Q.**     All right.  And so with respect to the move out files, do

25   you keep records related to prior tenants and lease information

1   with respect to those tenants?

2   **A.**     Yes, we do.

3   **Q.**     All right.  And did you keep records related to a tenant

4   by the name of Joyce Asiamah who leased an apartment from

5   Washington View Apartments?

6   **A.**     Yes.

7   **Q.**     All right.  And were those records kept in that normal

8   course of business that you maintain records?

9   **A.**     Yes, in the move out file.

10  **Q.**     All right.  And were you -- did you receive a subpoena to

11  produce those records relevant to this case?

12  **A.**     I -- my previous assistant manager received the initial

13  subpoena, and then I was subpoenaed as well.

14  **Q.**     Okay.  And in response to that, did you pull the records

15  related to the lease that Joyce Asiamah had with Washington View

16  Apartments?

17  **A.**     Yes.

18  **Q.**     Did you have an opportunity to review the records that

19  you kept with respect to that lease?

20  **A.**     Yes.

21  **Q.**     And from your review of those records, were you able to

22  obtain the dates on which Joyce Asiamah maintained a lease with

23  Washington View Apartments?

24  **A.**     Yes.

25  **Q.**     And what was the date on which she signed a lease to move

1    into that apartment unit?

2    **A.**    Can I look or --

3    **Q.**    Would it refresh your recollection to actually look at

4    the lease agreement?

5    **A.**    I know it was April, but I don't remember the exact day.

6    **Q.**    All right.  I'm going to show you what I've marked as

7    Government's Exhibit 23, which I'm going to show the defense.

8         MS. HERTZFELD:  May I approach, Your Honor?

9         THE COURT:  You may.

10         THE WITNESS:  Thank you.

11    BY MS. HERTZFELD:

12    **Q.**    Go ahead and take a look at Government's Exhibit 23 and

13    see if that -- do you recognize what Government's Exhibit 23 is?

14    **A.**    Yes, it's the lease agreement.

15    **Q.**    Is that the original lease agreement that Joyce Asiamah

16    signed at Washington view?

17    **A.**    Yes.

18    **Q.**    And does looking at that help refresh your recollection

19    as to the date he signed the lease to move into that apartment

20    complex?

21    **A.**    Yes.  She moved in April 20th, 2007.

22    **Q.**    All right.  And are you aware of what the date of the

23    original lease was?

24    **A.**    April 20th, 2007, and the lease expired April 30th of

25    2008.

1  **Q.**    And did Joyce Asiamah maintain her residence in that unit

2  beyond that lease termination date?

3  **A.**    Yes.

4  **Q.**    And what were the terms of the lease, from your record?

5  **A.**    Month-to-month once the year expires.  Everybody goes

6  month-to-month.

7  **Q.**    And did she continue to reside in that apartment

8  month-to-month --

9  **A.**    Yes.

10  **Q.**    -- after that?

11  **A.**    Yes.

12  **Q.**    And what was the date on which she moved out of that

13  residence?

14  **A.**    Um, I believe it was May, but there's another --

15  **Q.**    -- I'm going to show you --

16  **A.**    -- document.

17  **Q.**    I have another document I'll show you  that's marked as

18  Government's Exhibit 24.  It was also shown to the defense.

19        MS. HERTZFELD:  May I approach, Your Honor?

20        THE COURT:  You may.

21  BY MS. HERTZFELD:

22  **Q.**    Let me show you what's marked as Government's Exhibit 24.

23  Do you recognize what that is?

24  **A.**    Yes.

25  **Q.**    And what is it?

1   A.     It's a deposit reduction form that we process when we

2   move somebody out of the system.

3   Q.     And does looking at Government's Exhibit 24 refresh your

4   recollection as to the move out date --

5   A.     Yes.

6   Q.     -- of Joyce Asiamah?

7   A.     Yes.  Her move out date was May 30th -- may 31st, 2012.

8   Q.     All right.  And as part of the lease terms, were there

9   children associated with Joyce Asiamah that were included on the

10  lease agreement?

11  A.     Based on the lease, there were.

12  Q.     And who were the children that were associated with that?

13  A.     Um --

14  Q.     You can just tell us their first names.

15  A.     Jaden and Janika.

16  Q.     No further questions, Your Honor.

17         THE COURT:  Thank you.  Ms. Slaight, any

18  cross-examination?

19                  CROSS-EXAMINATION OF TAMIKA DAVIS

20  BY MS. SLAIGHT:

21  Q.     Now, the name Charlie, Charles Hillie, was not on the

22  lease agreement; is that right?

23  A.     Correct.

24  Q.     Pardon?

25  A.     Correct.

1          MS. SLAIGHT:  I have no further questions.

2          THE COURT:  All right.

3          MS. HERTZFELD:  Just one brief in redirect.

4                 REDIRECT EXAMINATION OF TAMIKA DAVIS

5    MS. HERTZFELD:

6    Q.    Are you aware of whether or not anyone else was living in

7    that apartment, other than the leaseholder?

8    A.    No, I'm not.

9    Q.    Is there any way that Washington View Apartments sort of

10   monitors whether or not there's someone living in an apartment

11   that's not on the lease?

12   A.    We do have a policy that the only people that can live in

13   the apartment are those who are on the lease, but that doesn't

14   stop people from moving people in and out of the apartments.  We

15   normally find out when it's a lease violation issue or something

16   like that.

17   Q.    But if that doesn't happen, is there a way for you to

18   know?

19   A.    No.

20          MS. HERTZFELD:  No further questions.

21          THE COURT:  All right.  You may step down.  Thank you.

22          THE WITNESS:  Thank you.

23          THE COURT:  Mr. Okocha, does the government have another

24   witness.

25          MR. OKOCHA:  Yes, Your Honor.  The government will be

1    calling Janika.

2          THE COURT:  All right.  You may have her come forward.

3          THE COURT:  Good morning.  You may come right to the stand

4    here.  And before you sit down, we'll have you raise your right

5    hand to be sworn, all right.

6          (JANIKA ASIAMAH, GOVERNMENT'S WITNESS, SWORN.)

7          THE COURT:  All right.  You may have a seat.  And when

8    you're asked questions, if you could speak right into the

9    microphone, that would be great, all right.

10         THE WITNESS:  Okay.

11         THE COURT:  Thank you.

12         DIRECT EXAMINATION OF JANIKA ASIAMAH

13   BY MR. OKOCHA:

14   **Q.**    Good morning.

15   **A.**    Good morning.

16   **Q.**    Could you please share with us your name and spell it for

17   the record.

18   **A.**    Janika Asiamah.  J-A-N-I-K-A, A-S-I-A-M-A-H.

19   **Q.**    And Janika, how old are you?

20   **A.**    21.

21   **Q.**    And when's your birthday?

22   **A.**    February 4th.

23   **Q.**    What's the year of your birthday?

24   **A.**    1997.

25   **Q.**    And where are you currently living?  You don't have to

1  tell us the address, but just the city location.

2  **A.**    Oh, in Maryland.

3  **Q.**    Okay.  Now, are you currently in school, working, or in

4  training?

5  **A.**    Yes.  I'm in my job readiness training.  I'm a medical

6  administrator.

7  **Q.**    Okay.  You said job readiness training?

8  **A.**    Yes.

9  **Q.**    What's involved with job readiness training?  What's

10 involved in that?

11     THE COURT:  I'm sorry, I'm not hearing the question.

12 What's involved with?

13 BY MR. OKOCHA:

14 **Q.**    What's involved with your job readiness training?  What

15 do you do with that?

16 **A.**    They basically just teach me, like, interview skills,

17 just to prepare, like, for a job.

18 **Q.**    Okay.  Did you have a recent graduation ceremony

19 associated with that?

20 **A.**    Yes.

21 **Q.**    And when did that happen?

22 **A.**    I can't remember the date.

23 **Q.**    Okay.  That's fine.  But you're still involved in that

24 training in different aspects; is that correct?

25 **A.**    Yes.

```
 1   Q.     Okay.  Now, I want to talk a little bit about your
 2   family, all right.
 3   A.     Okay.
 4   Q.     Can you tell us, what's your mother's name?
 5   A.     Joyce.
 6   Q.     Okay.  And how about your father's name?
 7   A.     Christopher.
 8   Q.     And how would you describe your relationship with your
 9   father?  Are the two of you close?
10   A.     No.
11   Q.     And growing up, who did you live with?
12   A.     My mom.
13   Q.     Do you recall the first place you lived with your mother?
14   A.     Yes.
15   Q.     What was the address of that location?
16   A.     29 46th Place.
17   Q.     Do you remember the quadrant?  Do you remember what -- if
18   it was northeast, southeast?
19   A.     Oh, northeast.
20   Q.     And do you remember the city it was in?
21   A.     D.C.
22   Q.     Okay.  And when you were growing up living at 29 46th
23   Place in Washington, D.C. who was living in the residence with
24   you?
25   A.     Me, my mom, me, Mr. Charlie, and Jaden.
```

**Q.**     Okay.  And who's Jaden?

**A.**     My sister.

**Q.**     Okay.  And how much older are you than Jaden?

**A.**     I'm five years.

**Q.**     Okay.  Now, how long were you living at 29 46th Place --
or better yet, how old were you when you moved out of 29 46th
Place?

**A.**     Well, I was in the fourth grade.

**Q.**     You were in the fourth grade?  Okay.  And where did you
move to after moving out of that residence?

**A.**     2645 Douglas Road.

**Q.**     Okay.  And when you moved to 2645 Douglas Road, who moved
there with you?

**A.**     My mom, me, Jaden and Mr. Charlie.

**Q.**     And do you recall the apartment number of that address?

**A.**     301.

**Q.**     Okay.  And when you were living there, did you have an
addition to your family?

**A.**     Yes.

**Q.**     Who was that?

**A.**     My little sister Kamaria.

**Q.**     Okay.  Now -- Court's indulgence.  I would like to show
the witness Government's Exhibit 2A.  I'm showing you what's
marked as Government's Exhibit 2A.  Can you take a look at this
exhibit?

1    **A.**     Yes.

2    **Q.**     And does this look at all like your home at Douglas Road?

3    **A.**     Yes.

4    **Q.**     Okay.  Now, can you tell us, at -- in Government's

5    Exhibit 2A, do you see where you slept, which bedroom?

6    **A.**     Yes.

7    **Q.**     And just for the record, could we have the witness mark

8    in Government's Exhibit 2A where you slept?

9          THE COURT:  You can use your finger and just put a mark --

10   what kind of mark would you like her to use?

11         MR. OKOCHA:  Can you put an X?

12         THE WITNESS:  (Indicating).

13         THE COURT:  Thank you.

14   BY MR. OKOCHA:

15   **Q.**     Thank you.  And can you tell us who slept in that bedroom

16   with you, if anybody?

17   **A.**     Yes.

18   **Q.**     Who slept in that bedroom with you?

19   **A.**     Me and my sisters.

20   **Q.**     Okay.  That was Jaden and Kamaria?

21   **A.**     Yes.

22   **Q.**     Okay.  And could you put a circle in the room where your

23   mother slept?

24   **A.**     (Indicating).

25   **Q.**     Anybody else sleep in that bedroom with you -- with her?

1    **A.**     Yes.

2    **Q.**     Who slept in that bedroom with her?

3    **A.**     Mr. Charlie.

4    **Q.**     Okay.  And you made a reference to Mr. Charlie.  Do you

5    see Mr. Charlie here in the courtroom?

6    **A.**     Yes.

7    **Q.**     Can you point him out and describe what he's wearing?

8    Just point to him.

9    **A.**     He's right over there.

10   **Q.**     Can you tell us just one item of clothing that he has on?

11   **A.**     I'm sorry?

12   **Q.**     Can you tell us just one item of clothing that he has on?

13   **A.**     It's a black Blazer.

14        MR. OKOCHA:  Thank you.  Your Honor, let the record

15   reflect an in-court identification of the defendant by the

16   witness.

17        THE COURT:  It will so reflect.

18   BY MR. OKOCHA:

19   **Q.**     All right.  Now, you made reference to Mr. Charlie.  What

20   was your relationship with Mr. Charlie growing up?

21   **A.**     Um, it was good at first.

22   **Q.**     Okay.  Did that relationship change?

23        MS. SLAIGHT:  Objection, Your Honor.  I could not hear the

24   witness.

25        THE COURT:  Could you speak just a little louder.  We'll

```
 1   have the court reporter read back the last answer from the last
 2   question.
 3           THE COURT REPORTER:  Just the answer?
 4           THE COURT:  Yes, please.
 5           (Court reporter read back last answer as requested.)
 6   BY MR. OKOCHA:
 7   Q.    Okay.  And when you were growing up at first with
 8   Mr. Charlie, what type of things did he do for you?
 9   A.    Um, I mean, take us like back and forth to school, um,
10   took us to the haunted house for, like, Halloween, and --
11   Q.    And did he ever watch you when you were growing up at
12   all?
13   A.    Yes.
14   Q.    Okay.  Now, how was your relationship like with Kamaria
15   growing up?
16   A.    Good.
17   Q.    It was good.  Were the two of you close, you and Kamaria?
18   A.    I mean, yes, that's my little sister.
19   Q.    Did you ever take care of Kamaria?
20   A.    I mean, yeah, I watched after her, yeah.
21   Q.    Okay.  Now, was there a point in time when your
22   relationship with Mr. Hillie changed?
23   A.    Yes.
24   Q.    Do you recall how it changed?  What happened?  What was
25   different?
```

1   **A.**     Can you rephrase that, please?

2   **Q.**     Sure.  No problem.  You had told us a moment ago that

3   your relationship with Charlie was good.

4   **A.**     Yes.

5   **Q.**     But then you said that there was a time when it changed.

6   In what way did the relationship change from being good?  What

7   was it?  As opposed to being good, was it bad, was it something

8   else?

9           MS. SLAIGHT:  Objection.

10          THE COURT:  What else happened, if anything, in the

11   relationship?

12          THE WITNESS:  Like, he started touching me, so that's bad.

13   BY MR. OKOCHA:

14   **Q.**     Okay.  Do you recall approximately when that happened?

15   **A.**     It start when I was living at 2645 Douglas Road.

16   **Q.**     Okay.  And do you recall approximately how old you were

17   or what grade you might have been in when it started?

18   **A.**     I was in the fifth grade.

19   **Q.**     And you said he started touching you.  Did this happen on

20   more than one occasion?

21   **A.**     Yes.

22   **Q.**     And was there any other activity associated with his

23   behavior that was bad?  Anything besides touching that he was

24   doing to you or anything else in addition to touching that he

25   was doing to you?

1    **A.**     As far as like the videos and stuff?

2    **Q.**     That would be one thing, yes.  And besides videos and

3    touching, was there other types of behavior that made you

4    uncomfortable that he was doing to you?

5    **A.**     Oh, yes.

6    **Q.**     And how often would you say that this type of behavior,

7    the touching, would occur?

8    **A.**     Um, I mean, I would say it was often.  It wasn't every

9    day.

10   **Q.**     Okay.  Was it once a week, once a month, something else?

11   **A.**     I'm not sure about that.

12   **Q.**     Okay.

13   **A.**     I can't tell you whether it was once a month or once a

14   week.

15   **Q.**     But you're saying it was often?

16   **A.**     Yes.

17   **Q.**     Okay.  Do you remember the first time Mr. Charlie touched

18   you?

19   **A.**     Yes.

20   **Q.**     And what grade were you in or how old were you the first

21   time he touched you?

22   **A.**     I was in the fifth grade.

23   **Q.**     And can you tell us, where were you when it happened?

24   **A.**     Yes.  I was at 2645 Douglas Road Southeast.  Um, I was in

25   the kitchen.

1   **Q.**    And how did it begin?

2   **A.**    I can't remember what I was cooking, but I know that I

3   was in the kitchen and he was standing beside the refrigerator

4   and he was talking to me.

5   **Q.**    Do you recall what was being said?

6   **A.**    No.

7   **Q.**    And after he started talking to you, what happened next?

8   **A.**    And then he just came over and he looked inside of my

9   pants and then he rubbed on my butt.

10  **Q.**    You said he looked inside of your pants.  How did he do

11  that?

12  **A.**    He just opened the back of my pants.

13  **Q.**    And what did he use to open the bottom [sic] of your

14  pants?

15  **A.**    His hand.

16  **Q.**    Okay.  And after he opened the bottom of your pants, you

17  said he looked inside of it?

18  **A.**    Um-hmm.

19  **Q.**    What did he do after that?

20  **A.**    I mean, he just closed it.  He just let it go.

21  **Q.**    Okay.  Did he touch you at all?

22  **A.**    Yes.

23        MS. SLAIGHT:  Objection, leading.

24        THE WITNESS:  I'm sorry?

25        THE COURT:  Overruled.  You can answer the question.  Do

1    you want to repeat the question?

2    BY MR. OKOCHA:

3    **Q.**    Yes.  Did he touch you at all?

4    **A.**    Yes.

5    **Q.**    Where did he touch you?

6    **A.**    On my butt.

7    **Q.**    Was this while the pants were open or after they were

8    open?

9    **A.**    No, they were closed.

10   **Q.**    Okay.  And how did he do that?  One hand, two hands?

11   **A.**    I can't -- I cannot recall if it was one hand or two

12   hands.

13   **Q.**    Did he use his hands?

14   **A.**    Yes.

15   **Q.**    And do you recall, if you can recall, what side of your

16   butt he touched you on?

17   **A.**    No, I cannot recall.

18   **Q.**    And do you remember if it was -- what he did with his

19   hand when he touched your butt, if anything?

20   **A.**    No.

21   **Q.**    Okay.  After he touched your butt, what did you do?

22   **A.**    I didn't do anything at that moment.  I just froze.  I

23   didn't say anything or anything.

24   **Q.**    Did he say anything when he touched your butt?

25   **A.**    No.

1    **Q.**    How did it make you feel?

2    **A.**    Weird.

3    **Q.**    Now, do you remember an additional time when there was a

4    touching by Mr. Hillie?

5    **A.**    Yes.

6    **Q.**    And if you can, do you remember a subsequent time, the

7    next time that it happened?

8    **A.**    Yes.

9    **Q.**    Where did that occur?

10   **A.**    At 2645 Douglas Road Southeast.

11   **Q.**    And do you recall how old you were or what grade you

12   might have been in?

13   **A.**    I'm not sure if I was in the fifth or if I was going to

14   the sixth.

15   **Q.**    Okay.  So some time between the fifth or the sixth grade?

16   **A.**    Yes.

17   **Q.**    And do you recall where in the Douglas Road apartment

18   that it occurred?

19   **A.**    Yes.

20   **Q.**    Where was that?

21   **A.**    In the dining room area by the microwave.

22   **Q.**    And how did that occur?  What happened?  How did it

23   start?

24   **A.**    I mean, it started -- I was making noodles on that day.

25   He came in -- I mean, he was drinking.  I tried to, like, kind

1    of hurry up and go in the room.

2    **Q.**    Did you observe him drinking?

3    **A.**    I'm sorry?

4    **Q.**    Did you see him drinking alcohol?

5    **A.**    No, I smelled it.

6    **Q.**    Okay.  And you said you hurried up and tried to do what?

7    **A.**    Get my noodles and go in the room.

8    **Q.**    What happened after you tried to get your noodles and go

9    in the room?

10   **A.**    He grabbed my arm.

11        MS. SLAIGHT:  Your Honor, objection.  I'm having trouble

12   hearing the witness.  If the parties could speak up.

13        THE COURT:  Maybe let me have you back up just a little

14   bit from the microphone and see if you can project and not be

15   right in it.  Let's see if this will help, all right.  Go ahead.

16   BY MR. OKOCHA:

17   **Q.**    Now, Janika, you said a moment ago that you tried to get

18   away from him.  What was the reason why you tried to get away

19   from him?

20   **A.**    Because I already knew what was going to happen.

21   **Q.**    Okay.  And you said you knew what was going to happen.

22   Can you be a little more specific?  What did you know was going

23   to happen?

24   **A.**    I knew that he was going to try something.

25   **Q.**    Okay.  And what made you think that?

1   **A.**      Because it happened before.

2   **Q.**      So, when you tried to go away, you said he grabbed you?

3   **A.**      Yes.

4   **Q.**      Where did he grab you specifically?

5   **A.**      On my arm.

6   **Q.**      And what did he use to grab you?

7   **A.**      His hand.

8   **Q.**      And after he grabbed you with his hand, what did he do

9   next?

10  **A.**      He just grabbed me, started rubbing on my breasts and on

11  my vagina.

12  **Q.**      And did he continue?

13  **A.**      Yes.

14  **Q.**      You said he grabbed you on your breast.  Was it with the

15  same hand he grabbed you with initially or a different hand?

16  **A.**      I cannot recall that.

17  **Q.**      Okay.  And you said he grabbed you on your vagina as

18  well?

19  **A.**      Rubbed on my vagina.

20  **Q.**      Rubbed on your vagina.  I'm sorry.  And can you tell us a

21  little bit more about that.  What happened when he rubbed on

22  your vagina?

23  **A.**      And then that's when he put his fingers inside.

24  **Q.**      And I know this might be uncomfortable to talk about, but

25  I just need a little bit more detail.

1          MS. SLAIGHT:  Your Honor, I'm having trouble hearing the

2     government.

3          THE WITNESS:  I'm sorry?

4          THE COURT:  Mr. Okocha, move your microphone up a little

5     bit.  You're tall, so sometimes it doesn't quite catch.

6          MR. OKOCHA:  Yes, Your Honor.

7          THE COURT:  So, you were saying.

8          MR. OKOCHA:  I was saying, Your Honor, that I know this

9     may be difficult to talk about, but I have to ask a couple more

10    details.  Okay, Janika?

11         THE WITNESS:  Okay.

12    BY MR. OKOCHA:

13    **Q.**    Now, were you wearing any clothing when he touched you?

14    **A.**    Yes.

15    **Q.**    Were you wearing any pants?

16    **A.**    Yes.

17    **Q.**    What happened to the pants when he was putting his

18    fingers inside of you?

19    **A.**    They went inside as well.

20    **Q.**    And how did you feel about this?

21    **A.**    I was in a hurry, and it was uncomfortable.

22    **Q.**    What did you do after he did that?

23    **A.**    I went in my room.

24    **Q.**    Did he say anything while he was doing this?

25    **A.**    No.

```
 1   Q.     Now, after this incident or after even the incident
 2   before, did you talk to your mom about what Charles --
 3          MS. SLAIGHT:  Objection, leading.
 4          THE COURT:  Overruled.
 5   BY MR. OKOCHA:
 6   Q.     Did you talk to your mom about what Charles Hillie did to
 7   you?
 8   A.     Yes.
 9   Q.     Okay.  Let's start with the first incident.  Did you talk
10   to your mom after that?
11   A.     Yes.
12   Q.     And do you recall approximately when it was that you
13   talked to your mom after that?
14   A.     I told her later that night -- well, later that day.
15   Q.     And when you talked to your mom, do you remember where
16   she was when you talked to her about it?
17   A.     She was in her room.
18   Q.     Okay.  And how did that conversation go with your mother?
19   A.     Um, it didn't go well.
20   Q.     Can you tell us a little bit more details.  What did you
21   tell her specifically?
22   A.     I told her what happened.
23   Q.     And what --
24   A.     I told her that Mr. Charlie touched me, and she asked me
25   "where?"
```

```
 1    Q.    And how did she ask you "where?"  What was her tone like?

 2    A.    She was yelling.

 3    Q.    And how did you feel about her yelling at you after this

 4    incident?

 5    A.    I felt like she didn't believe me.

 6    Q.    And what happened after she was yelling at you "where"?

 7    What was the next thing she said or did?

 8    A.    After that, I just remember her talking to him when he

 9    came in and she told me that he was sorry.

10    Q.    How did you feel about --

11          THE COURT:  I'm sorry, can you say that last sentence

12    again?  She told you that he --

13          THE WITNESS:  That he was sorry.

14          THE COURT:  Thank you.

15    BY MR. OKOCHA:

16    Q.    And after she told you that he was sorry, what did you --

17    how did you feel about that?

18    A.    Um, I felt betrayed more than anything.

19    Q.    By whom?

20    A.    By my mother.

21    Q.    And why is that?

22    A.    Because she always told me to come to her if something

23    like that happened, so I didn't expect that reaction.

24    Q.    What were you expecting that your mother would do?

25    A.    I expected her to kick him out.
```

1   **Q.**    And then you told us about this second incident that

2   happened with him being drunk and putting his hands on your

3   vagina and inside of it.  Did you talk to your mom after that

4   incident, if you can recall?

5   **A.**    I don't recall.

6   **Q.**    Okay.  Now, do you remember an additional time, a third

7   time where the defendant had touched you?

8   **A.**    Yes.

9   **Q.**    And specifically in Douglas Road, the Douglas Road

10  apartments?

11  **A.**    Yes.

12  **Q.**    And do you remember how that happened, this third time?

13  **A.**    Yes.

14  **Q.**    Okay.  What was happening when he touched you?

15  **A.**    I was in the shower.

16  **Q.**    Okay.  And when you were in the shower, was there anybody

17  else in the shower with you -- or in the bathroom with you?

18  **A.**    No, I was me by myself at first.

19  **Q.**    Okay.  And then what happened?

20  **A.**    And then Mr. Charlie came in and pulled back the curtain.

21  **Q.**    Okay.  And did you hear him come in at all?

22  **A.**    Yes.

23  **Q.**    When you heard him come in, what was your reaction?

24  **A.**    It was really nothing.  I just froze at that time.

25  **Q.**    Okay.  Did you hear him enter the bathroom before he

1  pulled back the shower at all?

2  **A.**     Yes.

3  **Q.**     And what was your reaction when you heard him go into the

4  bathroom?  Did you look to see who it was?

5  **A.**     Yes.

6  **Q.**     Okay.  And then after you looked to see who it was, what

7  happened next?

8  **A.**     I mean, the bathroom is small, so by then he already

9  opened the curtain.

10  **Q.**     Okay.  And what did he do after he opened the curtain?

11  **A.**     He just opened the curtain and just looked.

12  **Q.**     Did he say anything?

13  **A.**     No.

14  **Q.**     What was your reaction when Mr. Charlie opened the

15  curtain and was staring at you?

16  **A.**     Well, I actually -- I stood there for like a second and

17  then I yelled for my mother.

18  **Q.**     Did he do anything after he opened the curtain and

19  started to stare at you?

20  **A.**     Yes.

21  **Q.**     What did he do?

22  **A.**     He just rubbed on my breasts.

23  **Q.**     And do you recall if he used one hand or two hands?

24  **A.**     No, I don't recall that.

25  **Q.**     Okay.  And after he rubbed on your breasts, what happened

1    next?

2    **A.**     I called for my mother and he ran out.

3    **Q.**     Now, do you remember any other times at Douglas Road

4    where he may have came into your room when you were there?

5    **A.**     Yes.

6    **Q.**     Which room would that be?

7    **A.**     It was my room.

8    **Q.**     And do you recall how many times that may have occurred?

9    **A.**     I mean, that was like -- it was more of kind of like it

10   was just -- he would just come in.  It wasn't like he would

11   knock or anything before he came in.  I could be doing anything,

12   whether I was sitting on the bed, watching TV, anything.

13   **Q.**     Okay.  And do you recall how many times or how often that

14   happened?

15   **A.**     That was all the time then.

16   **Q.**     And when he came in, would he ever ask for anything or

17   say anything to you?

18   **A.**     Sometimes, and sometimes no.

19   **Q.**     Now, were there ever any times when you saw him in your

20   bedroom when you would enter?

21   **A.**     Yes.

22   **Q.**     How often would that happen?

23   **A.**     That was -- that was often.

24   **Q.**     You said that was often?

25   **A.**     Yes.

**Q.** Do you know if -- when you say it often happened, on average, every day, once a week, once a month, something else?

**A.** No, I would say it was about every other day.

**Q.** And did he ever tell you what he was doing in your room when you walked in?

**A.** No.

**Q.** How did that make you feel to see him in your room without offering an explanation?

**A.** I just wanted to know what he was doing in the room.

**Q.** Okay. Now, were there any other things that the defendant did that made you uncomfortable in your home on Douglas Road?

**A.** Yes.

**Q.** What else did he do?

**A.** Um, I mean, there was times where he would ask me to do like certain things that I felt was uncomfortable.

**Q.** Like what type of things?

**A.** Um, there was one altercation -- well, there was one time where he told me to raise my hands in the air and just, like, shake my breasts back and forth.

**Q.** Do you recall approximately when that was that that happened?

**A.** No, I do not recall.

**Q.** Do you recall where you were living when this happened?

**A.** Yes.

**Q.**     Where were you living?

**A.**     That was at 2645 Douglas Road Southeast.

**Q.**     And when he said that to you, what was your response?
What did you do?

**A.**     At first I was like, "what, why?"  But I didn't do it.

**Q.**     What was his demeanor like when he was telling you to do
this?  What was the look on his face?

**A.**     He was just staring and licking his lips.

**Q.**     Was that the only time he would stare at you and lick his
lips?

**A.**     No.

**Q.**     How often would that occur?

**A.**     Um, that was a lot.  Um, he would just make comments
like, "You look just like your mother."

**Q.**     And how often would those comments occur?

**A.**     That was -- that was sometimes.

**Q.**     Okay.  And when you say sometimes, do you know if that
was once a month, once a year on average, if you can estimate?

**A.**     No, I cannot.

**Q.**     Okay.  Now, with regard to these other incidences that
were making you uncomfortable, did you ever talk to your mom
about those incidences?

**A.**     No.

**Q.**     Why not?

**A.**     Um, she didn't do nothing about it before.

1    Q.    Okay.  You said she didn't do anything about it before?

2    A.    No.

3    Q.    So, what did you think was going to happen if you were to

4    tell her again?

5    A.    The same thing.

6    Q.    That she wouldn't do anything?

7    A.    No.  Yeah, she wouldn't do anything or it would be some

8    type of excuse.

9    Q.    Now, at 2645 Douglas Road, did you ever notice anything

10   on the computer that made you uncomfortable?

11   A.    Yes.

12   Q.    Can you tell us approximately, if you can recall, when it

13   was that you noticed this thing on the computer at 2645 Douglas

14   Road?

15   A.    It was my ninth grade year.

16   Q.    Ninth grade year.  And what were you doing -- or who was

17   with you when you noticed this?

18   A.    My aunt Jennifer.

19   Q.    And where were you when you were on the computer?

20   A.    In the living room.

21   Q.    Okay.  And this computer, what did it look like?

22   A.    It was pink.  It's a pink laptop.

23   Q.    Okay.

24         MR. OKOCHA:  I'd like to show the witness what's marked as

25   Government's Exhibit 13A.

1          Showing the witness what's marked as Government's

2     Exhibit 13A, do you recognize what's in Government's Exhibit 13A.

3          THE WITNESS:  Yes.

4     BY MR. OKOCHA:

5     **Q.**     What is that?

6     **A.**     It's the laptop.

7     **Q.**     Was this the same laptop that you had observed -- that

8     you had used -- you observed the photographs on?

9     **A.**     Yes.

10    **Q.**     Now, when you were on the laptop with your aunt Jennifer,

11    what were you doing?

12    **A.**     Well, at first I was on Limewire.

13    **Q.**     What's Limewire?

14    **A.**     Something we used to download music on.

15    **Q.**     Okay.  And whose profile were you using to access

16    Limewire?

17    **A.**     I was on Mr. Charlie's.

18    **Q.**     And why were you on Mr. Charlie's profile?

19    **A.**     Because my profile didn't have Limewire.

20    **Q.**     And why was that?  Why couldn't you have it on your

21    profile?

22         MS. SLAIGHT:  I'm sorry, Your Honor, I could not hear the

23    witness.  I could not hear the witness.

24         THE COURT:  Can you -- let's have the court reporter read

25    back the last sentence, please -- the answer.

1          (Thereupon, the court reporter read back the last answer

2    as requested.)

3          THE COURT:  And again, if you could maybe just back up a

4    little bit and see if you can reach it with your voice.  All

5    right.  Thank you.

6    BY MR. OKOCHA:

7    **Q.**     Sure.  And I believe my last question was, why didn't

8    your profile have Limewire?

9    **A.**     Because my mom wouldn't let us.

10   **Q.**     Okay.  Certain restrictions on your profile?

11   **A.**     Yes.

12   **Q.**     Now, you were on there downloading music.  What did you

13   do after you started downloading music?

14   **A.**     We started going through the pictures.

15   **Q.**     Why was that?

16   **A.**     Because I seen -- I just seen some pictures of us.  It

17   was like regular family pictures at first.

18   **Q.**     Okay.  You said at first it was regular family pictures?

19   **A.**     Yes.

20   **Q.**     Did that change?

21   **A.**     Yes.

22   **Q.**     What did you notice?

23   **A.**     I seen a picture of me in my underwear.

24   **Q.**     How many pictures of yourself did you see?

25   **A.**     I seen two.

1    Q.    Do you recall where you were or -- where you were in the

2    picture?

3    A.    Yes.

4    Q.    And where were you in the picture?

5    A.    I was in my room.

6    Q.    And what were you doing when you were in your underwear,

7    if you can recall?

8    A.    I was putting my underwear on in one of the pictures and

9    then in the other pictures I had them on.

10   Q.    Okay.  And do you recall the angle from which the

11   photograph was taken from?  Was it taken from the wall, the

12   door, a different place?

13   A.    I'm not really sure where the angle was, but I know from

14   the way that I was facing, it had to be either from the door or

15   the bookcase -- the bookshelf.

16   Q.    And can you tell us, do you know how old you were

17   approximately in the photograph?

18   A.    I believe I was in the ninth grade.

19           THE COURT:  I'm sorry, what grade?

20           THE WITNESS:  In the ninth.

21           THE COURT:  In the ninth.

22   BY MR. OKOCHA:

23   Q.    Okay.  And when you were reviewing it, you were also in

24   the ninth grade; is that correct?

25   A.    Yes.

1   Q.    Alrighty.  Now, did you tell your mom at all about what
2   you observed?
3   A.    Yes.
4   Q.    And when you told your mom, when did that happen?  When
5   did you tell your mom?
6   A.    I told her after I seen the pictures.  I told her
7   actually the next day.
8   Q.    Okay.  And when you told your mother, what was her
9   reaction?
10  A.    She went and grabbed the laptop.
11  Q.    And what did she do when she grabbed the laptop?
12  A.    And she just started looking through it.
13  Q.    Did she notice anything or observe anything?
14  A.    Um, no.  She told me she didn't see anything.
15  Q.    Was there anybody else there with you when she was going
16  through the laptop?
17  A.    Yes.
18  Q.    Who was with you?
19  A.    Mr. Charlie was sitting on the couch and my aunt
20  Jennifer.
21  Q.    Did you talk to Mr. Charlie at all when your mom was
22  going through the laptop?
23  A.    Yes.
24  Q.    What did you say to him?
25  A.    I just asked him why did he do it?

1   Q.    What was your demeanor like when you were talking to him?

2   A.    I was upset.

3   Q.    Okay.  And when you spoke with him, how did he respond?

4   A.    He said that I am not his seed, so why should he care.

5         THE COURT REPORTER:  I'm sorry?

6         THE WITNESS:  I am not his seed, so why should he care.

7   BY MR. OKOCHA:

8   Q.    What did you take that to mean, "I am not his seed"?

9   A.    I'm not his child.

10  Q.    Now, with all that was happening at Douglas Road, the

11  touching, the barging into your room, him telling you to do

12  things while licking his lips, how did that affect you?

13  A.    I never felt comfortable in my home.

14  Q.    And how was your school doing?  How were you doing at

15  school?  How were your grades?

16  A.    My ninth grade year, my grades were still good.

17  Q.    Okay.  At some point in time later, did your grades

18  suffer?

19  A.    Yes.

20  Q.    In relationship to what was happening with Mr. Charlie?

21  A.    Yes.

22  Q.    And did you ever change your behavior at all?

23  A.    Yes.

24  Q.    How did you do that?

25  A.    Um, I isolated myself, I stayed in my room, I wore big

1   clothes.

2   Q.    You said you wore big clothes?

3   A.    Yes.

4   Q.    And why did you wear big clothes?

5   A.    Just to, like, make sure, like, that it wasn't me trying

6   to, like, make him feel like that's what I wanted him to do.

7   Q.    Now, did you ever talk to your little sister --

8         MR. OKOCHA:  Your Honor, may I take a break and just give

9   her some --

10        THE COURT:  Yes.

11        THE WITNESS:  I don't need this.

12  BY MR. OKOCHA:

13  Q.    Are you okay?

14  A.    Yes, I'm okay.

15  Q.    Did you ever talk to your sister about what was happening

16  with you with the abuse and Charlie?

17  A.    No.

18  Q.    Did she ever talk to you about it?

19  A.    Yes.

20  Q.    Do you remember how it started, how it started that you

21  had a conversation with her about any abuse that may have been

22  happening to her?

23  A.    She started sleeping in my room.

24  Q.    Do you recall when it was that she started sleeping in

25  your room?

1    **A.**     I just know that I was living at 2323 Good Hope Court.

2    **Q.**     And when did the family, approximately, if you can

3    recall, move to 2323 Good Hope Court?

4    **A.**     I believe it was going on my tenth grade year.

5    **Q.**     Your tenth grade year?  Okay.  Now, you said she started

6    sleeping in your room.  Where was she sleeping in your room?

7    **A.**     On the floor.

8    **Q.**     And when you saw her sleeping on the floor, what did you

9    do?

10   **A.**     I told her she needed to go back in her room and clean up

11   her room.

12   **Q.**     And why did you tell her she needed to clean up her room?

13   **A.**     Because her room was junkie.

14   **Q.**     And why did you think she was sleeping on your floor?

15   **A.**     Because she didn't want to clean it up.

16   **Q.**     Was that the case or was there another reason?

17   **A.**     There was another reason.

18   **Q.**     And did you find out the reason why she was sleeping on

19   your floor?

20   **A.**     Yes.

21   **Q.**     What was that reason?

22   **A.**     She told me that Mr. Charlie was coming in there and

23   touching her while she was laying down.

24   **Q.**     And what was your reaction?  What did you do when she

25   told you that?

1  **A.**     I was angry.  I was upset, and I told her to go and tell

2  my mother.

3  **Q.**     Now, did you observe her go tell your mother?

4  **A.**     No.

5  **Q.**     Now, was that the only time you told Jaden to tell your

6  mom about any abuse she may have had?

7  **A.**     No.

8  **Q.**     Do you recall the second time that might have happened or

9  the next time that might have happened?

10  **A.**     Yes.

11  **Q.**     And where were you living when that occurred?

12  **A.**     2323 Good Hope Court.

13  **Q.**     And what started the situation that necessitated you

14  telling her to go tell your mother -- tell your mother that

15  something was going on in the home?

16  **A.**     My aunt Jennifer told me that Jaden came to her and told

17  her that Mr. Charlie told her to touch his penis.

18         THE COURT:  Let me have you approach.

19         (Following sidebar discussion had on the record:)

20         THE COURT:  If you could sit in that chair down there.

21  Thank you.

22         MR. OKOCHA:  I didn't expect that response.

23         THE COURT:  So how do we cure it?

24         MS. SLAIGHT:  Your Honor, I couldn't hear the response.

25  What was it?

1        THE COURT:  Hold on one second.  I'll read it to you.  The

2   question was, "And where were you living when that occurred?

3   2323 Good Hope Court.  And what started this situation that

4   necessitated you telling her to go tell your mother that

5   something was going on in the home?  My aunt Jennifer told me

6   that Jaden came to her and told her that Mr. Charlie told her to

7   touch his penis."

8        MR. OKOCHA:  And I still think, Your Honor, that that --

9   the purpose of the question and the purpose of the answer was for

10  the effect on the listener to ask what Janika did next after she

11  heard about the report of abuse.  So I still -- the reason behind

12  the question was to show what Janika did and that was to

13  encourage Jaden to go tell her mother.

14       THE COURT:  I understand, but we now have, like, several

15  third party discussions that I'm trying to understand how to

16  instruct the jury related to the effect on the listener given

17  someone telling someone else something else that led to this

18  scenario, and it's concerning to me.

19       MS. HERTZFELD:  I think Your Honor can give a similar

20  instruction that you gave previously just saying that to the

21  extent that the jury has heard testimony about what was told to

22  anyone by a third party, that testimony isn't offered for the

23  truth of that statement.  The contents of that statement was

24  offered so the jury can evaluate how the listener, Janika,

25  responded, something like that.

1          THE COURT:  All right.

2          MS. HERTZFELD:  I think Your Honor can give an

3     instruction.

4          THE COURT:  Ms. Slaight.

5          MS. SLAIGHT:  I move to strike it.  The testimony was that

6     Jennifer told her that Jaden had told Jennifer?

7          THE COURT:  I'm trying to find it again.  Yes, her aunt

8     Jennifer told her that Jaden had come to Jennifer and told

9     Jennifer that Mr. Charlie had told Jaden to touch his penis.

10         MS. SLAIGHT:  Had what?

11         THE COURT:  Had told Jaden to touch his penis.  So, in

12    other words, she heard from Jennifer that Jaden had told her

13    about the penis incident.

14         MS. SLAIGHT:  At a minimum, I would ask for a mistrial.

15    Jennifer isn't here.  In the alternative, I would move to strike

16    the answer because --

17         THE COURT:  I'm not going to grant a mistrial.  I'm going

18    to strike the answer and have you ask her in a similar way, as

19    you did with Aunt Josephine when you said "don't tell me about

20    things that people stated, just tell me how you reacted, what you

21    observed" and that sort of thing.  I'm going to strike the last

22    answer about statements that had been previously made and I'll

23    just say it generally like that.

24         MR. OKOCHA:  No problem, Your Honor.

25         THE COURT:  Okay.

1          (Sidebar discussion concluded.)

2          THE COURT:  You can come forward.  Ladies and gentlemen,

3     the last answer about statements that had been previously made to

4     various people is going to be stricken from the record.  You may

5     not consider it.  Mr. Okocha.

6          MR. OKOCHA:  Thank you, Your Honor.

7     BY MR. OKOCHA:

8     **Q.**    Now, Janika, without telling us what other people may

9     have said to you regarding what was happening in the home, can

10    you tell us specifically what you did after speaking with

11    Jennifer without telling us what Jennifer said?

12    **A.**    Oh, yes.  I just told her to go tell my mom.

13    **Q.**    Okay.  And did any of the people that were there tell

14    your mom?

15    **A.**    Yes.

16    **Q.**    Okay.  And before we go into that question, who was all

17    in the home when this was happening?

18    **A.**    Me, my cousin Jazmine, my aunt Jennifer, my mom,

19    Mr. Charlie.

20    **Q.**    And just to be clear, we're still at 2323 Good Hope

21    Court; is that correct?

22    **A.**    Yes.

23    **Q.**    And where are you when you are speaking to Jennifer?

24    **A.**    Um, like in my room.

25    **Q.**    Okay.  Where is Jaden?

1    **A.**      I cannot even recall.

2    **Q.**      Okay.  Okay.  Now, what happened after you told her to go

3    tell your mother?

4    **A.**      She went in the room.

5    **Q.**      Who went into the room?

6    **A.**      Jaden.

7    **Q.**      And where did Jaden -- who's room did Jaden go into?

8    **A.**      She went into my mom's room.

9    **Q.**      And when she went into your mom's room, did you hear

10   anything?

11   **A.**      Yes.

12   **Q.**      What did you hear?

13   **A.**      I heard Mr. Charlie say "Stop lying, don't lie on me."

14   **Q.**      You heard Mr. Charlie say "Stop lying, don't lie on me"?

15   **A.**      Yes, and then I heard -- and then I just heard like a big

16   boom.

17   **Q.**      What did you do after you heard that big boom?

18   **A.**      I came running.  I heard my sister screaming.

19   **Q.**      Okay.  And where did you go running to?

20   **A.**      I went running into the room.

21   **Q.**      Whose room was that?

22   **A.**      My mom's.

23   **Q.**      And where did you hear the screaming come from?

24   **A.**      Coming from out of her room.

25   **Q.**      Your mom's room?

1  **A.**      Yes.

2  **Q.**      What you did see when you got into your mother's room?

3  **A.**      I just seen my sister on the floor holding her nose.

4  **Q.**      You saw your sister on the floor?

5  **A.**      Yes.

6  **Q.**      And what was her condition, your sister?

7  **A.**      She was just bleeding.

8  **Q.**      And this is your sister Jaden?

9  **A.**      Yes.

10 **Q.**      She was on the floor bleeding.  What did you do when you

11 saw your sister on the floor bleeding?

12 **A.**      My first reaction was to pick up a pan.

13 **Q.**      Pick up a pan?

14 **A.**      Yes.

15 **Q.**      Now, with your sister on the floor bleeding, who all --

16 who else is in the room with her?

17 **A.**      Mr. Charlie and my mother.

18 **Q.**      Where is Mr. Charlie?

19 **A.**      My mom started fighting him.

20 **Q.**      Okay.  And were they near Jaden at all?

21 **A.**      No, they were towards the bathroom.

22 **Q.**      And you said you went to pick up a pan; is that right?

23 **A.**      Yes.

24 **Q.**      What did you do with the pan?

25 **A.**      I was trying to hit him.

```
 1   Q.    Okay.  And after that, what happened next?
 2   A.    I just -- I remember calling her father.
 3   Q.    Whose father?
 4   A.    Jaden's.
 5   Q.    And without telling us what you said to your father --
 6   what you said to your father, who --
 7   A.    To her father.
 8   Q.    I'm sorry.  Without telling us what you said to Jaden's
 9   father, who came to the home, if anybody?  Did anybody come to
10   the home after this incident?
11   A.    Yes.
12   Q.    Who was that?
13   A.    My Aunt Josephine.
14   Q.    Okay.  And did anybody else come to the home?
15   A.    Then Garrick.
16   Q.    And when Garrick arrived, what did Garrick do?
17   A.    He just grabbed Jaden and found her stuff.
18   Q.    Who is Garrick again?
19   A.    Garrick is my sister's father.
20   Q.    He grabbed Jaden and some of her stuff?  And what did
21   they do?
22   A.    He just started arguing with my mother, and then they
23   left.
24   Q.    And what did Aunt Josephine do?
25   A.    She -- I don't recall what she did.  I just remember her
```

1    coming to pick up my cousins.

2    **Q.**    Now, did Jaden return to live at 2323 Good Hope Court

3    after this incident?

4    **A.**    No.

5    **Q.**    And how were things -- or actually, before we get to

6    that, after this incident happened, did anybody from the

7    authorities come to talk to you about what happened in the home?

8    **A.**    Yes.

9    **Q.**    And do you recall the police talking to you about this

10   incident?

11   **A.**    I don't recall the police talking to me.

12   **Q.**    Do you recall individuals from the Child and Family

13   Services Agency, CFSA, coming to talk to you about this

14   incident?

15   **A.**    Yes.

16   **Q.**    Now, before you talked to the Child and Family Services

17   Agency about what you observed in your home, did you talk to

18   your mother about what you observed in the home with regards to

19   Jaden?

20   **A.**    Yes.

21   **Q.**    And how did that conversation go?  What did she say to

22   you?

23   **A.**    To say that nothing happened so that we wouldn't be split

24   up.

25   **Q.**    I just want to make sure I understand that.  She said to

1    say nothing happened?

2    **A.**    She said, if you tell them what is going on, if you say

3    that it is true, that we will be taken out of the home and we'll

4    all be split up.

5    **Q.**    What did she mean by "you all"?

6    **A.**    Me, my sister, and she even said Jaden, too.

7    **Q.**    And your sister being Kamaria?

8    **A.**    Yes.

9    **Q.**    And did she say anything with regards to what she would

10   do with Mr. Charlie, how she would behave in the future with

11   regard to Mr. Charlie?

12   **A.**    She said he wasn't coming back.

13   **Q.**    And did you believe her when she told you that the family

14   would be split up if you talked to CFSA and told them what

15   happened?

16   **A.**    Yes.

17   **Q.**    And did you believe her when she told you that

18   Mr. Charlie wouldn't be coming back?

19   **A.**    I did.

20   **Q.**    Now, when this -- people from CFSA, Child and Family

21   Services Agency, came and talked to you, do you recall where you

22   were?

23   **A.**    Yes.

24   **Q.**    Where were you?

25   **A.**    I was in the living room.

1   **Q.**     And what did you tell them about what happened?

2   **A.**     I told them nothing was going on.

3   **Q.**     And when you told them about -- did they talk to you

4   about any sexual abuse that was happening or any sexual abuse

5   that was being reported by Jaden?

6   **A.**     Yes.

7   **Q.**     And what did you say with regards to the sexual abuse

8   that Jaden was reporting?

9   **A.**     I told them nothing was going on.

10  **Q.**     Okay.  Now, did the sexual abuse end after this incident

11  involving physical abuse with Jaden?

12  **A.**     No.

13  **Q.**     Do you recall the last incident of sexual abuse that

14  happened in the home?

15          MS. SLAIGHT:  Objection, Your Honor.  Can we approach?

16          THE COURT:  Yes.

17          (Following sidebar discussion had on the record:)

18          MS. SLAIGHT:  He's referring to sexual abuse.  That's a

19  legal conclusion.

20          MR. OKOCHA:  I'll rephrase the question.

21          THE COURT:  All right.

22          (Sidebar discussion concluded.)

23  BY MR. OKOCHA:

24  **Q.**     Janika, do you recall the last time Mr. Charlie touched

25  you when you were living with your mother?

1    **A.**    Yes.

2    **Q.**    Do you recall where it was that you were living the last

3    time?

4    **A.**    2323 Good Hope Court.

5    **Q.**    And do you recall approximately how old you were when

6    that happened?

7    **A.**    I was -- I was in the 11th grade.

8    **Q.**    And do you recall where you were when he touched you?

9    **A.**    I was in the kitchen.

10   **Q.**    Do you recall what you were doing when he touched you?

11   **A.**    Yes.

12   **Q.**    What were you doing?

13   **A.**    I was making chicken patties and macaroni and cheese.

14   **Q.**    And how did it begin?  How did it start, the touching?

15   What was the first thing that he did?

16   **A.**    He just came over and just rubbed me on my butt.

17   **Q.**    Did he say anything when he rubbed on your butt?

18   **A.**    No.

19   **Q.**    What was your reaction when he -- well, actually, what

20   was the nature of the rubbing?  Was it one hand, two hands?

21   **A.**    I don't recall.

22   **Q.**    And do you remember if it was over the clothes or under

23   your clothes?

24   **A.**    It was over the clothes.

25   **Q.**    And what was your reaction when he rubbed your butt?

1    **A.**      I just started yelling and cursing.

2    **Q.**      Immediately?

3    **A.**      Yes, as I was walking to my mother's room.

4    **Q.**      And while you were yelling and cursing walking to your

5    mother's room, did you talk to your mother?

6    **A.**      I was yelling.

7    **Q.**      And did you have a chance to talk to your mother about

8    what Mr. Charlie did to you?

9    **A.**      Yes.

10   **Q.**      And when you came to your mother and talked to her, what

11   was her reaction?

12   **A.**      I just remember her jumping up, kicking him out,

13   bleaching his clothes, and that was it.

14   **Q.**      And did Mr. Charlie stay out of the house?

15   **A.**      No.

16   **Q.**      Do you recall when it was that he came back to the home?

17   **A.**      I think it was about two or three weeks.

18   **Q.**      And how was it that he came back to the home?  What

19   happened?

20   **A.**      She told me he was just going to come in, take a shower,

21   and get his clothes.

22   **Q.**      Did he just come in, take a shower, and get his clothes?

23   **A.**      No.

24   **Q.**      What did he do?

25   **A.**      She made breakfast.

1    **Q.**    And did he stay after she made breakfast?

2    **A.**    Yes.

3    **Q.**    How did you feel about this?

4    **A.**    I was angry.

5    **Q.**    And what did you do?

6    **A.**    I'm sorry?

7    **Q.**    What did you do in response -- what did you do when you

8    found out that he was staying there beyond breakfast, if

9    anything?

10   **A.**    I left.

11   **Q.**    And where did you go?

12   **A.**    I went to my boyfriend's house.

13   **Q.**    Did you talk to your mom at all about your feelings about

14   Charlie -- Mr. Charlie being in the home?

15   **A.**    Yes.

16   **Q.**    Approximately when did you talk to your mom, if you can

17   recall?

18   **A.**    I'm not sure exactly.

19   **Q.**    Was it soon after you left, was it a week after, a month

20   after?  If you're still not sure, that's fine.

21   **A.**    I'm still not sure.

22   **Q.**    Okay.  But it was after you left?

23   **A.**    Yes.

24   **Q.**    And when you talked to her, how did the conversation go?

25   **A.**    She just told me to do what I got to do.

1    Q.    Did you just talk to her or report to her at all that

2    there was sexual abuse happening in the home?

3    A.    Yes.

4    Q.    And let me rephrase that.

5          MS. SLAIGHT:  Objection.

6          THE COURT:  Sustained.

7    BY MR. OKOCHA:

8    Q.    Did you report at all that he was touching you in the

9    home?

10   A.    I'm sorry?

11   Q.    Did you report at all to your mother that he was touching

12   you in the home?

13   A.    Yes.

14   Q.    What was her reaction when you told her this?

15   A.    When I told her that I was being touched?

16   Q.    Yes, over the phone when you were now at your boyfriend's

17   home.

18   A.    She just told me, um -- Well, I actually told her that I

19   wasn't coming back home unless he was out of the house, and I

20   told her that if she doesn't, I was going to press charges on

21   him.

22   Q.    Okay.  And what was her reaction to that?

23   A.    And she told me she don't care, do what I got to do.

24   Q.    Okay.  Did you say anything else?

25   A.    No.

1   **Q.**    Did she talk at all about where you would be going?

2   **A.**    No.

3   **Q.**    Did you have a conversation with her at any point in time

4   about where you would be going?

5   **A.**    Yes.

6   **Q.**    And when did that conversation occur?

7   **A.**    She called me back.  I'm not really sure when, but she

8   called me back and told me that I was going down to North

9   Carolina.

10  **Q.**    And was it after you had that conversation with her about

11  reporting Mr. Charlie?

12  **A.**    Yes.

13  **Q.**    And do you remember if it was a day, a week, a month,

14  something around that time or something else?

15  **A.**    I'm sorry?

16  **Q.**    Do you recall how soon after you had that conversation

17  with your mother that she called you back, approximately?  Do

18  you remember?

19  **A.**    I believe it was the next day.

20  **Q.**    And did she say who you would be staying with when you

21  went down to North Carolina?

22  **A.**    My father and my grandmother.

23  **Q.**    Do you recall the last time you had seen your father

24  prior to that conversation with your mother?

25  **A.**    Yes.

1    **Q.**    When was that?

2    **A.**    I was 12 years old.  I went down there for Thanksgiving.

3    **Q.**    So the last time you saw him you were 12 years old and

4    you're in your 11th grade, and she's saying you should go down

5    to be with your father; is that right?

6    **A.**    Yes.

7    **Q.**    How'd you feel about that?

8    **A.**    I was angry.

9    **Q.**    Now, did you comply with your mother?

10   **A.**    Yes, I still went.

11   **Q.**    All right.  And why did you comply with your mom?

12   **A.**    Because my mother told me to go down to North Carolina,

13   so I went.

14   **Q.**    And did you have any conversations with your mother when

15   you went down to North Carolina?

16   **A.**    Yes.

17   **Q.**    Did you talk to her at all about Mr. Charlie?

18   **A.**    Yes.

19   **Q.**    Did you talk to her at all about what Mr. Charlie had

20   been doing to you?

21   **A.**    Yes.

22   **Q.**    And did you talk to her at all about what you were going

23   to be doing with regards to what he had been doing to you?

24   **A.**    Yes.

25   **Q.**    And what was her reaction?

1    **A.**    It was the same.  She told me she didn't care and do what

2    I had to do.

3    **Q.**    And specifically, what did you say you were going to do?

4    **A.**    I told her that I was going to press charges on him.

5    **Q.**    Now, prior to this conversation, how was it getting in

6    contact with your mother?

7    **A.**    I couldn't get in contact with her.

8    **Q.**    Did you talk to anybody else?

9    **A.**    Yes.

10   **Q.**    Who'd you talk to?

11   **A.**    My Aunt Josephine.

12   **Q.**    And did you talk to her at all about what Mr. Charlie was

13   doing to you?

14   **A.**    Yes.

15   **Q.**    Now, how long did you stay in North Carolina for,

16   approximately?

17   **A.**    I'm not sure.

18   **Q.**    Did you -- you eventually came back from North Carolina;

19   is that correct?

20   **A.**    Yes.

21   **Q.**    Where did you move to?

22   **A.**    I went back to my boyfriend's house.

23   **Q.**    And is that in the -- where does your boyfriend live,

24   approximately?

25   **A.**    He lived on 2721 Sibley Terrace Southeast.

1    Q.    Okay.  And when you came back, was it before or after the

2    school year had started?

3    A.    It was the summer.

4    Q.    It was the summer?

5    A.    Yes.

6    Q.    So school hadn't started yet?

7    A.    No.

8    Q.    And when you came back to stay with your boyfriend, did

9    you call anybody or any agencies?

10   A.    Yes.

11   Q.    What agency did you call?

12   A.    I called the CPS hotline.

13   Q.    And what made you decide to call the CPS hotline?

14   A.    Well, I was going to walk up to Seventh District Police

15   Station, but my boyfriend's mother told me the best route to be

16   able to get help and they'll follow me through was to call the

17   hotline.

18   Q.    And what's CPS?

19   A.    Child Protective Services.

20   Q.    And what made you decide at this point that you were

21   going to report what happened to you about -- report what

22   happened to you?

23   A.    I'm sorry?  I been saying I was going to do it.

24   Q.    And what made you decide, I guess, finally to report it?

25   A.    Because that's what I said I was going to do.

1    **Q.**    Now, who was living in the home while all of this was

2    going on at 2323 Good Hope Court?  Who was living there?

3    **A.**    Mr. Charlie, my mother, and my sister Kamaria.

4    **Q.**    Which sister?  How did you feel about Kamaria being in

5    the home?

6    **A.**    I still felt uncomfortable.

7    **Q.**    And why is that?

8    **A.**    Because I felt like if you're going to touch me and you

9    touched my younger sister, why would I think you wouldn't touch

10   your daughter.

11   **Q.**    Now --

12           THE COURT:  Let me ask you, is this a good time maybe for

13   a break for about 15 minutes --

14           MR. OKOCHA:  Yes, Your Honor.

15           THE COURT:  -- and then we'll come back.

16           MR. OKOCHA:  No problem, Your Honor.

17           THE COURT:  All right.  You may step down.  Please don't

18   talk to anyone about your testimony during this break, all right.

19           THE WITNESS:  Okay.

20           THE COURT:  Ladies and gentlemen, we're going to take our

21   morning break right now, and we will return for the remainder of

22   this witness.  Thank you.

23           (Jury out at 11:30 a.m.)

24           THE COURT:  Be back in 15 minutes.

25           (Thereupon, a break in the proceedings occurred from

1    11:31 a.m. until 11:51 a.m.)

2          (Jury in at 11:54 a.m.)

3          THE COURT:  All right.  You may have a seat.  Thank you.

4          Mr. Okocha.

5          MR. OKOCHA:  Thank you, Your Honor.

6    BY MR. OKOCHA:

7    Q.    Janika, we're now going to show you just a couple --

8          THE COURT:  Let me have you speak really forcefully right

9    into the microphone so we can hear you.

10         MR. OKOCHA:  Yes, Your Honor.

11         THE COURT:  Thank you.

12         MR. OKOCHA:  All right.

13   BY MR. OKOCHA:

14   Q.    Janika, we're going to show you a couple of videos now,

15   okay.  So, first, I would like to show you what's been

16   previously marked and identified by Agent John Marsh as

17   Government's Exhibit 4A.

18         THE WITNESS:  Can I ask you a question?

19         MR. OKOCHA:  Can we pause for a second, Your Honor?

20         THE COURT:  Yes.

21         (Discussion had off the record.)

22         MR. OKOCHA:  Your Honor, may we take a quick break, Your

23   Honor, for five minutes?

24         THE COURT:  Yes.  Let me ask the ladies and gentlemen of

25   the jury if they would step out for five minutes, all right.

1           MR. OKOCHA:  Thank you.

2           (Jury out at 11:55 a.m.)

3           THE COURT:  While we're here on this break, let's just try

4      to figure out how this is going to go.

5           MR. OKOCHA:  Yes, Your Honor.

6           THE COURT:  About how much time do you have?

7           MR. OKOCHA:  Your Honor, there are minor clips that we're

8      going to play.  We're not going to play the entire videos.

9           THE COURT:  Right.

10          MR. OKOCHA:  There are going to be no more than 30-second

11     clips, if that.  That's the largest clip.  That's our plan, but I

12     just would like to talk with the witness just briefly.

13          THE COURT:  That's fine, and then you have more questions

14     on the other side of that?

15          MR. OKOCHA:  I do, Your Honor.

16          THE COURT:  So what do you think your whole -- I'm looking

17     now.  It's about seven minutes to noon.  So you think you have

18     another half an hour?

19          MR. OKOCHA:  I don't think I have that many questions,

20     Your Honor.

21          THE COURT:  All right.  Because I think what we'll do is

22     break for lunch before the cross-examination, if that's

23     acceptable.

24          MS. SLAIGHT:  Yes.  Thank you, Your Honor.

25          THE COURT:  If that's acceptable, Ms. Slaight.  And so

1     we'll come back at noon and have you for approximately a half an

2     hour or so, and we'll break.  Does that sound good?

3              MR. OKOCHA:  Yes.

4              THE COURT:  He's going to talk to you, so you can step

5     down.  Thank you.

6              (Thereupon, a break was had from 11:56 a.m. until

7     12:03 p.m.)

8              THE COURT:  All right, Mr. Okocha, before you do the

9     clips, I'm going to give the limiting instruction that we talked

10    about.  The clips are not the evidence.  The clips are only being

11    introduced for a witness's aid in terms of the testimony.

12             MR. OKOCHA:  Thank you, Your Honor.  I think we might have

13    just one other small issue.

14             THE COURT:  I'm sorry?

15             MR. OKOCHA:  I think we might have one other small issue

16    we wanted to discuss regarding the clips.  The government's

17    intention is to have -- to admit all of the clips prior to the

18    witness's testimony, so my request would be to have them be

19    admitted.  They've been previously identified by John Marsh as

20    exhibits -- clips from the individual exhibits, so 4A, 4B, 4C are

21    clips of Exhibit 4.  So we would like to do that prior to the

22    witness's testimony.

23             THE COURT:  So, we had them marked for I.D. and identified

24    by him.  I remember Ms. Hertzfeld asking him those questions, I

25    think at the conclusion of his testimony.

 1            MR. OKOCHA:  Yes, Your Honor.

 2            THE COURT:  And you want to move to have them admitted?

 3            MR. OKOCHA:  Yes, and then have them published through the

 4    witness.

 5            THE COURT:  All right.  So once we do that, then I'll give

 6    my instruction before you start asking questions of the witness.

 7    Does that make sense?

 8            MR. OKOCHA:  Yes, Your Honor.

 9            THE COURT:  Ms. Slaight, do you have any objection to this

10    proposed course?

11            MS. SLAIGHT:  Your Honor, just preserving my objection to

12    the clips as a whole.

13            THE COURT:  Yes.  Thank you.  We'll bring them in.

14            (Jury in at 12:06 p.m.)

15            THE COURT:  Thank you.  You may have a seat.

16            Mr. Okocha, do you have an evidentiary motion that you

17    would like to make?

18            MR. OKOCHA:  Yes, Your Honor.  The government would like

19    to move in Exhibits 4A through 4C, 8A through 8B, 9A through 9B,

20    5A through 5D, and 6A through 6B, 7A, through 7C.  These exhibits

21    were previously identified by Agent John Marsh.  And we would

22    like to move them into evidence, Your Honor.

23            THE COURT:  Identified and authenticated?

24            MR. OKOCHA:  Yes, Your Honor.

25            THE COURT:  Ms. Slaight, subject to your prior --

1          MS. SLAIGHT:  Yes.

2          THE COURT:  All right.  These exhibits will be admitted.

3          (Government's Exhibit 4A through 4C, 8A through 8B, 9A

4     through 9B, 5A through 5D, and 6A through 6B, 7A, through 7C

5     admitted into the record.)

6          THE COURT:  Let me let the jury understand that the United

7     States has just introduced into evidence clips from the six

8     videos, Government's Exhibits 4, 5, 6, 7, 8 and 9 that

9     Investigator Marsh testified were extracted from the pink laptop.

10         You're about to hear testimony about the clips that were

11    made from those videos, and you will see the clips during this

12    portion of the presentation.  In your deliberations, you must

13    consider each video in its entirety as the evidence in this case.

14    The clips are going to be shown to you here in court only as an

15    aid during witness's testimony.  All right.

16         MR. OKOCHA:  Thank you, Your Honor.

17         THE COURT:  You may continue.

18         MR. OKOCHA:  Your Honor, we ask for permission to publish

19    Government's Exhibit 4A through this witness, Your Honor.

20         THE COURT:  4A right now?

21         MR. OKOCHA:  Yes, Your Honor.

22         THE COURT:  You may publish.

23    BY MR. OKOCHA:

24    Q.   Janika, we're going to show you a clip that's been

25    previously marked and authenticated as Government's Exhibit 4A.

1    I would like you to take a look at it and then I'm going to ask

2    you a couple of questions about the clip once it's played.

3            THE COURT:  And you're publishing it now to the jury as

4    well?

5            MR. OKOCHA:  I'm publishing it now to the jury as well.

6            MS. FRANKLIN:  Hold on, counsel.  I think that TV is on.

7            (Brief pause in proceedings.)

8            (Videotape played.)

9    BY MR. OKOCHA:

10   **Q.**    Okay.  Now, Janika, did you recognize the individual who

11   was in Government's Exhibit 4A?

12   **A.**    Yes.

13   **Q.**    And who was that individual?

14   **A.**    Mr. Charlie.

15   **Q.**    And did you see him moving something around underneath an

16   object?

17           MS. SLAIGHT:  Objection.

18           THE COURT:  Rephrase.

19           MR. OKOCHA:  I'll rephrase the question, Your Honor.

20   BY MR. OKOCHA:

21   **Q.**    Can you tell us where we are in this video?

22   **A.**    In my room.

23   **Q.**    And you say in your room.  Specifically, your room in

24   which house?

25   **A.**    In 2645 Douglas Road.

1   **Q.**    So this video took place in 2645 Douglas Road; is that

2   correct?

3   **A.**    Yes.

4   **Q.**    And can you remind us when it was that you moved out of

5   2645 Douglas Road?

6   **A.**    It was going into my tenth grade year.

7   **Q.**    Your tenth grade year; is that correct?

8   **A.**    Yes.

9   **Q.**    Now, you said it was in your room.  Who lived in your

10  room at that time?

11  **A.**    Me and my sisters.

12  **Q.**    And where was the defendant or Mr. Hillie -- Mr. Charles

13  placing the device in that video in your room?

14  **A.**    Under my sister's bed.

15  **Q.**    And where was the device facing?

16          MS. SLAIGHT:  Objection.

17          THE COURT:  Overruled.  If you understand the question,

18  you can answer it.

19          THE WITNESS:  Oh.  It's towards my dresser and my bed.

20  BY MR. OKOCHA:

21  **Q.**    He placed it under your sister's bed facing your bed; is

22  that correct?

23  **A.**    Yes.

24          MS. SLAIGHT:  Objection, leading.

25          MR. OKOCHA:  I was just trying to clarify.

1          THE COURT:  Move on, move on.

2    BY MR. OKOCHA:

3    **Q.**     Now, I'd ask you to point to the door in the video in the

4    clip.  Do you see the door in the clip right now?

5    **A.**     Yes.

6    **Q.**     Can you point to it and show us where it is?

7    **A.**     (Indicating).

8    **Q.**     Okay.

9          THE COURT:  Do you want her to make a mark on it?

10   BY MR. OKOCHA:

11   **Q.**     Yes.  Can you make an X on the door?

12   **A.**     (Indicating).

13   **Q.**     And I'm actually going to ask, did you know ahead of time

14   that these -- that this video was made?  I'll rephrase the

15   question.  Did you know that Mr. Charles had put a video

16   underneath your bed?

17         MS. SLAIGHT:  Objection.

18         THE COURT:  Overruled.

19         THE WITNESS:  No.

20   BY MR. OKOCHA:

21   **Q.**     And did you give Mr. Charles permission to put this video

22   underneath your bed?

23   **A.**     No.

24   **Q.**     Okay.  Now I'm going to play what's marked as

25   Government's Exhibit 4C, previously identified and authenticated

1    by Agent John Marsh.

2           MR. OKOCHA:  And I ask that we publish it to the jury and

3    the witness.

4           THE COURT:  You may.

5           (Videotape played.)

6    BY MR. OKOCHA:

7    **Q.**    Okay.  Can you tell us, who is in that video in

8    Government's Exhibit 4C?

9    **A.**    Me.

10   **Q.**    And do you recognize what you were wearing in that video?

11   **A.**    Yes.

12   **Q.**    What were you wearing?

13   **A.**    My purple tank top.

14   **Q.**    And on the bottom?

15   **A.**    My gray skirt.

16   **Q.**    And the gray skirt, when do you normally wear that gray

17   skirt?

18   **A.**    When I'm getting out the shower.

19   **Q.**    What type of gray skirt is that?

20   **A.**    I'm sorry?

21   **Q.**    Sure.  Is it a normal skirt that you would wear out to

22   normal events or is it a skirt that you would normally wear

23   inside the home?

24   **A.**    Yes, inside of the home.

25   **Q.**    And for what purpose do you wear that gray skirt?

1    **A.**    For getting out the shower, so it won't be feeling all

2    sticky and nasty.

3    **Q.**    So you only wear it when you get out the shower?

4    **A.**    Yes.

5    **Q.**    Okay.  Now, again, this clip in Government's Exhibit 4C,

6    where is it taking place?

7    **A.**    In 2645 Douglas Road in my room.

8    **Q.**    Okay.  Thank you.  Now I'm going to play for you, Janika,

9    and for the jury another exhibit, Government's Exhibit 8A.  I

10   would ask that you take a look at Government's Exhibit 8A and

11   I'm going to ask you a couple of questions about it afterwards.

12          (Videotape played.)

13   BY MR. OKOCHA:

14   **Q.**    Now, Janika, can you tell us who we saw in Government's

15   Exhibit 8A?

16   **A.**    Yes.

17   **Q.**    I'm sorry?

18   **A.**    Yes.

19   **Q.**    Who was that?

20   **A.**    Mr. Charlie.

21   **Q.**    And can you tell us where this is, the video,

22   Government's Exhibit 8A?

23   **A.**    2645 Douglas Road in my room.

24   **Q.**    You said this is in your bedroom as well?

25   **A.**    Yes.

1   **Q.**      In 2645 Douglas Road?

2   **A.**      Yes.

3   **Q.**      Now, the bedroom looks a little bit -- this video looks a

4   little bit different, this set up, than the previous bedroom we

5   saw.  Is this the same bedroom?

6   **A.**      Yes, it's the same bedroom.

7   **Q.**      How do you explain the differences between the two

8   videos?  Did the set up change at all from the one video to the

9   next?

10  **A.**      It's just that most of the stuff is towards the front.  I

11  used to change it around a lot, like switch around the room.

12  **Q.**      Okay.  So sometimes you would change the room and the

13  furniture and things in the room; is that correct?

14  **A.**      Yeah, yes.

15  **Q.**      Okay.  Now, with regards to this particular video, where

16  in your room is this video, if you can tell?  Where is it

17  facing, the recording device?

18  **A.**      It's just facing my bed.

19  **Q.**      I'm sorry?

20  **A.**      I said it's facing my bed.

21  **Q.**      It's facing your bed.  Okay.  Now, where -- is it facing

22  a door as well?

23          MS. SLAIGHT:  Objection.

24          THE COURT:  Sustained.

25  BY MR. OKOCHA:

1    Q.    Okay.  So it's facing your bed.  Is there anything else

2    that it's facing?

3    A.    It's facing the TV.

4    Q.    Okay.  All right.  Now, I want to show you what's been

5    previously marked as Government's Exhibit 8B?  And from this

6    position, we're looking at --

7         THE COURT:  I'm sorry, are we still looking at the prior

8    exhibit?

9         MR. OKOCHA:  Yes, Your Honor.  We're still looking at

10   Government's Exhibit 8A.

11   MR. OKOCHA:

12   Q.    Now, looking at Government's Exhibit 8A, what does it

13   look like the recording device is on?

14   A.    It's either on the bookshelf or the green trash can.

15   Q.    You said the bookshelf or the green trash can.  Where is

16   the bookshelf located in your room?

17   A.    The bookshelf is against the wall near my closet.

18   Q.    Okay.  And which wall?  Where is the wall facing the

19   bookshelf is on?

20   A.    That's where it's facing.

21   Q.    Okay.  And actually, I'm going to ask that we put up

22   Government's Exhibit 2B -- actually, 2A.  And does this look

23   like your bedroom -- a good diagram of 2645 Douglas Road?

24   A.    Yes.

25   Q.    And we're talking about where the camera was facing.  Can

1    you circle the area that the camera was facing that it's showing

2    with a bigger circle?

3    **A.**    (Indicating).

4    **Q.**    So is that where the camera was or where the camera was

5    facing?

6    **A.**    No, that's where the camera was.

7    **Q.**    Okay.  And what was it facing?  What was it showing in

8    the video?  Can you put an X next to the area that the camera

9    was showing in the video?

10   **A.**    (Indicating).  I'm sorry, can you better explain that?

11   **Q.**    Sure.  Sure, no problem.

12          Now, in the video it looked like they were recording

13   certain things that were going on and it was facing a certain

14   area where the TV was and other areas like that.  Can you put an

15   X next to that area in the diagram in 2A?

16   **A.**    (Indicating).

17   **Q.**    Okay.  And just for the record, the witness circled the

18   diagram on the top area next to the area closet in the middle

19   bedroom and put an X also in that bedroom area to the right of

20   the bedroom area.

21   **A.**    (Indicating).

22          THE COURT:  The record reflects.

23          MR. OKOCHA:  All right.  Now the government wants to show

24   to the witness what's been previously marked as Exhibit 8B and

25   also have that published to the jury.

1            THE COURT:  You may publish.

2            (Videotape played.)

3    BY MR. OKOCHA:

4    **Q.**    Okay.  Now, Janika, were you able to look at what

5    happened in Government's Exhibit 8B in that video?

6    **A.**    Yes.

7    **Q.**    Now, can you tell us, who was that that was in the video?

8    **A.**    Me.

9    **Q.**    And where again did this video take place?

10   **A.**    2645 Douglas Road Southeast in my room.

11   **Q.**    Okay.  And what are you wearing in this video?

12   **A.**    A towel.

13   **Q.**    When would you normally wear a towel like this?

14   **A.**    When I'm getting out the shower.

15   **Q.**    Okay.

16           MR. OKOCHA:  Now the government would like to play what's

17   been previously marked and authenticated as Government's

18   Exhibit 9A for the witness and also publish it for the jury.

19           Janika, do you mind watching Government's Exhibit 9A.

20   I'm going to ask you a couple of questions afterwards?

21           THE COURT:  You may publish.

22           MR. OKOCHA:  Thank you, Your Honor.

23           (Videotape played.)

24   BY MR. OKOCHA:

25   **Q.**    Okay.  Now, were you able to take a look at Government's

1    Exhibit 9A?

2    **A.**    Yes.

3    **Q.**    Were you able to tell who was in that video?

4    **A.**    I need to see that again.

5         THE COURT:  Let me have you speak into the microphone so

6    we can hear you.

7         THE WITNESS:  Can I see that again?

8         MR. OKOCHA:  Absolutely.  Can we play that one more time?

9         (Videotape played.)

10   BY MR. OKOCHA:

11   **Q.**    Now, are you able to see at least one of the individuals

12   in Government's Exhibit 9A?

13   **A.**    Yes.

14   **Q.**    And who is that that you are able to see in Government's

15   Exhibit 9A?

16   **A.**    Mr. Charlie.

17   **Q.**    Are you able to see it -- it appears there's another

18   person in there; is that correct?

19   **A.**    Yes.

20   **Q.**    Are you able to tell who that person is?

21   **A.**    That's Jaden.

22   **Q.**    Okay.  Now, can you tell us, where is this video taking

23   place?

24   **A.**    In our room.

25   **Q.**    And you say our room.  Who's room are you talking about

1    when you say that?

2    **A.**    Me, Jaden and Kamaria.

3    **Q.**    Okay.  And where is it taking place with regard to the

4    address?

5    **A.**    2645 Douglas Road Southeast.

6    **Q.**    Okay.  And can you tell again -- I'm going to ask to pull

7    up Government's Exhibit 2A.

8         Can you give a big circle in the bedroom that it's taking

9    place?

10   **A.**    (Indicating).

11   **Q.**    And where is the camera located?  Can you give us an X

12   where the camera is located?

13   **A.**    No.  I can't tell you where.

14   **Q.**    You can't tell where?  That's fine.

15        Now the government's going to play what's been previously

16   marked and identified as Exhibit 9 B that's been authenticated

17   by Agent John Marsh.  We ask to publish that to the jury.

18        THE COURT:  Yes, you may publish.

19        MR. OKOCHA:  And, Your Honor, we also ask -- Excuse me.

20   Will you watch and tell us what you notice with this one.

21        (Videotape played.)

22   BY MR. OKOCHA:

23   **Q.**    All right.  And Janika, in Government's Exhibit 9B, can

24   you tell us who that was?

25   **A.**    Me.

1   **Q.**     And can you tell us what you were wearing?

2   **A.**     My towel.

3   **Q.**     Okay.  And when do you normally wear that?

4   **A.**     When I'm getting out of the shower.

5   **Q.**     Okay.  Now, we're going to move to Government's

6   Exhibit 5B.  And actually, before we do that, where was that

7   taking place, Government's Exhibit 9B, in what room in what

8   home?

9   **A.**     2645 Douglas Road Southeast.

10  **Q.**     And whose room?

11  **A.**     In our room.

12  **Q.**     Okay.  Now, I'd like to show the witness what's been

13  previously marked as Government's Exhibit 5B and publish it.

14          (Videotape played.)

15  BY MR. OKOCHA:

16  **Q.**     Okay.  Can you tell us, what did we see in Government's

17  Exhibit 5B?

18  **A.**     Mr. Charlie.

19  **Q.**     Can you tell us where, what address this video was taking

20  place in?

21  **A.**     2645 Douglas Road.

22  **Q.**     And what room at that address?

23  **A.**     In the bathroom.

24  **Q.**     And can you tell us where specifically in the bathroom

25  that Mr. Charlie is adjusting that recording device?  Can you

1    tell in the video?

2    **A.**    I'm not sure.  I'm not sure.  We didn't have any like --

3    like a stand or anything right there.  There was only a vent.

4    **Q.**    There's a vent where he was adjusting it?

5    **A.**    Yes, yes.

6    **Q.**    All right.  Now, I'd like to show the witness what's been

7    previously marked as Government's Exhibit 5C.  And I would ask

8    permission to publish it.

9        THE COURT:  You may publish.

10       (Videotape played.)

11   BY MR. OKOCHA:

12   **Q.**    All right.  Who is that that just walked into the

13   bathroom?

14   **A.**    My sister Jaden.

15   **Q.**    And what is she wearing?

16   **A.**    She's wearing, like, night clothes.

17   **Q.**    When you say "night clothes," what do you mean by that?

18   **A.**    What you walk around the house with.

19   **Q.**    Okay.  And when does she normally wear those types of

20   clothes?  Does she wear those clothes to school?

21   **A.**    No.

22   **Q.**    When does she normally wear those clothes?

23   **A.**    In the house.

24   **Q.**    Okay.  Would she put those clothes on when she goes to

25   sleep?

1    A.    Yes.

2          MR. OKOCHA:  Now, I'd like to show the witness what's

3    been previously marked as Government's Exhibit 5D and publish

4    it.

5          THE COURT:  You may.

6          (Videotape played.)

7    BY MR. OKOCHA:

8    Q.    Can you tell us, there appears to be three individuals in

9    this recording.  Who are the three individuals in the recording?

10   Specifically the person in the white shirt, who is that?

11   A.    Me.

12   Q.    And who is the smallest person in the red shirt?

13   A.    The smallest?

14   Q.    Yes.

15   A.    Kamaria.

16   Q.    And who is the other individual, the middle person in the

17   red shirt?

18   A.    Jaden.

19   Q.    Okay.  And the clothes you're wearing, what type of

20   clothes is that?

21   A.    I'm sorry?

22   Q.    What type of clothes were you wearing?  How would you

23   describe that?

24   A.    Looks like I was getting ready for school.

25   Q.    Okay.  So, it was the clothes you normally sleep in?

1   **A.**     No.

2   **Q.**     Okay.  When would you normally wear those types of

3   clothes?

4   **A.**     The shirt, yes, but the tights, that's for school.

5   **Q.**     Okay.  Alrighty.  Now, where is Exhibit 5D taking place?

6   **A.**     In 2645 Douglas Road.

7   **Q.**     In which room?

8   **A.**     In the bathroom.

9   **Q.**     Okay.

10           MR. OKOCHA:  Now, I'd like to show the witness what's

11  been previously marked as Government's Exhibit 6A and publish

12  it.

13           THE COURT:  You may.

14           (Videotape played.)

15  BY MR. OKOCHA:

16  **Q.**     I'll pause Government's Exhibit 6A.  And can you tell us,

17  who was that in Government's Exhibit 6A?

18  **A.**     Mr. Charlie.

19  **Q.**     Okay.  And where was he?

20  **A.**     In the bathroom.

21  **Q.**     At Douglas Road?

22  **A.**     Yes.

23  **Q.**     And could you tell where he was placing whatever that

24  device was, that was recording?

25  **A.**     Over the toilet.

1    **Q.**    Okay.  And can you tell -- and what area over the toilet?

2    **A.**    I'm guessing in the vent.

3    **Q.**    Okay.  Now, I'd like to play for you Government's

4    Exhibit 6B and have that published for the jury.

5         THE COURT:  Yes.

6         MR. OKOCHA:  Thank you, Your Honor.

7         (Videotape played.)

8    BY MR. OKOCHA:

9    **Q.**    All right.  Who is that in Government's Exhibit 6B?

10   **A.**    Me.

11   **Q.**    And what are you wearing in Government's Exhibit 6B, what

12   type of clothing?

13   **A.**    I'm wearing clothes, just regular clothes.

14   **Q.**    Okay.  And where is Government's Exhibit 6B taking place?

15   **A.**    2645 Douglas Road Southeast in the bathroom.

16   **Q.**    Okay.  Thank you.  Now, I would like to play for you

17   Government's Exhibit 7A, and I would ask permission to publish

18   it, Your Honor.

19        THE COURT:  You may.

20        MR. OKOCHA:  Thank you, Your Honor.

21        (Videotape played.)

22   BY MR. OKOCHA:

23   **Q.**    All right.  We can pause it.  Okay.  Who is that in

24   Government's Exhibit 7A in the beginning?

25   **A.**    Mr. Charlie.

```
1   Q.    And where is the video taking place?

2   A.    2645 Douglas Road Southeast, in the bathroom.

3   Q.    And who is that walking in in Government's Exhibit 7A?

4   A.    Me.

5   Q.    Okay.  And what type of clothing are you wearing?

6   A.    I'm not really sure.

7   Q.    Is this clothing that you would normally wear to school?

8         MS. SLAIGHT:  Objection.

9         THE COURT:  Overruled.

10  BY MR. OKOCHA:

11  Q.    Is this clothing you would normally wear to go to school,

12  to go to sleep, some other reason why you would wear this

13  clothing?

14  A.    I could wear it to sleep or just outside.

15  Q.    Okay.  All right.  And how about the headwrap?  Is there

16  a time you normally wear the headwrap?

17  A.    I would wear it in the house.

18  Q.    Okay.  All right.  Now I'm going to show you what's been

19  previously marked as Government's Exhibit 7B.  And I would ask

20  permission to publish it?

21        THE COURT:  You may.

22        MR. OKOCHA:  Thank you, Your Honor.

23        (Videotape played.)

24  BY MR. OKOCHA:

25  Q.    All right.  Who do we see in Government's Exhibit 7B?
```

**A.**      Jaden.

**Q.**      Okay.  And the type of clothes she's wearing, when would she normally wear that clothing?

**A.**      School.

**Q.**      Now, we've played multiple clips for you today.  In any of the videos that you viewed, any of the clips you viewed, do any of them remind you of any of the photographs that you saw back at Good Hope -- I mean back at Douglas Road when you were sitting there with Jennifer looking through the photographs trying to download music?  Do any of those videos look similar to the -- do any of those videos look similar to those photographs that you saw?

**A.**      No.

**Q.**      Okay.  Now, did you give permission for the defendant to take any one of those videos that you saw?

**A.**      No.

**Q.**      And how do you feel knowing that these videos were being taken?

         MS. SLAIGHT:  Objection.

         THE COURT:  Overruled.  Well, let me ask -- come up.

         (Following sidebar discussion had on the record:)

         THE COURT:  I think the question is a little ambiguous. What do you mean, how do you feel now?  I think you have to be a little more specific.

         MR. OKOCHA:  Thank you, Your Honor.

1          MS. SLAIGHT:  I object.  She already said she didn't give

2     permission.  How she feels now is really not relevant.

3          THE COURT:  Mr. Okocha.

4          MR. OKOCHA:  Your Honor, I would disagree.  I think if the

5     defense counsel is going to be cross-examining the witness about

6     whether or not she's lying about what happened, the sexual abuse,

7     and also about what she observed in the photographs, I think her

8     feelings about what's going on here now and in court are all

9     evidence that she was -- she wouldn't have a motivation to lie to

10    have this experience to watch herself on video.

11         MS. SLAIGHT:  Your Honor, I disagree.  I don't think -- I

12    think it doesn't show anything.  Nobody wants to testify in court

13    no matter what they're motivation is, and the key here is she

14    didn't give permission, and she didn't.

15         THE COURT:  I'm going to agree with the defense.  Let's

16    not ask this question.

17         MR. OKOCHA:  Yes.

18         THE COURT:  Let's just move on.  She didn't answer it,

19    correct?

20         MR. OKOCHA:  No, Your Honor.

21         THE COURT:  Let's move to a different question.

22         (Sidebar discussion concluded.)

23    BY MR. OKOCHA:

24    Q.    Now, Janika, have you had an opportunity to view the

25    entirety of these videos, the clips that we've shown?

1    **A.**     Of what you have shown me here?

2    **Q.**     Yes.

3    **A.**     Yes, I've seen it.

4    **Q.**     And are you aware about what is on the videos besides

5    what was shown to you today?

6    **A.**     I'm sorry?

7    **Q.**     Are you aware of what else is on the videos besides

8    what's been shown to you today?

9           THE COURT:  Let me ask the question a different way.  Have

10   you seen more than what was shown to you today from each of these

11   videos?

12          THE WITNESS:  No, this is what was shown.

13          THE COURT:  You just saw what was shown?

14          THE WITNESS:  Yes.

15          THE COURT:  All right.

16   BY MR. OKOCHA:

17   **Q.**     And based off of what you have seen in the videos, are

18   you aware of what happens when the clips end, what you do after

19   the clips end?

20          MS. SLAIGHT:  Objection.

21          THE COURT:  Sustained.

22          MR. OKOCHA:  I'll rephrase the question.

23   BY MR. OKOCHA:

24   **Q.**     Now, specifically, the first video you saw, Government's

25   Exhibit 4A and 4B -- 4B, you see yourself walking into the room;

1   is that correct?

2   **A.**     Yes.

3   **Q.**     Now, are you aware of what happens when the video ends in

4   4B?  Are you aware of what you do?

5   **A.**     I'm not sure what.

6           THE COURT:  Let me have you approach.

7           (Following sidebar discussion had on the record:)

8           MR. OKOCHA:  That's fine, I'll move on.

9           THE COURT:  Let's hear from Ms. Slaight.  The witness has

10  testified that she hasn't seen anything more than the clips, so I

11  don't know what the basis of knowledge for anything else that

12  happens in the video is, other than if she remembers the

13  particular scene in real life.

14          MR. OKOCHA:  Yes, that's what I was trying to get at, but

15  I'm going to move away from that questioning, Your Honor, to a

16  different topic.

17          THE COURT:  All right.  Thank you.

18          (Sidebar discussion concluded.)

19  BY MR. OKOCHA:

20  **Q.**     Okay, Janika.  Now, I want to bring us back a little bit

21  to your reports to Child and Family Services when you came back

22  to Washington, D.C. after living at your father's residence,

23  okay?

24  **A.**     Okay.

25  **Q.**     Now, at that time, when you came back to report to CFSA

1   or to CPS, did you talk to your mom afterwards, after you made

2   that report?

3   **A.**     Yes.

4   **Q.**     And when you talked to your mother, without telling us

5   what she said, what was her reaction?

6   **A.**     She was angry.

7   **Q.**     And did you talk to her -- how many times did you talk to

8   her after that report regarding Mr. Hillie or Mr. Charles?

9   **A.**     I can't recall how many times I spoke to my mother.

10   **Q.**     Do you recall how many times she called you?

11   **A.**     No, I cannot recall how many times she called me.

12   **Q.**     Okay.  Now, just to be a little bit more specific, was

13   there a time period where she was calling you frequently after

14   you made that report to CPS?

15   **A.**     Yes.

16          MS. SLAIGHT:  Objection.

17          THE COURT:  Sustained.  Leading.

18   BY MR. OKOCHA:

19   **Q.**     Okay.  Now, Janika, after you made that report to CPS, do

20   you recall your mother trying to contact you?

21   **A.**     Yes.

22   **Q.**     And what was the nature of the contact?  How did she go

23   about trying to contact you?

24   **A.**     She called my phone.

25   **Q.**     How often?

1    **A.**     She called it a lot at first.

2    **Q.**     Okay.  Now, what happened with you after you made the

3    report to CPS?  Where did you end up living?

4    **A.**     With my aunt.

5    **Q.**     I'm sorry?

6    **A.**     With my aunt.

7    **Q.**     Which aunt is that?

8    **A.**     Josephine.

9    **Q.**     And were there any proceedings regarding where you were

10   going to be staying that you had to go to and talk to people

11   about?

12          MS. SLAIGHT:  Objection.

13          THE COURT:  Can you -- overruled.  You can answer.

14          THE WITNESS:  Can you rephrase that?  I mean, can you ask

15   that question again, please?

16   BY MR. OKOCHA:

17   **Q.**     Sure.  Were there any proceedings, any court individuals

18   that -- was there any court people that you had to go to to talk

19   about where you would be staying, where you would be living

20   after you made that report with CPS?

21   **A.**     Yes.

22   **Q.**     Okay.  Now, how was the relationship between your Aunt

23   Josephine and Joyce after this report with CPS occurred?

24          MS. SLAIGHT:  Objection.

25          THE COURT:  Overruled.

BY MR. OKOCHA:

**Q.**     Can you just tell us what you observed with regard to that relationship?  How did it go after that?

**A.**     It wasn't good.

**Q.**     And how about seeing Kamaria, how often do you get to see Kamaria after you made that report to CPS?

**A.**     I didn't really see her.

**Q.**     Okay.  Now, you told us that there was a number of times you made reports to your mother about the incidents that were happening in the home, and then you just kind of stopped making those reports.  What did you do to deal with Mr. Hillie's activities towards you after you stopped making those reports to your mother?  How did you deal with that?

          MS. SLAIGHT:  Objection.

          THE COURT:  Rephrase, Mr. Okocha.

          MR. OKOCHA:  Yes, Your Honor.

BY MR. OKOCHA:

**Q.**     Now, you told us earlier in your testimony that there was a period of time where you stopped talking to your mother and stopped making reports to her regarding the activity that made you uncomfortable with Mr. Hillie.  Do you recall talking to us about that?

**A.**     Yes.

**Q.**     Now, did the activity that made you uncomfortable with Mr. Hillie stop after you stopped making those reports to your

1   mother?

2   **A.**     Can you repeat that, please?

3   **Q.**     Sure.  Did Mr. Hillie continue to do --

4          MS. SLAIGHT:  Objection.

5   BY MR. OKOCHA:

6   **Q.**     -- things that made you uncomfortable?

7          MS. SLAIGHT:  Leading.

8          THE COURT:  Overruled.

9   BY MR. OKOCHA:

10  **Q.**     Did Mr. Hillie continue to do things that made you

11  uncomfortable?

12  **A.**     Yes.

13  **Q.**     After you stopped making reports to your mother?

14  **A.**     Yes.

15  **Q.**     How did you deal with those things that he did to you

16  when he --

17         MS. SLAIGHT:  Objection.

18         THE COURT:  Approach.

19         (Following sidebar discussion had on the record:)

20         THE COURT:  I think the question is ambiguous.  I don't

21  know what it is you're trying to talk about.  But, Ms. Slaight,

22  what's the basis of your objection?

23         MS. SLAIGHT:  This is not how she -- it's just not

24  relevant.  She said she didn't give him permission, and after

25  that, how she dealt with it is really not relevant, and I really

1    don't know what he's getting at.

2         THE COURT:  I think her reaction is relevant because there

3    is an issue about who she told and whether or not -- whether she

4    changed her story and so the wake of it is important, but I don't

5    know what your question is leading up to.

6         MR. OKOCHA:  I can be more specific.

7         THE COURT:  All right.  Please do.

8         (Sidebar discussion concluded.)

9    BY MR. OKOCHA:

10   Q.    Now, Janika, do you recall any other incidences that made

11   you uncomfortable that Mr. Hillie -- or Mr. Charles did when you

12   were in Good Hope Court, anything that may have happened in your

13   bedroom?

14   A.    Yes.

15   Q.    Can you tell us a little bit about that?

16   A.    I was sleep, and when I woke up, he was staring at me.

17   Q.    You said he was staring?

18   A.    Yes.

19   Q.    What was he staring at?

20   A.    Me.

21   Q.    And who else was in the room besides you?

22   A.    It was just me and Mr. Charlie.

23   Q.    And you said you were asleep.  What time of day was this?

24   A.    It was night.

25   Q.    And you say nighttime.  Was it, like, evening time,

1    middle of the night, or some time else?

2    **A.**     It was, like, the middle of the night.

3    **Q.**     And what was your reaction to seeing Mr. Hillie staring

4    at you in the middle of the night?

5    **A.**     It was like -- it was creepy and, like, weird.

6    **Q.**     Did you report this incident to your mother?

7    **A.**     No, I don't recall.

8    **Q.**     You said no, you don't recall?

9    **A.**     I don't recall that.

10   **Q.**     Okay.  Now, were there incidences that happened at Good

11   Hope Court that you didn't report to your mother?

12           THE COURT:  That you did or did not?

13           MR. OKOCHA:  That you did not report to your mother.

14   There were incidents that Mr. Hillie did to you that you did not

15   report to your mother?

16           THE WITNESS:  I can't recall on Good Hope Court.

17   BY MR. OKOCHA:

18   **Q.**     Okay.  Now, today, how do you feel about your mother?

19   **A.**     I love my mother.

20   **Q.**     Okay.  How do you feel about the way that your mother

21   handled Mr. Hillie being in your home?

22           MS. SLAIGHT:  Objection.

23           THE COURT:  Overruled.

24           THE WITNESS:  I was -- I'm upset.  The biggest thing is

25   mainly just betrayal.

BY MR. OKOCHA:

**Q.**   What do you mean by betrayal?

**A.**   I feel like she didn't have my back, that she chose him over me.

**Q.**   What were your expectations?

**A.**   That she should have stood by me a hundred percent.  She should have kicked him out.

**Q.**   And how do you feel about Kamaria not being in the home -- not being able to see Kamaria as much as you used to after making this report to CPS?

MS. SLAIGHT:  Objection.

THE COURT:  Overruled.

THE WITNESS:  I was disappointed.  I was upset.

BY MR. OKOCHA:

**Q.**   And specifically about not being able to see Kamaria, how do you feel about that?

**A.**   I was upset.  I mean, that's -- it's upsetting to see your siblings, you know, every day and then one day you just don't see them, you just can't see them, you can't conversate with them, you can't interact with them.  It's just -- it's upsetting.

MR. OKOCHA:  Your Honor, at this point I have no further questions.

THE COURT:  All right.  I think this would be a good time for us to take our lunch break.  You will be coming back after

1    the lunch break, so, Janika, please do not discuss your testimony

2    with anyone.  We'll have you back here at -- we're going to go to

3    1:45.  We'll be back afterwards, all right.  But you may step

4    down.

5           Ladies and gentlemen, we're going to break for lunch.

6    Again, please don't discuss this case with anyone and I will see

7    you back at 1:45.

8           (Jury out at 12:52 p.m.)

9           THE COURT:  All right.  So we'll pick up with the

10   cross-examination after lunch.

11          MS. SLAIGHT:  Your Honor, if I could make one --

12          THE COURT:  At the bench?  At the bench?

13          MS. SLAIGHT:  No.

14          THE COURT:  No.

15          MS. SLAIGHT:  I would like to move for a motion for a

16   judgment of acquittal as to Counts 10 and 11.  I believe that

17   Janika did not submit any testimony that -- regarding a second or

18   even a first allegation that Mr. Hillie touched her breasts, and

19   she did not make a second allegation as to Mr. Hillie touching

20   her vulva.

21          THE COURT:  All right.  So, I'm going to take that motion

22   under advisement during our period now.  I'm going to review the

23   transcript.  Obviously, the government will have the opportunity

24   to respond, and we'll do that at 1:45 before we begin the

25   cross-examination.  All right.  Thank you.

1          (Thereupon, a luncheon recess was had beginning at

2     12:54 p.m.)

3                        **C E R T I F I C A T E**

4

5                    I, Scott L. Wallace, RDR-CRR, certify that
      the foregoing is a correct transcript from the record of
6     proceedings in the above-entitled matter.

7

          /s/ Scott L. Wallace                    7/26/19
8         ----------------------------        ----------------
          **Scott L. Wallace, RDR, CRR**              **Date**
9            **Official Court Reporter**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25