UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA**          :
                                      :
                    **Plaintiff,**    :   Criminal Action
                                      :   No. 16-030
**v.**                                :
                                      :
**CHARLES HILLIE,**                   :   April 5, 2018
                                      :   11:30 a.m.
                                      :
                                      :   Washington, D.C.
                    **Defendant.**    :
                                      :
.............................         :


**DAY 6**
**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**(Deliberations and Verdict)**
**BEFORE THE HONORABLE KETANJI B. JACKSON,**
**UNITED STATES DISTRICT COURT JUDGE**


APPEARANCES:

For the United States:          **Andrea Lynn Hertzfeld, Assistant**
                                **U.S. Attorney**
                                U.S. ATTORNEY'S OFFICE FOR THE
                                DISTRICT OF COLUMBIA
                                555 Fourth Street, NW
                                Washington, DC 20530
                                (202) 252-7808
                                Fax: (202) 353-7634
                                Email: Andrea.hertzfeld@usdoj.gov

                                **Kenechukwu O. Okocha, Assistant**
                                **U.S. Attorney**
                                U.S. ATTORNEY'S OFFICE-DISTRICT OF
                                COLUMBIA
                                Sex Offense and Domestic Violence
                                555 Fourth Street, SW
                                10th Floor
                                Washington, DC 20530
                                (202) 252-6604
                                Email: Kenechukwu.okocha@usdoj.gov

APPEARANCES:  Cont.


For the Defendant:              **Joanne D. Slaight, Esq.**
                                LAW OFFICES OF JOANNE D. SLAIGHT
                                400 Seventh Street, NW
                                Suite 206
                                Washington, DC 20004
                                (202) 408-2041
                                Fax: (202) 628-0249
                                Email: Jslaight@att.net

Court Reporter:                 **Scott L. Wallace, RDR, CRR**
                                Official Court Reporter
                                Room 6503, U.S. Courthouse
                                Washington, D.C. 20001
                                202.354.3196
                                scottlyn01@aol.com


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

<u>**MORNING SESSION, APRIL 5, 2018**</u>

1

2    (11:27 a.m.)

3         THE COURTROOM CLERK:  Your Honor, this is Criminal Case

4    Number 16-030, the *United States of America versus Charles*

5    *Hillie*.

6         Will counsel please approach the lectern and state your

7    appearances for the record.

8         MS. HERTZFELD:  Good morning, Your Honor.  Andrea

9    Hertzfeld for the United States.

10         THE COURT:  Good morning, Ms. Hertzfeld.

11         MR. OKOCHA:  Good morning, Your Honor.  Kenechukwu Okocha

12    for the United States.

13         THE COURT:  Mr. Okocha.

14         MS. SLAIGHT:  Good morning, Your Honor.  Joanne Slaight

15    for Mr. Hillie, who is here.

16         THE COURT:  Good morning, Mr. Hillie and Ms. Slaight.  I

17    assume you all have seen the note from the jury.

18         MS. HERTZFELD:  We did, Your Honor, and I think, from the

19    parties' perspective, we agreed on what we thought might be

20    responsive.

21         THE COURT:  All right.

22         MS. HERTZFELD:  If Your Honor recalls, the United States

23    showed John Marsh Government's Exhibit 17, which is a summary

24    which corresponded the video numbers with the video title.

25         THE COURT:  Yes.

1      MS. HERTZFELD:  And we admitted it into evidence but

2  agreed not to send it back.  And I spoke to Ms. Slaight, and I

3  think we're both in agreement that this should go back to the

4  jury.

5      THE COURT:  So we should just, instead of calling them in,

6  provide it to them?

7      MS. HERTZFELD:  I think that makes sense, Your Honor.

8      THE COURT:  Ms. Slaight, do you agree?

9      MS. SLAIGHT:  Yes, I think that's --

10      THE COURT:  All right.  Why don't we do that, and that

11  will resolve, I think -- I guess I don't really have to say

12  anything to them.  We should just have the courtroom deputy give

13  it to them in response to the question that they sent.

14      MS. HERTZFELD:  I think that makes sense.

15      THE COURT:  All right.  That's what I will do.  Is there

16  anything else that we need to address while we are here?

17      MS. HERTZFELD:  No, Your Honor.

18      MS. SLAIGHT:  No.

19      THE COURT:  All right.  Thank you.

20      (Proceedings adjourned at 11:31 a.m.)

21

22              **AFTERNOON SESSION, APRIL 5, 2018**

23  (4:31 p.m.)

24      THE COURTROOM CLERK:  Your Honor, this is Criminal Case

25  Number 16-030, *United States of America versus Charles Hillie*.

1          Would counsel please approach the lectern and state your

2   appearances for the record.

3          MS. HERTZFELD:  Good afternoon, Your Honor.  Andrea

4   Hertzfeld for the United States.

5          THE COURT:  Ms. Hertzfeld.

6          MR. OKOCHA:  Good afternoon, Your Honor.  Kenneth Okocha

7   for the United States.

8          THE COURT:  Mr. Okocha.

9          MS. SLAIGHT:  Good afternoon.  Joanne Slaight here for

10  Mr. Hillie.

11         THE COURT:  Ms. Slaight and Mr. Hillie.  We have received

12  a note that the jury has reached a verdict.  So I'm going to ask

13  that the jury come in.

14         (Jury in at 4:33 p.m.)

15         THE COURT:  Good afternoon.  You may be seated.  Let me

16  start by asking the foreperson to please identify him or herself

17  by standing up.

18         THE COURT:  Would you please tell us your Juror Number.

19         THE FOREPERSON:  Juror Number 8.

20         THE COURT:  And the number that was given?

21         THE FOREPERSON:  1212.

22         THE COURT:  Thank you.  Speaking on behalf of the jury,

23  has the jury reached a unanimous verdict in the case of United

24  States versus Charles Hillie?

25         THE FOREPERSON:  Yes.

```
1            THE COURT:  Do you have it written down?

2            THE FOREPERSON:  Yes.

3            THE COURT:  You may approach.  You can give it -- thank

4    you.

5            All right.  Thank you.  Speaking on behalf of the jury, as

6    to the first count of the indictment, what is your verdict?

7            THE FOREPERSON:  Guilty.

8            THE COURT:  As to the second count of the indictment, what

9    is your verdict?

10           THE FOREPERSON:  Guilty.

11           THE COURT:  As to the third count of the indictment, what

12   is your verdict?

13           THE FOREPERSON:  Guilty.

14           THE COURT:  As to the fourth count of the indictment, what

15   is your verdict?

16           THE FOREPERSON:  Guilty.

17           THE COURT:  As to the fifth count of the indictment, what

18   is your verdict?

19           THE FOREPERSON:  Guilty.

20           THE COURT:  As to the sixth count of the indictment, what

21   is your verdict?

22           THE FOREPERSON:  Guilty.

23           THE COURT:  As to the seventh count of the indictment,

24   what is your verdict?

25           THE FOREPERSON:  Guilty.
```

1          THE COURT:  Let me have counsel approach.  Hold for one

2     moment.  You may be seated.

3          (Following sidebar discussion had on the record:)

4          THE COURT:  I'm waiting for them to be -- I'm trying to

5     determine the extent to which I need them to also address the

6     separate additional aspects of the verdict form out loud or

7     orally like this, or do we just want to have them say the bottom

8     line and then you'll see the verdict form on how you think we

9     should approach the aggravating circumstances in the first seven

10    counts, which are the -- I guess it's Count 3, is the one that

11    has these additional elements to it.

12         MS. HERTZFELD:  I think we should read them into the

13    record, just to be safe.

14         THE COURT:  All right.  So I've done six.  Did I do seven?

15         MR. OKOCHA:  I have seven, Your Honor.

16         THE COURT:  Seven.  All right.  It didn't occur to me

17    until I was starting to talk to her that there was at least one

18    that has a subset to it, so I'm going to go back to Count 3, and

19    then I will have her read out the remaining, if there are other

20    aggravating circumstances.  All right.

21         MS. SLAIGHT:  Thank you.

22         THE COURT:  Thank you.

23         (Sidebar discussion concluded.)

24         THE COURT:  Let me have you address Count 3.  On your

25    form -- I just want to make sure we have the right form.  Does it

1  say, "If you find the defendant guilty of Count 3, please answer

2  the following"?

3       THE FOREPERSON:  (Nodded head affirmatively.)

4       THE COURT:  I'm going to read that statement and have you

5  answer it.  If you find the defendant guilty of Count 3, please

6  answer the following:  Do you find the defendant possessed

7  Government's Exhibit 4, the video file entitled 602521600_

8  987648306.3GP?

9       THE FOREPERSON:  Yes.

10      THE COURT:  Second question.  Do you find the defendant

11  possessed Exhibit 5, the video file entitled 846651392_

12  1015183410.3GP?

13      THE FOREPERSON:  Yes.

14      THE COURT:  All right.  Now, returning to the reading of

15  the verdict, I believe we're at Count 8.  As to the eighth count

16  of the indictment, what is your verdict?

17      THE FOREPERSON:  Guilty.

18      THE COURT:  Turning to the relevant aggravating

19  circumstances, do you find that Janika was under the age of 18

20  years at the time of the offense and the defendant was more than

21  four years older than Janika and resided intermittently or

22  permanently in the same dwelling as Janika?

23      THE FOREPERSON:  Yes.

24      THE COURT:  Do you find that Janika was under 18 years at

25  the time of the offense and that the defendant was the paramour

1    of the person who was charged with any duty or responsibility for

2    the health, welfare, or supervision of Janika?

3            THE FOREPERSON:  Yes.

4            THE COURT:  Do you find that the defendant was guilty of

5    committing sex offenses against two or more victims, Jaden and

6    Janika?

7            THE FOREPERSON:  Yes.

8            THE COURT:  Count 9.  As to Count 9, what is your verdict?

9            THE FOREPERSON:  Guilty.

10           THE COURT:  Turning to the aggravating circumstances, do

11   you find that Janika was under 18 years of age and the defendant

12   was more than four years older than Janika and dwelling in the

13   same residence?

14           THE FOREPERSON:  Yes.

15           THE COURT:  Do you find aggravating circumstance B, which

16   is that the defendant was the paramour of the person who was

17   charged with any duty for Janika?

18           THE FOREPERSON:  Yes.

19           THE COURT:  Do you understand that the defendant was

20   guilty of committing sex offenses against two or more victims?

21           THE FOREPERSON:  Yes.

22           THE COURT:  As to the tenth count of your indictment -- of

23   the indictment, what is your verdict?

24           THE FOREPERSON:  Guilty.

25           THE COURT:  Do you find the first aggravating

1    circumstances, instead of me reading them all out again?

2         THE FOREPERSON:  Yes.

3         THE COURT:  Do you find aggravating circumstance B?

4         THE FOREPERSON:  Yes.

5         THE COURT:  Do you find aggravating circumstance C?

6         THE FOREPERSON:  Yes.

7         THE COURT:  As to the twelfth count of the indictment,

8    what is your verdict?

9         THE FOREPERSON:  Guilty.

10        THE COURT:  Do you find that Janika was under the age of

11   18 years at the time of the offense and that the defendant was

12   more than four years older than Janika and resided intermittently

13   or permanently in the same dwelling as Janika?

14        THE FOREPERSON:  Yes.

15        THE COURT:  Do you find that Janika was under 18 years of

16   age at the time of the offense and that the defendant was the

17   paramour of the person who was charged with any duty or

18   responsibility for the health, welfare, or supervision of Janika?

19        THE FOREPERSON:  Yes.

20        THE COURT:  And the aggravating circumstance pertaining to

21   Count 12, do you find that the defendant is guilty of committing

22   sex offenses against two or more victims, Jaden and Janika?

23        THE FOREPERSON:  Yes.

24        THE COURT:  As to the thirteenth count of the indictment,

25   what is your verdict?

1          THE FOREPERSON:  Guilty.

2          THE COURT:  There are three aggravating circumstances.  Do

3    you find that Jaden was under the age of 18 years at the time of

4    the offense and that the defendant was more than four years older

5    than Jaden and resided intermittently or permanently in the same

6    dwelling as Jaden?

7          THE FOREPERSON:  Yes.

8          THE COURT:  Do you find that Jaden was under the age of 18

9    years of age at the time of the offense and the defendant was the

10   paramour of the person who was charged with any duty or

11   responsibility for the health, welfare, or supervision of Jaden?

12         THE FOREPERSON:  Yes.

13         THE COURT:  Do you find that the defendant is guilty of

14   committing sex offense against two or more victims, Jaden and

15   Janika?

16         THE FOREPERSON:  Yes.

17         THE COURT:  As to the fourteenth count in the indictment,

18   what is your verdict?

19         THE FOREPERSON:  Guilty.

20         THE COURT:  Do you find aggravating circumstance A with

21   respect to that?

22         THE FOREPERSON:  Yes.

23         THE COURT:  Do you find aggravating circumstance B as

24   listed in the verdict form?

25         THE FOREPERSON:  Yes.

1        THE COURT:  Do you find aggravating circumstance C as

2   listed in the verdict form?

3        THE FOREPERSON:  Yes.

4        THE COURT:  As to the fifteenth count in the indictment,

5   what is your verdict?

6        THE FOREPERSON:  Guilty.

7        THE COURT:  Do you find aggravating circumstance A?

8        THE FOREPERSON:  Yes.

9        THE COURT:  Do you find ago aggravating circumstance B?

10       THE FOREPERSON:  Yes.

11       THE COURT:  Do you find aggravating circumstance C?

12       THE FOREPERSON:  Yes.

13       THE COURT:  As to the sixteenth count in the indictment,

14   what is your verdict?

15       THE FOREPERSON:  Guilty.

16       THE COURT:  Do you find the first aggravating

17   circumstance?

18       THE FOREPERSON:  Yes.

19       THE COURT:  Do you find the second aggravating

20   circumstance?

21       THE FOREPERSON:  Yes.

22       THE COURT:  Do you find the third aggravating

23   circumstance?

24       THE FOREPERSON:  Yes.

25       THE COURT:  As to the seventeenth count of the indictment,

1   what is your verdict?

2          THE FOREPERSON:  Guilty.

3          THE COURT:  Do you find the first aggravating

4   circumstance?

5          THE FOREPERSON:  Yes.

6          THE COURT:  Do you find the second aggravating

7   circumstance?

8          THE FOREPERSON:  Yes.

9          THE COURT:  Do you find the third aggravating

10  circumstance?

11         THE FOREPERSON:  Yes.

12         THE COURT:  Is that the verdict of all of you?

13         THE FOREPERSON:  (Nodded head affirmatively.)  Yes.

14         THE COURT:  Let me ask if either side would like to poll

15  the jury with respect to any of the counts?

16         MS. SLAIGHT:  Yes, Your Honor.

17         THE COURT:  With respect to all of them?

18         MS. SLAIGHT:  Yes.

19         THE COURT:  All right.

20         You may have a seat.  There's been a request that you

21  indicate your individual verdict as to the counts in the

22  indictment.  I'm going to go through each of the counts and ask

23  each of you is that your verdict, all right?

24         As to Count 1 of the indictment, is your verdict guilty or

25  not guilty, Juror Number 1?

1          JUROR NUMBER 1:  Guilty.

2          THE COURT:  Juror Number 2?

3          JUROR NUMBER 2:  Guilty.

4          THE COURT:  Juror Number 3.

5          JUROR NUMBER 3:  Guilty.

6          THE COURT:  Juror Number 4?

7          JUROR NUMBER 4:  Guilty.

8          THE COURT:  Juror Number 5:

9          JUROR NUMBER 5:  Guilty.

10         THE COURT:  Juror Number 7?

11         JUROR NUMBER 7:  Guilty.

12         THE COURT:  Juror Number 8?

13         JUROR NUMBER 8:  Guilty.

14         THE COURT:  Juror Number 9?

15         JUROR NUMBER 9:  Guilty.

16         THE COURT:  Juror Number 10?

17         JUROR NUMBER 10:  Guilty.

18         THE COURT:  Juror Number 11?

19         JUROR NUMBER 11:  Guilty.

20         THE COURT:  Juror Number 12?

21         JUROR NUMBER 12:  Guilty.

22         THE COURT:  Juror Number 14?

23         JUROR NUMBER 14:  Guilty.

24         THE COURT:  The poll verifies that the verdict with

25    respect to Count Number 1 is unanimous.

1          As to Count 2, is your verdict guilty or not guilty?

2     Juror Number 1?

3          JUROR NUMBER 1:  Guilty.

4          THE COURT:  Juror Number 2?

5          JUROR NUMBER 2:  Guilty.

6          THE COURT:  Juror Number 3.

7          JUROR NUMBER 3:  Guilty.

8          THE COURT:  Juror Number 4?

9          JUROR NUMBER 4:  Guilty.

10         THE COURT:  Juror Number 5:

11         JUROR NUMBER 5:  Guilty.

12         THE COURT:  Juror Number 7?

13         JUROR NUMBER 7:  Guilty.

14         THE COURT:  Juror Number 8?

15         JUROR NUMBER 8:  Guilty.

16         THE COURT:  Juror Number 9?

17         JUROR NUMBER 9:  Guilty.

18         THE COURT:  Juror Number 10?

19         JUROR NUMBER 10:  Guilty.

20         THE COURT:  Juror Number 11?

21         JUROR NUMBER 11:  Guilty.

22         THE COURT:  Juror Number 12?

23         JUROR NUMBER 12:  Guilty.

24         THE COURT:  Juror Number 14?

25         JUROR NUMBER 14:  Guilty.

```
 1          THE COURT:  The poll verifies that the verdict is
 2   unanimous with respect to Count Number 2.
 3          With respect to Count Number 3, is your verdict guilty or
 4   not guilty?  Juror Number 1?
 5          JUROR NUMBER 1:  Guilty.
 6          THE COURT:  Juror Number 2?
 7          JUROR NUMBER 2:  Guilty.
 8          THE COURT:  Juror Number 3.
 9          JUROR NUMBER 3:  Guilty.
10          THE COURT:  Juror Number 4?
11          JUROR NUMBER 4:  Guilty.
12          THE COURT:  Juror Number 5:
13          JUROR NUMBER 5:  Guilty.
14          THE COURT:  Juror Number 7?
15          JUROR NUMBER 7:  Guilty.
16          THE COURT:  Juror Number 8?
17          JUROR NUMBER 8:  Guilty.
18          THE COURT:  Juror Number 9?
19          JUROR NUMBER 9:  Guilty.
20          THE COURT:  Juror Number 10?
21          JUROR NUMBER 10:  Guilty.
22          THE COURT:  Juror Number 11?
23          JUROR NUMBER 11:  Guilty.
24          THE COURT:  Juror Number 12?
25          JUROR NUMBER 12:  Guilty.
```

1          THE COURT:  Juror Number 14?

2          JUROR NUMBER 14:  Guilty.

3          THE COURT:  The poll verifies that the verdict is

4   unanimous with respect to Count Number 3.

5          As to Count Number 4, is your verdict guilty or not

6   guilty.  Juror Number 1?

7          JUROR NUMBER 1:  Guilty.

8          THE COURT:  Juror Number 2?

9          JUROR NUMBER 2:  Guilty.

10          THE COURT:  Juror Number 3.

11          JUROR NUMBER 3:  Guilty.

12          THE COURT:  Juror Number 4?

13          JUROR NUMBER 4:  Guilty.

14          THE COURT:  Juror Number 5:

15          JUROR NUMBER 5:  Guilty.

16          THE COURT:  Juror Number 7?

17          JUROR NUMBER 7:  Guilty.

18          THE COURT:  Juror Number 8?

19          JUROR NUMBER 8:  Guilty.

20          THE COURT:  Juror Number 9?

21          JUROR NUMBER 9:  Guilty.

22          THE COURT:  Juror Number 10?

23          JUROR NUMBER 10:  Guilty.

24          THE COURT:  Juror Number 11?

25          JUROR NUMBER 11:  Guilty.

1        THE COURT:  Juror Number 12?

2        JUROR NUMBER 12:  Guilty.

3        THE COURT:  Juror Number 14?

4        JUROR NUMBER 14:  Guilty.

5        THE COURT:  The poll verifies that the verdict is

6  unanimous with respect to Count Number 4.

7        Count Number 5.  Is your verdict guilty or not guilty?

8  Juror Number 1?

9        JUROR NUMBER 1:  Guilty.

10       THE COURT:  Juror Number 2?

11       JUROR NUMBER 2:  Guilty.

12       THE COURT:  Juror Number 3.

13       JUROR NUMBER 3:  Guilty.

14       THE COURT:  Juror Number 4?

15       JUROR NUMBER 4:  Guilty.

16       THE COURT:  Juror Number 5:

17       JUROR NUMBER 5:  Guilty.

18       THE COURT:  Juror Number 7?

19       JUROR NUMBER 7:  Guilty.

20       THE COURT:  Juror Number 8?

21       JUROR NUMBER 8:  Guilty.

22       THE COURT:  Juror Number 9?

23       JUROR NUMBER 9:  Guilty.

24       THE COURT:  Juror Number 10?

25       JUROR NUMBER 10:  Guilty.

```
 1              THE COURT:  Juror Number 11?

 2              JUROR NUMBER 11:  Guilty.

 3              THE COURT:  Juror Number 12?

 4              JUROR NUMBER 12:  Guilty.

 5              THE COURT:  Juror Number 14?

 6              JUROR NUMBER 14:  Guilty.

 7              THE COURT:  The poll verifies that the verdict is

 8    unanimous with respect to Count Number 5.

 9              As to Count 6, is your verdict guilty or not guilty?

10    Juror Number 1?

11              JUROR NUMBER 1:  Guilty.

12              THE COURT:  Juror Number 2?

13              JUROR NUMBER 2:  Guilty.

14              THE COURT:  Juror Number 3.

15              JUROR NUMBER 3:  Guilty.

16              THE COURT:  Juror Number 4?

17              JUROR NUMBER 4:  Guilty.

18              THE COURT:  Juror Number 5:

19              JUROR NUMBER 5:  Guilty.

20              THE COURT:  Juror Number 7?

21              JUROR NUMBER 7:  Guilty.

22              THE COURT:  Juror Number 8?

23              JUROR NUMBER 8:  Guilty.

24              THE COURT:  Juror Number 9?

25              JUROR NUMBER 9:  Guilty.
```

```
1          THE COURT:  Juror Number 10?

2          JUROR NUMBER 10:  Guilty.

3          THE COURT:  Juror Number 11?

4          JUROR NUMBER 11:  Guilty.

5          THE COURT:  Juror Number 12?

6          JUROR NUMBER 12:  Guilty.

7          THE COURT:  Juror Number 14?

8          JUROR NUMBER 14:  Guilty.

9          THE COURT:  The poll verifies that the verdict is

10   unanimous with respect to Count Number 6.

11         With respect to Count Number 7, is your verdict guilty or

12   not guilty?  Juror Number 1?

13         JUROR NUMBER 1:  Guilty.

14         THE COURT:  Juror Number 2?

15         JUROR NUMBER 2:  Guilty.

16         THE COURT:  Juror Number 3.

17         JUROR NUMBER 3:  Guilty.

18         THE COURT:  Juror Number 4?

19         JUROR NUMBER 4:  Guilty.

20         THE COURT:  Juror Number 5:

21         JUROR NUMBER 5:  Guilty.

22         THE COURT:  Juror Number 7?

23         JUROR NUMBER 7:  Guilty.

24         THE COURT:  Juror Number 8?

25         JUROR NUMBER 8:  Guilty.
```

1          THE COURT:  Juror Number 9?

2          JUROR NUMBER 9:  Guilty.

3          THE COURT:  Juror Number 10?

4          JUROR NUMBER 10:  Guilty.

5          THE COURT:  Juror Number 11?

6          JUROR NUMBER 11:  Guilty.

7          THE COURT:  Juror Number 12?

8          JUROR NUMBER 12:  Guilty.

9          THE COURT:  Juror Number 14?

10         JUROR NUMBER 14:  Guilty.

11         THE COURT:  The poll verifies that the verdict is

12    unanimous with respect to Count Number 7.

13         As to Count Number 8, is your verdict guilty or not

14    guilty?  Juror Number 1?

15         JUROR NUMBER 1:  Guilty.

16         THE COURT:  Juror Number 2?

17         JUROR NUMBER 2:  Guilty.

18         THE COURT:  Juror Number 3.

19         JUROR NUMBER 3:  Guilty.

20         THE COURT:  Juror Number 4?

21         JUROR NUMBER 4:  Guilty.

22         THE COURT:  Juror Number 5:

23         JUROR NUMBER 5:  Guilty.

24         THE COURT:  Juror Number 7?

25         JUROR NUMBER 7:  Guilty.

1        THE COURT:  Juror Number 8?

2        JUROR NUMBER 8:  Guilty.

3        THE COURT:  Juror Number 9?

4        JUROR NUMBER 9:  Guilty.

5        THE COURT:  Juror Number 10?

6        JUROR NUMBER 10:  Guilty.

7        THE COURT:  Juror Number 11?

8        JUROR NUMBER 11:  Guilty.

9        THE COURT:  Juror Number 12?

10       JUROR NUMBER 12:  Guilty.

11       THE COURT:  Juror Number 14?

12       JUROR NUMBER 14:  Guilty.

13       THE COURT:  The poll verifies that the verdict is

14  unanimous with respect to Count Number 8.

15       As to Count Number 9, is your verdict guilty or not

16  guilty?  Juror Number 1?

17       JUROR NUMBER 1:  Guilty.

18       THE COURT:  Juror Number 2?

19       JUROR NUMBER 2:  Guilty.

20       THE COURT:  Juror Number 3.

21       JUROR NUMBER 3:  Guilty.

22       THE COURT:  Juror Number 4?

23       JUROR NUMBER 4:  Guilty.

24       THE COURT:  Juror Number 5:

25       JUROR NUMBER 5:  Guilty.

```
1          THE COURT:  Juror Number 7?

2          JUROR NUMBER 7:  Guilty.

3          THE COURT:  Juror Number 8?

4          JUROR NUMBER 8:  Guilty.

5          THE COURT:  Juror Number 9?

6          JUROR NUMBER 9:  Guilty.

7          THE COURT:  Juror Number 10?

8          JUROR NUMBER 10:  Guilty.

9          THE COURT:  Juror Number 11?

10         JUROR NUMBER 11:  Guilty.

11         THE COURT:  Juror Number 12?

12         JUROR NUMBER 12:  Guilty.

13         THE COURT:  Juror Number 14?

14         JUROR NUMBER 14:  Guilty.

15         THE COURT:  The poll verifies the verdict is unanimous

16    with respect to Count Number 9.

17         As to Count 10, is your verdict guilty or not guilty?

18    Juror Number 1?

19         JUROR NUMBER 1:  Guilty.

20         THE COURT:  Juror Number 2?

21         JUROR NUMBER 2:  Guilty.

22         THE COURT:  Juror Number 3.

23         JUROR NUMBER 3:  Guilty.

24         THE COURT:  Juror Number 4?

25         JUROR NUMBER 4:  Guilty.
```

1            THE COURT:  Juror Number 5:

2            JUROR NUMBER 5:  Guilty.

3            THE COURT:  Juror Number 7?

4            JUROR NUMBER 7:  Guilty.

5            THE COURT:  Juror Number 8?

6            JUROR NUMBER 8:  Guilty.

7            THE COURT:  Juror Number 9?

8            JUROR NUMBER 9:  Guilty.

9            THE COURT:  Juror Number 10?

10           JUROR NUMBER 10:  Guilty.

11           THE COURT:  Juror Number 11?

12           JUROR NUMBER 11:  Guilty.

13           THE COURT:  Juror Number 12?

14           JUROR NUMBER 12:  Guilty.

15           THE COURT:  Juror Number 14?

16           JUROR NUMBER 14:  Guilty.

17           THE COURT:  The poll verifies that the verdict is

18    unanimous with respect to Count Number 10.

19           With respect to Count Number 12, is your verdict guilty or

20    not guilty?  Juror Number 1?

21           JUROR NUMBER 1:  Guilty.

22           THE COURT:  Juror Number 2?

23           JUROR NUMBER 2:  Guilty.

24           THE COURT:  Juror Number 3.

25           JUROR NUMBER 3:  Guilty.

1          THE COURT:  Juror Number 4?

2          JUROR NUMBER 4:  Guilty.

3          THE COURT:  Juror Number 5:

4          JUROR NUMBER 5:  Guilty.

5          THE COURT:  Juror Number 7?

6          JUROR NUMBER 7:  Guilty.

7          THE COURT:  Juror Number 8?

8          JUROR NUMBER 8:  Guilty.

9          THE COURT:  Juror Number 9?

10         JUROR NUMBER 9:  Guilty.

11         THE COURT:  Juror Number 10?

12         JUROR NUMBER 10:  Guilty.

13         THE COURT:  Juror Number 11?

14         JUROR NUMBER 11:  Guilty.

15         THE COURT:  Juror Number 12?

16         JUROR NUMBER 12:  Guilty.

17         THE COURT:  Juror Number 14?

18         JUROR NUMBER 14:  Guilty.

19         THE COURT:  The poll verifies that the verdict is

20  unanimous with respect to Count Number 12.

21         With respect to Count Number 13, is your verdict guilty or

22  not guilty?  Juror Number 1?

23         JUROR NUMBER 1:  Guilty.

24         THE COURT:  Juror Number 2?

25         JUROR NUMBER 2:  Guilty.

1        THE COURT:  Juror Number 3.

2        JUROR NUMBER 3:  Guilty.

3        THE COURT:  Juror Number 4?

4        JUROR NUMBER 4:  Guilty.

5        THE COURT:  Juror Number 5:

6        JUROR NUMBER 5:  Guilty.

7        THE COURT:  Juror Number 7?

8        JUROR NUMBER 7:  Guilty.

9        THE COURT:  Juror Number 8?

10       JUROR NUMBER 8:  Guilty.

11       THE COURT:  Juror Number 9?

12       JUROR NUMBER 9:  Guilty.

13       THE COURT:  Juror Number 10?

14       JUROR NUMBER 10:  Guilty.

15       THE COURT:  Juror Number 11?

16       JUROR NUMBER 11:  Guilty.

17       THE COURT:  Juror Number 12?

18       JUROR NUMBER 12:  Guilty.

19       THE COURT:  Juror Number 14?

20       JUROR NUMBER 14:  Guilty.

21       THE COURT:  The poll verifies that the verdict is

22  unanimous with respect to Count 13.

23       As to Count 14, is your verdict guilty or not guilty?

24  Juror Number 1?

25       JUROR NUMBER 1:  Guilty.

1          THE COURT:  Juror Number 2?

2          JUROR NUMBER 2:  Guilty.

3          THE COURT:  Juror Number 3.

4          JUROR NUMBER 3:  Guilty.

5          THE COURT:  Juror Number 4?

6          JUROR NUMBER 4:  Guilty.

7          THE COURT:  Juror Number 5:

8          JUROR NUMBER 5:  Guilty.

9          THE COURT:  Juror Number 7?

10         JUROR NUMBER 7:  Guilty.

11         THE COURT:  Juror Number 8?

12         JUROR NUMBER 8:  Guilty.

13         THE COURT:  Juror Number 9?

14         JUROR NUMBER 9:  Guilty.

15         THE COURT:  Juror Number 10?

16         JUROR NUMBER 10:  Guilty.

17         THE COURT:  Juror Number 11?

18         JUROR NUMBER 11:  Guilty.

19         THE COURT:  Juror Number 12?

20         JUROR NUMBER 12:  Guilty.

21         THE COURT:  Juror Number 14?

22         JUROR NUMBER 14:  Guilty.

23         THE COURT:  The poll verifies the verdict is unanimous

24  with respect to Count 14.

25         As to Count 15, is your verdict guilty or not guilty?

1    Juror Number 1?

2          JUROR NUMBER 1:  Guilty.

3          THE COURT:  Juror Number 2?

4          JUROR NUMBER 2:  Guilty.

5          THE COURT:  Juror Number 3.

6          JUROR NUMBER 3:  Guilty.

7          THE COURT:  Juror Number 4?

8          JUROR NUMBER 4:  Guilty.

9          THE COURT:  Juror Number 5:

10         JUROR NUMBER 5:  Guilty.

11         THE COURT:  Juror Number 7?

12         JUROR NUMBER 7:  Guilty.

13         THE COURT:  Juror Number 8?

14         JUROR NUMBER 8:  Guilty.

15         THE COURT:  Juror Number 9?

16         JUROR NUMBER 9:  Guilty.

17         THE COURT:  Juror Number 10?

18         JUROR NUMBER 10:  Guilty.

19         THE COURT:  Juror Number 11?

20         JUROR NUMBER 11:  Guilty.

21         THE COURT:  Juror Number 12?

22         JUROR NUMBER 12:  Guilty.

23         THE COURT:  Juror Number 14?

24         JUROR NUMBER 14:  Guilty.

25         THE COURT:  The poll verifies that the verdict is

1   unanimous with respect to Count Number 15.

2        As to Count 16 of the indictment, is your verdict guilty

3   or not guilty?  Juror number 1?

4        JUROR NUMBER 1:  Guilty.

5        THE COURT:  Juror Number 2?

6        JUROR NUMBER 2:  Guilty.

7        THE COURT:  Juror Number 3.

8        JUROR NUMBER 3:  Guilty.

9        THE COURT:  Juror Number 4?

10       JUROR NUMBER 4:  Guilty.

11       THE COURT:  Juror Number 5:

12       JUROR NUMBER 5:  Guilty.

13       THE COURT:  Juror Number 7?

14       JUROR NUMBER 7:  Guilty.

15       THE COURT:  Juror Number 8?

16       JUROR NUMBER 8:  Guilty.

17       THE COURT:  Juror Number 9?

18       JUROR NUMBER 9:  Guilty.

19       THE COURT:  Juror Number 10?

20       JUROR NUMBER 10:  Guilty.

21       THE COURT:  Juror Number 11?

22       JUROR NUMBER 11:  Guilty.

23       THE COURT:  Juror Number 12?

24       JUROR NUMBER 12:  Guilty.

25       THE COURT:  Juror Number 14?

1        JUROR NUMBER 14:  Guilty.

2        THE COURT:  The poll verifies that the verdict is

3   unanimous with respect to Count 16.

4        With respect to Count 17 of the indictment, is your

5   verdict guilty or not guilty?  Juror Number 1?

6        JUROR NUMBER 1:  Guilty.

7        THE COURT:  Juror Number 2?

8        JUROR NUMBER 2:  Guilty.

9        THE COURT:  Juror Number 3.

10        JUROR NUMBER 3:  Guilty.

11        THE COURT:  Juror Number 4?

12        JUROR NUMBER 4:  Guilty.

13        THE COURT:  Juror Number 5:

14        JUROR NUMBER 5:  Guilty.

15        THE COURT:  Juror Number 7?

16        JUROR NUMBER 7:  Guilty.

17        THE COURT:  Juror Number 8?

18        JUROR NUMBER 8:  Guilty.

19        THE COURT:  Juror Number 9?

20        JUROR NUMBER 9:  Guilty.

21        THE COURT:  Juror Number 10?

22        JUROR NUMBER 10:  Guilty.

23        THE COURT:  Juror Number 11?

24        JUROR NUMBER 11:  Guilty.

25        THE COURT:  Juror Number 12?

1    JUROR NUMBER 12:  Guilty.

2    THE COURT:  Juror Number 14?

3    JUROR NUMBER 14:  Guilty.

4    THE COURT:  I'm going to ask you about the aggravating

5  circumstances.  They repeat in these various counts, so I'm going

6  to ask three remaining questions and ask you to answer yes or no.

7    Do you find that Janika was under 18 years of age at the

8  time of the offense and that the defendant was more than four

9  years older than Janika and resided intermittently or permanently

10  in the same dwelling as Janika?  Juror Number 1?

11    JUROR NUMBER 1:  Yes.

12    THE COURT:  Juror Number 2?

13    JUROR NUMBER 2:  Yes.

14    THE COURT:  Juror Number 3?

15    JUROR NUMBER 3:  Yes.

16    THE COURT:  Juror Number 4?

17    JUROR NUMBER 4:  Yes.

18    THE COURT:  Juror Number 5?

19    JUROR NUMBER 5:  Yes.

20    THE COURT:  Juror number 7?

21    JUROR NUMBER 7:  Yes.

22    THE COURT:  Juror Number 8?

23    JUROR NUMBER 8:  Yes.

24    THE COURT:  Juror Number 9?

25    JUROR NUMBER 9:  Yes.

1          THE COURT:  Juror Number 10?

2          JUROR NUMBER 10:  Yes.

3          THE COURT:  Juror Number 11?

4          JUROR NUMBER 11:  Yes.

5          THE COURT:  Juror Number 12?

6          JUROR NUMBER 12:  Yes.

7          THE COURT:  And Juror Number 14?

8          JUROR NUMBER 14:  Yes.

9          THE COURT:  And I'll ask you that same question.  It's

10  actually going to turn into 6 here with respect to Jaden, all

11  right.  Do you find that Jaden was under the age of 18 years at

12  the time of the offense and that the defendant was more than four

13  years older than Jaden and resided intermittently or permanently

14  in the same dwelling as Jaden?  Juror Number 1?

15         JUROR NUMBER 1:  Yes.

16         THE COURT:  Juror Number 2?

17         JUROR NUMBER 2:  Yes.

18         THE COURT:  Juror Number 3?

19         JUROR NUMBER 3:  Yes.

20         THE COURT:  Juror Number 4?

21         JUROR NUMBER 4:  Yes.

22         THE COURT:  Juror Number 5?

23         JUROR NUMBER 5:  Yes.

24         THE COURT:  Juror number 7?

25         JUROR NUMBER 7:  Yes.

1       THE COURT:  Juror Number 8?

2       JUROR NUMBER 8:  Yes.

3       THE COURT:  Juror Number 9?

4       JUROR NUMBER 9:  Yes.

5       THE COURT:  Juror Number 10?

6       JUROR NUMBER 10:  Yes.

7       THE COURT:  Juror Number 11?

8       JUROR NUMBER 11:  Yes.

9       THE COURT:  Juror Number 12?

10      JUROR NUMBER 12:  Yes.

11      THE COURT:  And Juror Number 14?

12      JUROR NUMBER 14:  Yes.

13      THE COURT:  Do you find that Janika was under the age of

14      18 at the time of the offense and the defendant was the paramour

15      of the person charged with any duty or responsibility for the

16      health, welfare, or supervision of Janika?  Juror Number 1?

17      JUROR NUMBER 1:  Yes.

18      THE COURT:  Juror Number 2?

19      JUROR NUMBER 2:  Yes.

20      THE COURT:  Juror Number 3?

21      JUROR NUMBER 3:  Yes.

22      THE COURT:  Juror Number 4?

23      JUROR NUMBER 4:  Yes.

24      THE COURT:  Juror Number 5?

25      JUROR NUMBER 5:  Yes.

1    THE COURT:  Juror number 7?

2    JUROR NUMBER 7:  Yes.

3    THE COURT:  Juror Number 8?

4    JUROR NUMBER 8:  Yes.

5    THE COURT:  Juror Number 9?

6    JUROR NUMBER 9:  Yes.

7    THE COURT:  Juror Number 10?

8    JUROR NUMBER 10:  Yes.

9    THE COURT:  Juror Number 11?

10   JUROR NUMBER 11:  Yes.

11   THE COURT:  Juror Number 12?

12   JUROR NUMBER 12:  Yes.

13   THE COURT:  And Juror Number 14?

14   JUROR NUMBER 14:  Yes.

15   THE COURT:  Do you find that Jaden was under the age of 18

16   years at the time of the offense and that the defendant was the

17   paramour of the person who was charged with any duty or

18   responsibility for the health, welfare, or supervision of Jaden?

19   Juror Number 1?

20   JUROR NUMBER 1:  Yes.

21   THE COURT:  Juror Number 2?

22   JUROR NUMBER 2:  Yes.

23   THE COURT:  Juror Number 3?

24   JUROR NUMBER 3:  Yes.

25   THE COURT:  Juror Number 4?

1       JUROR NUMBER 4:  Yes.

2       THE COURT:  Juror Number 5?

3       JUROR NUMBER 5:  Yes.

4       THE COURT:  Juror number 7?

5       JUROR NUMBER 7:  Yes.

6       THE COURT:  Juror Number 8?

7       JUROR NUMBER 8:  Yes.

8       THE COURT:  Juror Number 9?

9       JUROR NUMBER 9:  Yes.

10      THE COURT:  Juror Number 10?

11      JUROR NUMBER 10:  Yes.

12      THE COURT:  Juror Number 11?

13      JUROR NUMBER 11:  Yes.

14      THE COURT:  Juror Number 12?

15      JUROR NUMBER 12:  Yes.

16      THE COURT:  And Juror Number 14?

17      JUROR NUMBER 14:  Yes.

18      THE COURT:  Do you find that the defendant is guilty of

19 committing sex offenses against two or more victims, Jaden and

20 Janika?  Juror Number 1?

21      JUROR NUMBER 1:  Yes.

22      THE COURT:  Juror Number 2?

23      JUROR NUMBER 2:  Yes.

24      THE COURT:  Juror Number 3?

25      JUROR NUMBER 3:  Yes.

1          THE COURT:  Juror Number 4?

2          JUROR NUMBER 4:  Yes.

3          THE COURT:  Juror Number 5?

4          JUROR NUMBER 5:  Yes.

5          THE COURT:  Juror number 7?

6          JUROR NUMBER 7:  Yes.

7          THE COURT:  Juror Number 8?

8          JUROR NUMBER 8:  Yes.

9          THE COURT:  Juror Number 9?

10         JUROR NUMBER 9:  Yes.

11         THE COURT:  Juror Number 10?

12         JUROR NUMBER 10:  Yes.

13         THE COURT:  Juror Number 11?

14         JUROR NUMBER 11:  Yes.

15         THE COURT:  Juror Number 12?

16         JUROR NUMBER 12:  Yes.

17         THE COURT:  And Juror Number 14?

18         JUROR NUMBER 14:  Yes.

19         THE COURT:  The poll verifies that with respect to the

20    aggravating circumstances, the jurors are unanimous.

21         Let me have counsel approach.

22         (Following sidebar discussion had on the record:)

23         THE COURT:  I'm trying to verify whether I covered all of

24    the decision points with respect to the polling.

25         MS. SLAIGHT:  Yes, Your Honor.

1        THE COURT:  Is there any other one that you think I may

2   have missed that we need to ask about?

3        MS. SLAIGHT:  No.

4        MS. HERTZFELD:  No, Your Honor.

5        THE COURT:  All right.  I will proceed.  Thank you.

6        (Sidebar discussion concluded.)

7        THE COURT:  The clerk is directed to file and record the

8   jury's verdict.

9        Ladies and gentlemen, this case is over.  You're now free

10   to talk about it, either amongst yourself or yourselves or with

11   anyone you like.

12        I want to thank you for your service in this case, and I'm

13   sure that the parties do as well.  Our legal system works because

14   of the willingness of citizens like yourselves to take time from

15   their busy schedules to serve as jurors.  This is an important

16   public service, and on behalf of the United States District

17   Court, I sincerely thank each and every one of you.  You are now

18   dismissed.  You may collect your things, and thank you again.

19        (Thereupon the jury was dismissed at 5:03 p.m.)

20        THE COURT:  All right.  So, in light of the jury's

21   verdict, we will need to set a date for various other things and

22   matters in this case.

23        First of all, we need to have a time for pretrial [sic]

24   motions.  Under the rules, within 14 days the defendant may move

25   for judgment of acquittal.

1      I don't know whether you intend to do so, but if you do,

2  that is the timeframe for any such motion.  Same timeframe

3  applies for any motion for a new trial.  Other than one based on

4  newly discovered evidence, you have a longer timeframe, but the

5  standard motion for a new trial needs to be filed within 14 days.

6      We should get out our calendars pertaining to setting a

7  sentencing date.  I am told that the Probation Office will have

8  to put together the pretrial -- the presentence report, which

9  takes some time, a few months at least, for them to gather all

10 the necessary information, so we're looking at mid to late June.

11 I'm checking my schedule because I'm in court at the very end of

12 June.  Would you be available on June 21st, which is a Thursday?

13      MS. SLAIGHT:  Yes, Your Honor.

14      THE COURT:  In the afternoon?

15      MS. SLAIGHT:  Yes.

16      MS. HERTZFELD:  Your Honor, Mr. Okocha is going to be in

17 trial that week.  Would we be able to, perhaps, go into the next

18 week?

19      THE COURT:  I'm going to be in trial the next week.  I

20 could do it on the 3rd of July.

21      MS. HERTZFELD:  I'm actually going to be out of town

22 that -- the beginning of that week.

23      THE COURT:  Until when?

24      MS. HERTZFELD:  I come back on the 6th.

25      MS. SLAIGHT:  Your Honor, what about the 22nd?  That's a

1    Friday, June 22nd, even if government is in trial.

2         THE COURT:  Are you available on the 22nd?  Are you out

3    that whole week?  Are you in trial that whole week?

4         MR. OKOCHA:  I shouldn't be in trial on the 22nd.

5         THE COURT:  The 22nd should work?

6         MS. HERTZFELD:  Yes, Your Honor.

7         THE COURT:  All right.  So let's -- Oh, wait a minute.

8    I'm sorry.  I'm picking a jury in the morning.  Hopefully, it

9    will be done.  It's a little iffy.

10        The 22nd, I think I should probably not set a -- because

11   I'm starting a trial that day, and I don't want to be hemmed in.

12   Did we say the 21st or no?  Mr. Okocha is in trial?

13        MR. OKOCHA:  Yes, Your Honor.

14        THE COURT:  And then the following week I'm in trial, but

15   I can carve it out.  So, let me -- what about the 28th?

16        MS. SLAIGHT:  I'm available on the 28th.

17        MS. HERTZFELD:  Mr. Okocha is concerned he's still going

18   to be in trial in that week.

19        THE COURT:  Sitting on Fridays or no?

20        MR. OKOCHA:  No, Your Honor.

21        THE COURT:  Not sitting on Fridays.  All right.  We can do

22   it Friday morning on the 29th.  Ms. Slaight, are you available?

23        MS. SLAIGHT:  Yes, Your Honor.

24        THE COURT:  All right.  So let's set this for 10:30 --

25   Excuse me, I'm sorry.  I'd still be in trial because I sit, but

1    I'll have the jury come in later that day, so I'll do this at --

2    Can we do it as early as 9:30?

3          MS. HERTZFELD:  Yes, Your Honor.

4          THE COURT:  All right.  So let's set this for 9:30 on the

5    29th of June.

6          Now, what I typically do ahead of sentencing is just issue

7    an order that gives you the parameters for sentencing memoranda.

8    It's usually -- I usually have them due at least a week in

9    advance.  I typically have you all file them two weeks, and then

10   a week later you can file a response to each other's, if you

11   would like to, but my ordinary practice is not to sentence

12   without memoranda from both sides.  So, you should expect that

13   they'll be due a couple weeks before this, but I'll issue an

14   order with the exact due date in it.

15         And you all know how to proceed through the presentence

16   process.  Let me speak directly to Mr. Hillie.  Mr. Hillie, the

17   presentence -- the probation office will be coming to meet with

18   you to get information for a report that they will write that

19   will help me with respect to sentencing.  You can have your

20   attorney present at that meeting if you wish.  And then you will

21   have an opportunity to speak with me during the sentencing

22   hearing if you'd like to say something about the sentence that

23   will be imposed in this case.  And, of course, in the context of

24   the sentencing hearing, counsel for both sides will speak and any

25   witnesses or individuals on either side who would like to speak,

1    the Court will hear from.  So, it's an opportunity for people to

2    weigh in on what the appropriate sentence should be and you, too,

3    will have the chance to speak if you would like to.

4         Is there anything else that I need to address right now?

5         MS. SLAIGHT:  Your Honor, I just wanted to ask if I could

6    have permission to speak to the jurors if I see them in the hall.

7         THE COURT:  Yes.  I don't preclude lawyers from doing

8    that.  All right.  Anything else?  All right.  So we'll be back

9    at the end of June.

10        (Proceedings adjourned at 5:10 p.m.)

11                   **C E R T I F I C A T E**

12

13               I, Scott L. Wallace, RDR-CRR, certify that
          the foregoing is a correct transcript from the record of
          proceedings in the above-entitled matter.

14

15        /s/ Scott L. Wallace                 7/29/19
          ----------------------------       ----------------
16        **Scott L. Wallace, RDR, CRR**           **Date**
             **Official Court Reporter**

17

18

19

20

21

22

23

24

25