```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      :
                               :          Docket No. CR 16-030
                               :
     vs.                       :             Washington, D.C.
                               :          Friday, February 9, 2018
CHARLES HILLIE,                :               11:05 a.m.
                               :
              Defendant.       :
-------------------------------x



                 TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE KETANJI B. JACKSON
                   UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Government:    ANDREA L. HERTZFELD, Esquire
                       KENECHUKWU O. OKOCHA, Esquire
                       Assistant United States Attorneys
                       555 4th Street, NW
                       Washington, D.C.  20530

For the Defendant:     JOANNE D. SLAIGHT, Esquire
                       717 5th Street, NW
                       Washington, DC  20001

Court Reporter:        CRYSTAL M. PILGRIM, RPR,FCRR
                       United States District Court
                       District of Columbia
                       333 Constitution Avenue, NW
                       Washington, D.C. 20001
```

                    P-R-O-C-E-E-D-I-N-G-S
1
2          THE DEPUTY CLERK:  Good morning, Mr. Hillie.
3      Your Honor, this is criminal case 16-030.  United States
4  of America versus Charles Hillie.  I'm going to ask counsel to
5  please approach the podium, identify yourselves for the record.
6          MS. HERTZFELD:  Good morning, Your Honor, Andrea
7  Hertzfeld for the United States.
8          THE COURT:  Good morning, Ms. Hertzfeld.
9          MR. OKOCHA:  Good morning, Your Honor, Kenechukwu
10 Okocha for the United States.
11         THE COURT:  Mr. Okocha.
12         MS. SLAIGHT:  Good morning, Your Honor, Joanne
13 Slaight.  I've entered my appearance for Mr. Hillie.
14         THE COURT:  Yes, Ms. Slaight welcome.
15         MS. SLAIGHT:  Thank you.
16         THE COURT:  Welcome to our case.
17         MS. SLAIGHT:  Thank you.
18         THE COURT:  We've been at this for awhile.  I'm
19 hopeful that the Federal Defender has given you the information
20 that you need with respect to representation of Mr. Hillie
21 because it looks like we're going to need to figure out when
22 this case is going to be tried, assuming your client still
23 intends to go to trial.
24     I guess that is the first order of business.  We were
25 planning to try this case as of February 12th.  So the Court

1  was ready, presumably the parties were ready as well and then
2  we had the issue of representation.
3       So maybe you can tell me where you are in terms of
4  preparing for trial and have you had a chance to talk with
5  government counsel about potential alternative trial dates?
6           MS. SLAIGHT:  Your Honor, the government and I are
7  meeting this morning actually after court to go through the
8  discovery they've just given me or to go through, to give me
9  additional discovery that I don't have access to other than
10 through the government, with viewing in the presence of the
11 government.  And they just also gave me discovery for the case.
12      We have not discussed dates. I was thinking and talked to
13 Mr. Hillie about a May or June trial date.
14           THE COURT:  All right, that's a long time.
15           MS. SLAIGHT:  Well, it's a lot of material and I know
16 that the motions have all been done, but I don't want to set it
17 for a date that I think, I think two months is really necessary
18 to find out where the case is at and really prepare for trial.
19           THE COURT:  All right, let me hear from
20 Ms. Hertzfeld.
21           MS. HERTZFELD:  Good morning, Your Honor.
22           THE COURT:  Good morning.
23           MS. HERTZFELD:  So at this stage we have, it sounds
24 like I wasn't totally clear whether Mr. Miles has transferred
25 the contents of his file to Ms. Slaight.

```
 1              THE COURT:  Let me ask.  Ms. Slaight, do you have the
 2   material from the defender?
 3              MS. SLAIGHT:  No, Your Honor, but I am going to meet
 4   with Mr. Miles.  There are additional materials.  He wanted me
 5   to get the government materials and find out.  I don't
 6   anticipate any problems in meeting with Mr. Miles.
 7              THE COURT:  All right.
 8              MS. HERTZFELD:  I did speak with him earlier this
 9   week when he informed me that Ms. Slaight would be taking over
10   the case.  We agreed that the government would just go ahead
11   and provide an entire discovery packet.  What we believe to be
12   a duplicate of what we provided to the Federal Defender so that
13   Ms. Slaight would have that material from us and then he can
14   kind of cross check to make sure that Ms. Slaight has all the
15   material.  That process we've provided our piece of that.
16       Hopefully Mr. Miles can supplement or if he thinks there's
17   anything missing we can make sure everything is covered.  To
18   complete that process today, we are going to review the video
19   recordings and have some preliminary discussions about whether
20   or not there is any other potential resolution of this case
21   short of trial.  I think that at this stage we should go ahead
22   and set a trial date.  Mr. Okocha I think said that May or June
23   is available to him, it is to me as well.  After the first two
24   weeks of May, I'll be in trial with Judge Huvelle probably
25   through May 11th.  And so I would ask that if the Court sets it
```

1  in that range, to set it maybe the week of the 21st of May or
2  thereafter.
3          THE COURT: I'm not available the week of the 21st,
4  I'm traveling. My travel schedule is a little crazy around
5  that time. Let me figure out how long we think this trial is
6  going to take.
7     How much time had we booked out before?
8          MS. HERTZFELD: I think previously we had scheduled
9  it for two weeks. To me that seems like longer than probably
10 the parties would need. I don't know what the defense
11 anticipates putting on as evidence, but from the government's
12 perspective I think if it takes us a day to select a jury, we
13 probably have three days worth of additional evidence beyond
14 that. So the government wouldn't expect more than four days to
15 complete its case.
16         THE COURT: The government would think four days
17 you're saying?
18         MS. HERTZFELD: Including jury selection, yes, Your
19 Honor.
20         THE COURT: All right.
21         MS. HERTZFELD: That's for the government's case,
22 Your Honor. I don't know about in terms of the defense.
23         THE COURT: Of course. I have two trials in June, so
24 June is not available to me at this time. And a little known
25 fact is that the Court can get to take a sabbatical after five

1  years on the bench and I'm planning to do that in July.  Now
2  whether or not there's some flexibility I don't know, but
3  you're saying you're not available in May before the, you have
4  a trial through the 11th?
5            MS. HERTZFELD:  Well, it's a little bit hard to
6  predict, Your Honor, because we have a status coming up in that
7  case and I'm hoping to get a little bit more clarity.  But at
8  this point, we're picking a jury in that case on April 25th and
9  the Court is going to take evidence starting May 30th, but the
10 Court is not going to sit on the 3rd and 4th of May. I'm hoping
11 we wrap that trial up by the 11th.
12     It's going to be a bifurcated trial and not knowing what
13 the defense case is going to be there either, I think that it's
14 not -- I think it will be done by the 11th.  I would just, out
15 of some caution, probably reserve at least a couple of days
16 into the next week in case it goes slightly longer than
17 expected.  But I'd be surprised if we're not done by the 16th,
18 but I think to be cautious I was saying the 21st to start here.
19           THE COURT:  Ms. Slaight, what is your schedule like?
20           MS. SLAIGHT:  I'm wide open.
21           THE COURT:  Just my travel schedule that is causing
22 an issue here and the other trials.  All right, I'm going to
23 have to think about this because I can't sort of figure out in
24 the moment right now what makes sense given our circumstance.
25 I'm sorry, could you all check.  I'm sorry, you said your trial

```
 1  starts when, April?
 2          MS. HERTZFELD:  We're actually starting evidence on
 3  April 30th.
 4          THE COURT:  On April 30th.  What is your schedule in
 5  April beyond that?  I'm just trying to get a sense of the
 6  windows of time that people have available.
 7          MS. HERTZFELD:  I'm actually, I'm out of the country
 8  the 10th through the 23rd.
 9          THE COURT:  Of April?
10          MS. HERTZFELD:  Of April, which is how my trial got
11  planned around that.
12          THE COURT:  Right.
13          MS. HERTZFELD:  Prior to that I think March in the
14  beginning of April is free.  I don't know if that's much time
15  for Ms. Slaight's schedule.
16          THE COURT:  Where are we now February 9th.
17  Ms. Slaight, can you give me your schedule for March?
18          MS. SLAIGHT:  Your Honor, I don't have trials
19  scheduled at the end of March, but I'm just afraid that that
20  just doesn't give enough time given the expertise that's
21  required for the case.
22          THE COURT:  Yes.
23          MS. SLAIGHT:  This isn't like --
24          THE COURT:  I have to tell you this case is not
25  complicated financial records.  There's not a lot of documents.
```

1  And we were going to try it on the 12th.  So I understand new
2  counsel has to have familiarity, but in looking at this and
3  trying to figure out what works and what other courts have done
4  in similar situations, we found cases in which courts have said
5  new counsel, you have two weeks.  I'm trying not to do that,
6  but this case has been around for two years and really there's
7  not a lot of material.  I don't know whether the government
8  isn't planning to have experts, Ms. Hertzfeld?
9           MS. HERTZFELD:  The only expert the government would
10 call is John Marsh who extracted the videos from the computer.
11 I think it's pretty straightforward testimony, but that's the
12 only expert we would intend.
13          THE COURT:  Right, so we're not expert intensive.
14 We're not document intensive.  I was hoping and counting on the
15 defender to try to bring you up to speed as quickly as
16 possible.  In fact said as much at our last hearing.
17     I think we've been going at this case for well over a year
18 now and need to try it. So I'm looking at March.  I'm trying to
19 figure out in terms of my schedule for other things that I have
20 on how I could work around it.  There may be days that I would
21 have to carve out here and there.  But if we think over all
22 that this is maybe a ten day endeavor, I can figure it out.
23 But it's looking closer to the sort of middle of March as
24 opposed to the end under the circumstances that we have here
25 because of the Court's travel and other issues.

```
 1              MS. SLAIGHT:  Are you talking about March 19th?  I
 2   just don't think that -- I mean, it's true that the defense
 3   hasn't requested or given notice of an expert up to this point.
 4   But if we want to do one, I would ask for March 19th so we
 5   could do that.
 6              MS. HERTZFELD:  Your Honor, so Mr. Okocha is not
 7   available the 16th or the 22nd.  The government would propose
 8   and I just conferred with Ms. Slaight, she'd be available the
 9   week of the 26th if that would be available.
10              THE COURT:  I just booked nonrefundable tickets for
11   my daughter's spring break that week.  That's sort of where we
12   are.
13              MS. HERTZFELD:  I see.  May I make one other
14   suggestion, Your Honor?
15              THE COURT:  Yes.
16              MS. HERTZFELD:  If we thought we could finish by
17   April 9th.  If we began taking evidence on the 2nd, I wonder if
18   we couldn't pick a jury in advance of that.
19              THE COURT:  The 2nd is a holiday because it's Easter
20   Monday.
21              MS. HERTZFELD:  Oh, it is.
22              THE COURT:  The prior Friday is a holiday which is
23   Good Friday.  Would your proposal work if we start -- what are
24   you saying, taking evidence on the 3rd; how many days is that?
25              MS. HERTZFELD:  Yes, I was contemplating if we could
```

1  pick a jury the week before Your Honor travels, take evidence
2  on the 3rd, 4th, 5th, 6th.  I don't know, have a sense of the
3  defendant's case if we could close by the 9th.
4              THE COURT:  I have another trial starting on
5  Wednesday the 11th.  The middle of May is out because of Judge
6  Huvelle's trial, correct?
7              THE DEPUTY CLERK:  Yes.
8              THE COURT:  Like the 14th through the 18th.
9              MS. HERTZFELD:  We may finish by the, I would think
10 we would finish by the 11th.  It's a bifurcated trial, so I
11 would imagine it would be done by the 11th.  I think we could
12 set it for the 14th.  I would just ask the Court if for any
13 reason we ran into a problem, that we ran over an extra day.  I
14 might have to ask the Court to carry this a day, but I think we
15 would be finished by the 11th.  I think that's really the only
16 date to set this.
17     I can make some efforts to see if we can -- the way it
18 stands now, Judge Huvelle is not sitting a couple of those
19 days; for instance, having to do with the defense and also her
20 schedule.  We may be able to tweak it to move some of those
21 days around to ensure we try to finish by the 11th.  So we can
22 set it for 14th if that's the only available day. I would
23 rather do that then --
24             THE COURT:  All right, well there's some days in the
25 following week that I would have to carve out because I have to

1  travel.  If it wraps significantly into the week of the 21st,
2  I don't know.  It makes it hard for juries to do that sort of
3  thing.
4              MS. HERTZFELD:  I would propose, Your Honor, that
5  maybe we set it for the 14th. I will make every effort to --
6  we've had a very, the May trial with Judge Huvelle there's been
7  a lot of tweaking of the days.  I may be able to get the
8  defense to agree to -- we're not sitting on the 3rd and 4th for
9  reasons related to the defense.
10             THE COURT:  Right.
11             MS. HERTZFELD:  I may be able to see if we can get
12 that moved around a bit.
13             THE COURT:  All right, let me -- this may have to
14 move, but we will set it for the 14th for now.  Everybody is
15 going to do their jobs of trying to figure out whether things
16 can get rearranged, but we think it's probably going to be, you
17 say four calendar days for the government including jury
18 selection.  And then let's say we hold another three days for
19 the defense just, you know, we don't know obviously, but so
20 that would take us into the next week.
21      I would prefer to try to do it like pick a jury on the
22 29th of March and then try to do it that first week of April.
23 When is Mr. Okocha not available?  Is it the beginning of
24 April?
25             MS. HERTZFELD:  No, he's available starting March

1    22nd.  So we could I think, Your Honor, propose to pick a jury
2    on the 29th and begin --
3             THE COURT:  On the third.
4             MS. HERTZFELD:  I leave out of the country on the
5    10th which is the date we were running into.
6             THE COURT:  Right, right.  We don't know if that's
7    enough time the 29th because the 2nd is not there.  All right,
8    let me put this on for the 14th and we will be in touch about
9    whether that needs to move.  I think it's possible because
10   really when we set this trial originally on the 12th it was
11   like the only possible time that I had that had sort of a two
12   week window.
13            MS. HERTZFELD:  Your Honor, we may also be assisted.
14   I don't know if we have some opportunity to confer with the
15   defense about some potential stipulations.
16            THE COURT:  Right.
17            MS. HERTZFELD:  We may be able to streamline things.
18   I don't know if that's something that they'll be willing to do
19    at this point, but it's something we can certainly talk to Ms.
20   Slaight about this afternnon when we meet to try to cut down
21   the number of trial days for this matter.
22            THE COURT:  One other possibility is for to us
23   reconvene, have another status conference early next week after
24   you all have talked, Ms. Slaight has gotten her materials from
25   the defender.  I've looked at my travel schedule.  You've

1  talked to Judge Huvelle.  So we could hold this over at least
2  the scheduling until early next week where we can have a status
3  conference around scheduling.  That's one thought.
4      Ms. Slaight?
5          MS. SLAIGHT:  Your Honor, that's certainly possible.
6  Maybe on the 15th, that's Thursday, that gives everybody time
7  to find out where they're at.
8          THE COURT:  That's fine with me.  Mr. Okocha, the
9  15th?
10         MS. HERTZFELD:  Yes, Your Honor, thank you.
11         THE COURT:  Can we schedule this at 10 a.m. on the
12 15th with everybody working hard and let me just reiterate that
13 we have a sense of urgency here in terms of getting this done.
14 I do appreciate the defender's circumstances, the fact that we
15 needed to move it to some degree and get new counsel, but the
16 Court feels pretty strongly that we don't need months and
17 months and months here in order to try a case of this nature.
18 And we don't frankly have months and months and months at this
19 point.
20     We've got to find a window that works for everybody's
21 schedule and make realistic assessments about how long this is
22 going to take.  I prefer not have to cancel trips that I've
23 already planned around the situation.  So let's all think hard
24 about how we can make it work, all right.
25     So I'll see you again on the 15th at 10 a.m.  I don't

1  have -- I think I need to speak to the speedy trial clock
2  because of the pendency of the various motions, but I would
3  find that it is in the interest of justice given the
4  circumstances of new counsel and our need to try to find a
5  trial date that works that the speedy trial clock will be
6  tolled if it is running between now and when we meet again on
7  this matter next Thursday.
8       Is there anything else that I need address about this at
9  this time?
10           MS. HERTZFELD:  No, Your Honor, thank you.
11           MS. SLAIGHT:  No, Your Honor.
12           THE COURT:  All right, thank you.
13           (Proceedings adjourned at 11:27 a.m.)
14                             -oOo-

CERTIFICATE

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the stenographic notes provided to me by the United States District Court, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____   _____
/s/ Crystal M. Pilgrim, RPR, FCRR     Date: August 5, 2019