```
                                                              1
 1                  UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLUMBIA
 3
 4
 5   UNITED STATES OF AMERICA,        :
                                      :
 6              Plaintiff,            :
                                      :   CR NO. 16-030
 7   v.                               :
                                      :
 8   CHARLES HILLIE,                  :
                                      :
 9              Defendant.            :
     ---------------------------------------------------------
10               TRANSCRIPT OF STATUS CONFERENCE
11          BEFORE THE HONORABLE KETANJI BROWN JACKSON
12                 UNITED STATES DISTRICT JUDGE
13                 Tuesday, February 28, 2017
14   APPEARANCES:
15     For the Plaintiff:   LINDSAY JILL SUTTENBERG, AUSA
                            KENECHUKWU O. OKOCHA, AUSA
16                          UNITED STATES ATTORNEY'S OFFICE
                            Washington, D.C.
17
18     For the Defendant:   TONY W. MILES, ESQ.
                            FEDERAL PUBLIC DEFENDER FOR THE
19                          DISTRICT OF COLUMBIA
                            625 Indiana Avenue, NW
20                          Suite 550
                            Washington, DC 20004
21
22
23
     Proceedings reported by machine shorthand, transcript
24   produced by computer-aided transcription.
25              (202)354-3118                    Room 6509
```

BARBARA DE VICO, FOCR, CRR, RMR

2

1        PROCEEDINGS

2             DEPUTY CLERK:  Your Honor, this is Criminal
3    case 16-030, United States of America v. Charles Hillie.
4    I'm going to ask counsel to please identify yourselves
5    for the record.
6             MS. SUTTENBERG:  Good morning, Your Honor.
7    Lindsay Suttenberg on behalf of the government.
8             THE COURT:  Good morning, Ms. Suttenberg.
9             MR. OKOCHA:  Good morning, Your Honor.  Ken
10   Okocha on behalf of the United States.
11            THE COURT:  Mr. Okocha.
12            MR. MILES:  Good morning, Your Honor.  Tony
13   Miles for Mr. Hillie.
14            THE COURT:  Good morning, Mr. Miles.  This is
15   a status conference and that you remained at the podium.
16   And my hope is that you will have done so because you
17   intend to tell me where you are.
18            MR. MILES:  As the Court may recall, the
19   reason we asked for this period of time was so that we
20   can try to see if we can resolve this case short of
21   trial.  We've had many discussions.  We've made
22   progress.  We're not there yet.  I think both parties
23   and certainly my client feel like if we could, it was
24   clear to us at this stage that we could not come to an
25   agreement we would want to move this case forward, set

1    trial dates, et cetera.  But because we think there is
2    the real potential that we can still resolve it, my
3    client, even though he's incarcerated, is very
4    interested in having another period of time.  I would
5    suggest three weeks.
6              THE COURT:  Have you talked to government
7    counsel about that amount of time?
8              MR. MILES:  Probably talking about three
9    weeks.  Did I?  Yes.
10             THE COURT:  All right.  And is the
11   government -- is it your understanding that the
12   government is willing to --
13             MR. MILES:  That is my understanding.
14             THE COURT:  -- accommodate you in that regard?
15   Ms. Suttenberg --
16             MR. MILES:  Sorry, jump forward.  I also
17   discussed with my client his right to a speedy trial,
18   and he agrees that it's in the interest of justice and
19   that it outweighs his interest and the public's interest
20   in the speedy trial to toll the time between now and
21   when we come back.
22             THE COURT:  Mr. Suttenberg.
23             MS. SUTTENBERG:  Yes, Your Honor.  That's
24   correct.  I did talk to Mr. Miles this morning, and it
25   is our agreement, three weeks.  It is our hope that in

1   three weeks we will either be able to resolve this case
2   by way of a plea or if not when we could back in three
3   weeks we will set a motions hearing or a trial at that
4   time.
5              THE COURT:  That will be fine from my
6   perspective.  I'd also hope that your return date if you
7   intend to go forward with the trial you'll have a clear
8   sense of what motions either are coming in to be refiled
9   or I know we have some pending motions that the Court
10  didn't deal with in this matter, whether you intend for
11  me to resolve them as a part of this or not.
12             So I've been holding off on everything
13  thinking that you may resolve this in another way.  So
14  we'll have a clear path forward at that point.
15             Let me take out my calendar and see where we
16  are in three weeks.  We're sort of in the week of March
17  20 at that point.  I am available on the 23rd, which
18  is a Thursday.
19             MR. MILES:  Your Honor, actually that week,
20  unless we do it on Monday or in the morning on Tuesday,
21  I'm going to be out the rest of the week.
22             THE COURT:  All right.  How about 9:30 on
23  Tuesday morning?
24             MR. MILES:  That's fine.
25             THE COURT:  All right.  So let's -- I'm sorry.

5

1    Is government counsel available?
2            MS. SUTTENBERG:  That's fine, Your Honor.
3            THE COURT:  So we're talking about Tuesday the
4    21st at 9:30.  And we'll have sort of a full sense at
5    that point how we're going to proceed.  I'm just
6    thinking, you know, if you are, if we're going to have a
7    nontrial disposition, then I will certainly need the
8    documentation for the plea prior to plea hearing.  My
9    anticipation is that you would just notify me on the
10   21st and we would set a plea hearing date.  And before
11   that date you would get me the actual plea letter.
12           MR. MILES:  Correct, okay.
13           THE COURT:  Terrific.  Anything else we need
14   to address at this time?
15           MR. MILES:  No, Your Honor.
16           MS. SUTTENBERG:  No, Your Honor.
17           THE COURT:  Sorry.  Thank you.  We do have
18   pending motions that are holding the Speedy Trial clock,
19   I think.  But let me address --
20           MR. MILES:  Let me, if I recall the Court's
21   order, I think it was --
22           THE COURT:  Did I get rid of them?
23           MR. MILES:  I think so.
24           THE COURT:  Okay.  So it must be -- it's been
25   tolled until today, most likely.

BARBARA DE VICO, FOCR, CRR, RMR

6

1        MR. MILES:  Yes.

2        THE COURT:  And let me address it at this

3   time.  In light of the parties' representations

4   regarding the need to continue to potentially negotiate

5   a nontrial disposition in this matter, the Court will

6   find that it's in the interest of justice to waive the

7   Speedy Trial clock between now and return of court on

8   this matter, which will be March 21.  All right?

9        MR. MILES:  Okay.

10        THE COURT:  Is there anything else?

11        MR. MILES:  No, Your Honor.

12        THE COURT:  Thank you.  You may be excused.

13            (Proceedings adjourned at 10:09 a.m.)

14                   ******************

15        CERTIFICATE OF OFFICIAL COURT REPORTER

16

17   I, Barbara DeVico, certify that the foregoing is a

18   correct transcript from the record of proceedings in the

19   above-entitled matter.

20

21

22

23   _____            8-12-19

24   SIGNATURE OF COURT REPORTER                 DATE

25

BARBARA DE VICO, FOCR, CRR, RMR