```
                                                                    1
 1                   UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLUMBIA

 3

 4

 5     UNITED STATES OF AMERICA,         :
                                         :
 6                      Plaintiff,       :
                                         :   CR NO. 16-030
 7     v.                                :
                                         :
 8     CHARLES HILLIE,                   :
                                         :
 9                      Defendant.       :
       ---------------------------------------------------------
10               TRANSCRIPT OF STATUS CONFERENCE

11           BEFORE THE HONORABLE KETANJI BROWN JACKSON

12                  UNITED STATES DISTRICT JUDGE

13                   Thursday, January 26, 2017

14     APPEARANCES:

15       For the Plaintiff:   LINDSAY JILL SUTTENBERG, AUSA
                              KENECHUKWU O. OKOCHA, AUSA
16                            UNITED STATES ATTORNEY'S OFFICE
                              Washington, D.C.
17

18       For the Defendant:   TONY W. MILES, ESQ.
                              FEDERAL PUBLIC DEFENDER FOR THE
19                            DISTRICT OF COLUMBIA
                              625 Indiana Avenue, NW
20                            Suite 550
                              Washington, DC 20004
21

22

23
       Proceedings reported by machine shorthand, transcript
24     produced by computer-aided transcription.

25                   (202)354-3118                    Room 6509


                    BARBARA DE VICO, FOCR, CRR, RMR
```

<u>PROCEEDINGS</u>

1
2   DEPUTY CLERK: Your Honor, this is Criminal
3   Case 16-030, United States of America v. Charles Hillie.
4   We have Lindsay Suttenberg for the government, Tony
5   Miles for the defendant. I'm going to ask Mr. Miles and
6   Mr. Hillie to please come forward to the podium so
7   Mr. Hillie can be arraigned on the superseding
8   indictment.
9   Mr. Hillie, you are charged in a superseding
10  indictment and 17 counts with sexual exploitation of a
11  minor; possession of images of a minor engaging in
12  sexual explicit conduct; attempt sexual exploitation of
13  a minor; first-degree child sexual abuse with
14  aggravating circumstances. Second-degree child sexual
15  abuse with aggravating circumstances and second-degree
16  sexual abuse of a minor with aggravating circumstances.
17  Do you waive the formal reading of the
18  superseding indictment?
19  MR. MILES: On behalf of Mr. Hillie he does
20  waive formal reading of the indictment.
21  DEPUTY CLERK: How does the defendant wish to
22  plea?
23  MR. MILES: Mr. Hillie pleads not guilty to
24  each count. He asserts all of his constitutional and
25  statutory rights, including his right to a speedy jury

1 trial.
2 DEPUTY CLERK: All right. Plea of not guilty
3 entered, Your Honor.
4 THE COURT: Thank you. Thank you, you may be
5 seated.
6 MR. MILES: Thank you.
7 THE COURT: This is a status conference that
8 this Court has called in the wake of its ruling with
9 respect to Mr. Hillie's motion to dismiss the
10 indictment. As you know, the Court dismissed or
11 intended to dismiss Counts I through VII, holding its
12 order in abeyance until the government determined
13 whether or not it was going to file a superseding
14 indictment, which it has now done.
15 This status conference is primarily to figure
16 out how we move forward with regard to the arguments
17 that the defendant has made with respect to other
18 aspects of the case. So maybe I'll have Mr. Miles
19 approach and tell me what Mr. Hillie would like to do
20 regarding those other motions.
21 MR. MILES: Sure. Your Honor, the events that
22 have occurred since our motions hearing has I think put
23 us in a different place on plea negotiations. From the
24 defense perspective we're in a better position than we
25 were before the hearing, and I think the parties agree

1  on that.  Now, though, that the government has filed a
2  superseding indictment, we're in a better position than
3  we were say a week -- I mean they are in a better
4  position than we were say a week ago.  We all recognize
5  that and we want about a month to see if we can resolve
6  this case.  And we think four weeks is enough time to be
7  pretty confident as to whether or not we can resolve it.
8  If we cannot resolve it, then we would at the end of
9  four weeks at that point we would ask to set schedules,
10 motions schedules and another hearing and so forth.
11         THE COURT:  All right.  So you are not at this
12 time, you want to focus on plea negotiations and not
13 pressing the pending motions or other motions that you
14 would intend to file if the case were to go forward?
15         MR. MILES:  Correct.
16         THE COURT:  All right.
17         MR. MILES:  And to add, my client in the
18 interim, although we assert his right to a speedy jury
19 trial, we would be willing to toll the clock for those
20 four weeks so we can have plea negotiations.
21         THE COURT:  Let me ask Ms. Suttenberg whether
22 the government agrees with Mr. Miles' representations.
23         MS. SUTTENBERG:  Yes, Your Honor.  The
24 government does agree with Mr. Miles' representations.
25 It's our hope both the government and defense, that

1  we'll be able to work towards a resolution of this case,
2  and the government agrees that a month would give the
3  parties enough time to discuss plea negotiations and try
4  to resolve this short of trial.
5        THE COURT:  All right.  Well, let's take out
6  our calendars then, shall we?  About a month brings us
7  to February, sort of near the end of February, I
8  suppose.  Would the parties be available February 28 at
9  10 a.m.?  It's a Tuesday.
10       MR. MILES:  I'm available, Your Honor.
11       MS. SUTTENBERG:  That works for the
12 government, Your Honor.
13       THE COURT:  All right.  I will set this for a
14 status conference at 10 a.m. on February 28, and in
15 light of the representations that have been made
16 regarding the parties' interest in engaging in intensive
17 plea negotiations, the Court will find that it is in the
18 interest of justice to waive the Speedy Trial clock such
19 that the clock will be tolled between now and
20 February 28.  I'll issue a speedy trial order in that
21 regard.
22       Is there anything else that either party would
23 like to address at this time with respect to this case?
24       MR. MILES:  Not on behalf of the defense.
25       MS. SUTTENBERG:  Not on behalf of the

6

1  government, Your Honor.
2          THE COURT:  Thank you.
3          MS. SUTTENBERG:  Thank you, Your Honor.
4          MR. MILES:  Thank you.
5             (Proceedings adjourned at 10:12 a.m.)
6                  *******************
7          CERTIFICATE OF OFFICIAL COURT REPORTER
8
9  I, Barbara DeVico, certify that the foregoing is a
10 correct transcript from the record of proceedings in the
11 above-entitled matter.
12
13
14 *[signature: Barbara DeVico]*
15 _____            8-12-19
16 SIGNATURE OF COURT REPORTER                  DATE
17
18
19
20
21
22
23
24
25

BARBARA DE VICO, FOCR, CRR, RMR